Amit Patel, DIN # 14R3022

GREENE CORRECTIONAL FACILITY
P.O. Box 975
Coxsackie, New York  12051-0975

Attn:  George P. Beach II                    November 29, 2018
       (Superintendent)

NEW YORK STATE POLICE
The Harriman State Campus, Bldg. # 22
1220 Washington Avenue                 **18 CV 11815**
Albany, New York  12226-2050

Subject:  IGNORING MY CALL FOR HELP & INVESTIGATION. . .

To whom it may concern;

On two (2) previous seperate occassions (end of June/July
and end of August/September 2018), I had reached out seaking
HELP & INVESTIGATION, as I AM IN FEAR OF/FOR MY LIFE by the very
government (i.e. - NYS DOCCS, etc. . .) who's custody I am in.
In return, I received two (2) correspondences which essentially
stated in sum, "I am in receipt of your correspondence dated...
and have forwarded it to the N.Y.S. Department of Corrections and
Community Supervision - Office of Special Investigations, as the
matter would come under their jurisdiction."  At which point, I
was called down on both occassions to the Seargents office (the
arm of security "supposedly" for and within NYS DOCCS), where I
was asked, "Are you in fear of/for your life?"  To which I replied,
"No."  As I am not going to inform and admit to the very arm of
the government who's custody I am in, and in fear of, because. . .
The Seargent's then asked me to sign a "Protective Custody ('PC')"

1

waiver, otherwise, I would have been placed in 'PC' (single/isolation) whereby, being seperated from general population, and deprived of regular general daily access to the Law Library, wherein, infringing, abridging, and impeding, my continuous and on-going litigation. Furthermore, I would not be able to effectively voice my fear and concerns, as I have been kidnapped, bribed, extorted, where a ransom was even requested, all acts of R.I.C.O., which I am and have been attempting to bring to your attention (in the hopes that I can be visited, and matters can be investigated), to no avail, as I am imprisoned within NY State illegally.


Please find enclosed a copy of the proof reflective of the extremely gross malfeasance.

- Two (2) Pre-Sentence Investigation Reports
    - One for Queens County Indictment # 00383/2012
    - One for Queens County Indictment # 01789/2013
- Three (3) UNIFORM SENTENCE & COMMITMENT forms (UCS-854 / a.k.a. - CERTIFICATE OF CONVICTION)
    - One for Indictment # 00383/2012
    - One for Indictment # 05125/2012
    - One for Indictment # 01789/2013
- Four (4) different variations of the 'NYS RAP-SHEETS'
    - One A.D.A. version assigned to Hannah Wurgaft/NY030013A (which I am not "suppose" to see or know about) - 11/25/15
    - One A.D.A. version assigned to Nabilah Hossain (which I am not "suppose" to see or know about) - 1/18/16 then.....
    - One I requested from "DCJS" dated - 4/13/2016 (which is what was used to steal jurisdiction and defraud both the People of the State of New York and me)
    - One I was forwarded by "DCJS" dated - 9/7/2016 (which is what was used to steal jurisdiction and defraud both the People of the State of New York and me)
- One (1) F.B.I. 'RAP-SHEET' date received - 11/9/2017 (which contradicts two (2) NYS RAP-SHEETS, dated - 4/13/2016 & 9/7/2016, HOW???)

The objective of being placed into 'PC' (Protective Custody), is primarily, when an inmate is in fear of being around other inmate(s), and/or general population, or some circumstantial reason(s), not when, an inmate complains that they are in fear of/for their life by the very "law enforcement" agency who is in place to protect . . .care/custody/control (i.e. - NYS DOCCS, etc...).

As you will see, the three (3) UNIFORM SENTENCE & COMMITMENT Forms (a.k.a. - Certificate of Conviction(s)), are not certified/ embossed as they are fraudulant douments (with inconsistant information), whereby, NYS DOCCS, accepted my custody unlawfully from NYC DOC, at the behest of the NYS Courts, as it contradicts all the information in the NYS RAP-SHEET, HOW???

How is it possible that THE DIVISION OF CRIMINAL JUSTICE SERVICES has two (2) seperate books/records, under the same Criminal Justice Tracking numbers?  For my entire Criminal History Record???

How is the information in the F.B.I. RAP-SHEET, contradictory to the three (3) UNIFORM SENTENCE & COMMITMENT (a.k.a. - Certificate of Conviction(s)) Forms?

This complaint and request for investigation is your jurisdiction, as both actors at Local and State level are culpable, and liable for the extremely gross acts of malfeasance and deliberate gross negligence, and dereliction of duties to uphold and protect the U.S. Constitution, hence, in violation of many acts under R.I.C.O., whereby, I am being held unlawfully against my will, as a hostage, as I have been KIDNAPPED, and currently acts of Human Trafficking are taking place, by this very gross act of deliberate indifference.

Again, I am making this final and last ditch effort and plea

as my corpus is held in violation of all my human rights, and in violation of numerous Federal Criminal Statutes. and endangered every day, for a full and thorough investigation regarding all of my factual claims.

I have a lot more damaging information, however, at this time due to my restraint, I am unable to provide and/or send all other damaging evidence/material/documents.

PLEASE HELP ! ! !                    U R G E N T ! ! !

cc:  Captain Carla A. DiRienzo - Bureau of Criminal Investigation
cc:  Janis Echenberg - Deputy Chief (Federal Prosecutor)
cc:  James Hendricks - F.B.I. - Public Integrity Advocate/Affairs
cc:  William (Bill) Aubry - NYPD Chief of Citywide Investigations
cc:  Janet M. DiFiore - Chief Judge
cc:  Lawrence K. Marks - Chief Administrative Judge
cc:  Sherrill Spatz - Inspector General (OFFICE OF COURT ADMINISTRATION)

DATED: November 29, 2018            Respectfully,

                                   _____
                                   Amit Patel

I DECLARE UNDER PENALTY OF PERJURY UNDER THE UNITED STATES LAWS THAT THE FOREGOING IS TRUE AND CORRECT (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

"IN GOD WE TRUST"

Certified Mail:  7013 1710 0001 5157 8113

UNIFORM SENTENCE & COMMITMENT                    UCS-854(8/2011)

STATE OF NEW YORK
SUPREME COURT, COUNTY OF QUEENS
PRESENT: HON GRIFFIN,J

Court Part: K18
Court Reporter: PANTELOUKAS,M
Superior Ct. Case #: 00383-2012

| The People of the State of New York | Accusatory Instrument Charge(s) | Count # | Law/Section & Subdivision |
|---|---|---|---|
| | 1 OP MV WHILE INTOXIC | 2 | VTL1192.3 03 |
| -vs- | 2 ILL SIGNAL: UNSAFE/ | 3 | VTL1163.A 0A |
| AMIT PATEL | 3 AGGRAVATED DWI:PER | 1 | VTL1192.2Z 2Z |
| Defendant | 4 | | |

| Male | /1976 | 08976796H | 65260138Q | | Date(s) of Offense: 01/26/2012 | To |
|---|---|---|---|---|---|---|
| Sex | DOB | NYSID #: | Criminal Justice Tracking # | | | |

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY [ ]PLEA OR [✓]VERDICT ], THE MOST SERIOUS
OFFENSE BEING A [✓]FELONY OR [ ]MISDEMEANOR OR [ ]VIOLATION ], IS HEREBY SENTENCED TO:

| | Crime | Count # | Law/Section & Subdivision | SMF,Hate or Terror | Minimum Period | Maximum Term | Definite / Determinate ** | Post-Release Supervision | CJTN |
|---|---|---|---|---|---|---|---|---|---|
| 1 | OP MV WHILE INTOXIC | 2 | VTL1192.3 03 | | 2 Y | 6 Y | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |

* * NOTE: For each DETERMINATE SENTENCE imposed, a corresponding period of POST-RELEASE SUPERVISION MUST be indicated [PL § 70.45].

| | | |
|---|---|---|
| [ ] | Counts _____ shall run CONCURRENTLY with each other | [ ] Count(s) _____ shall run CONSECUTIVELY to count(s) _____ |
| [ ] | Sentence imposed herein shall run CONCURRENTLY with _____ | and/or CONSECUTIVELY with _____ |
| [✓] | Sentence imposed herein shall include a CONSECUTIVE 3 years _____ term of [ [ ] PROBATION OR [✓] CONDITIONAL DISCHARGE ], |
| | with an Ignition Interlock Device condition, that shall commence upon the defendant's release from imprisonment [PL § 60.21] |
| [ ] | Conviction includes: WEAPON TYPE: _____ and/or DRUG TYPE: _____ |
| [ ] | Charged as a JUVENILE OFFENDER- age at time crime committed: _____ years | [ ] Court certified the Defendant a SEX OFFENDER [Cor. L § 168-d] |
| [ ] | Adjudicated a YOUTHFUL OFFENDER [CPL § 720.20] | [ ] CASAT ordered [PL § 60.04(6)] |
| [ ] | Execute as a sentence of PAROLE SUPERVISION [CPL § 410.91] | [ ] SHOCK INCARCERATION ordered [PL § 60.04(7)] |
| [ ] | Re-sentenced as a PROBATION VIOLATOR [CPL § 410.70] | |

As a: [ ] Second [ ] Second Violent [ ] Second Drug [ ] Second Drug w/prior VFO [ ] Predicate Sex Offender     FELONY
      [ ] Predicate Sex Offender w/prior VFO [ ] Second Child Sexual Assault [ ] Persistent [ ] Persistent Violent     OFFENDER

Paid  Not Paid  Deferred (If deferred, court must file written order [CPL §420.40(5)])    Paid  Not Paid  Deferred (If deferred, court must file written order [CPL §420.40(5)])

| Paid | Not Paid | Deferred | | Amount | | Paid | Not Paid | Deferred | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | | Mandatory Surcharge | $300.00 | | [ ] | [✓] | | Crime Victim Assistance Fee | $25.00 |
| [ ] | [✓] | | Fine | $_____ | | [ ] | [ ] | | Restitution | $_____ |
| [ ] | [✓] | | DNA Fee | $50.00 | | [ ] | [ ] | | Sex Offender Registration Fee | $_____ |
| [ ] | [✓] | | DWI/Other | $195.00 | | [ ] | [ ] | | Supplemental Sex Off. Victim Fee | $_____ |

THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:

[✓] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of the NYSDOCS. (New York City Department of Corrections) is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.

[ ] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older presently in the custody of NYSDOCS, defendant shall remain in the custody of the NYSDOCS.

[ ] NYS Office of Children and Family Services in accordance with the law, being a person less than sixteen (16) years of age at the time the crime was committed.

[ ] _____ County Jail/Correctional Facility

TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.

REMARKS:

| Commitment, Order of Protection & Pre-Sentence Report received by Correctional Authority as indicated: |
|---|
| Official Name |
| Shield No. |

Pre-Sentence Investigation Report  Attached: [✓] Yes [ ] No
Order of Protection  Issued: [ ] Yes [✓] No      [ ] Amended Commitment  Original Sentence Date: _____
Order of Protection  Attached: [ ] Yes [✓] No

| 10/24/2014 | | | ACC |
|---|---|---|---|
| Date | Clerk of the Court | Signature | Title |

UNIFORM SENTENCE & COMMITMENT                                    UCS-854(8/2011)

STATE OF NEW YORK
SUPREME COURT, COUNTY OF NEW YORK
PRESENT: HON SONBERG,M

Court Part: 21
Court Reporter: L. MINELLI
Superior Ct. Case #: 05125-2012

The People of the State of New York

-vs-
AMIT PATEL
Defendant

| | Accusatory Instrument Charge(s) | Count # | Law/Section & Subdivision |
|---|---|---|---|
| 1 | DWI-2 PREV CONVICTI | 1 | VTL1192.3 03 |
| 2 | AGGRAVATED UNLIC OP | 1 | VTL511.3 03 |
| 3 | AGGRAVATED UNLIC OP | 2 | VTL511.3 03 |

| Male | 1976 | 08976796H | 65710628H | Date(s) of Offense: 10/07/2012 | To |
|---|---|---|---|---|---|
| Sex | DOB | NYSID #: | Criminal Justice Tracking # | | |

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY [ ] PLEA OR [✓] VERDICT ], THE MOST SERIOUS
OFFENSE BEING A [ ] FELONY OR [✓] MISDEMEANOR OR [ ] VIOLATION ], IS HEREBY SENTENCED TO:

| Crime | Count # | Law/Section & Subdivision | SMF,Hate or Terror | Minimum Period | Maximum Term | Definite / Determinate ** | Post-Release Supervision | CJTN |
|---|---|---|---|---|---|---|---|---|
| 1 MV IMPAIRED BY A | 1 | VTL1192.1 01 | | | | 180 D (Def) | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |

** NOTE: For each DETERMINATE SENTENCE imposed, a corresponding period of POST-RELEASE SUPERVISION MUST be indicated [PL § 70.45].

[ ] Counts _____ shall run CONCURRENTLY with each other [ ] Count(s) _____ shall run CONSECUTIVELY to count(s) _____
[ ] Sentence imposed herein shall run CONCURRENTLY with _____ and/or CONSECUTIVELY to _____
[ ] Sentence imposed herein shall include a CONSECUTIVE _____ term of [ ] PROBATION OR [ ] CONDITIONAL DISCHARGE ].
with an Ignition Interlock Device condition, that shall commence upon the defendant's release from imprisonment [PL § 60.21]
[ ] Conviction includes: _____ WEAPON TYPE: _____ and/or DRUG TYPE: _____
[ ] Charged as a JUVENILE OFFENDER- age at time crime committed: _____ years [ ] Court certified the Defendant a SEX OFFENDER [Cor. L § 168-d]
[ ] Adjudicated a YOUTHFUL OFFENDER [CPL § 720.20] [ ] CASAT ordered [PL § 60.04(6)]
[ ] Execute as a sentence of PAROLE SUPERVISION [CPL § 410.91] [ ] SHOCK INCARCERATION ordered [PL § 60.04(7)]
[ ] Re-sentenced as a PROBATION VIOLATOR [CPL § 410.70]

as a: [ ] Second [ ] Second Violent [ ] Second Drug [ ] Second Drug w/prior VFO [ ] Predicate Sex Offender     FELONY
[ ] Predicate Sex Offender w/prior VFO [ ] Second Child Sexual Assault [ ] Persistent [ ] Persistent Violent     OFFENDER

Paid  Not Paid Deferred (if deferred, court must file written order [CPL §420.40(5)])    Paid  Not Paid Deferred (if deferred, court must file written order [CPL §420.40(5)])

| Paid | Not Paid | Deferred | | | Paid | Not Paid | Deferred | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | Mandatory Surcharge | $175.00 | [ ] | [✓] | [ ] | Crime Victim Assistance Fee | $25.00 |
| [ ] | [ ] | [ ] | Fine | $ | [ ] | [ ] | [ ] | Restitution | $ |
| [ ] | [ ] | [ ] | DNA Fee | $ | [ ] | [ ] | [ ] | Sex Offender Registration Fee | $ |
| [ ] | [✓] | [ ] | DWI/Other VTL FEES | $195.00 | [ ] | [ ] | [ ] | Supplemental Sex Off. Victim Fee | $ |

THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:

[ ] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of the NYSDOCS, (County Sheriff) is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.

[ ] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older presently in the custody of NYSDOCS, defendant shall remain in the custody of the NYSDOCS.

[ ] NYS Office of Children and Family Services in accordance with the law, being a person less than sixteen (16) years of age at the time the crime was committed.

[✓] NYC Department of Corrections _____ County Jail/Correctional Facility

TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.
REMARKS:
VTL Fees Listed Above:
VTL Fee: $25
Additional VTL Fee: 170.00 ----

* Commitment, Order of Protection & Pre-Sentence
Report received by Correctional
Authority as indicated:

Official Name _____

Shield No. _____

| Pre-Sentence Investigation Report Attached: | [ ] Yes [✓] No | | | |
|---|---|---|---|---|
| Order of Protection Issued: | [ ] Yes [✓] No | | | |
| Order of Protection Attached: | [ ] Yes [✓] No | [ ] Amended Commitment: Original Sentence Date: _____ | | |

| 1/28/2016 | MILTON TINGLING | by: | | SENIOR COURT CLERK |
|---|---|---|---|---|
| Date | Clerk of the Court | | Signature | Title |

SENTENCE & COMMITMENT (7/99-8184/2011)

STATE OF NEW YORK
SUPREME COURT, COUNTY OF QUEENS
PRESENT: HON KNOPF,S

Court Part: K19
Court Reporter: MARICA MARSHALL
Superior Ct. Case #: 01789-2013

The People of the State of New York

-vs-

AMIT P PATEL

Defendant

| | Accusatory Instrument Charge(s) | Count # | Law/Section & Subdivision |
|---|---|---|---|
| | DWI 2 PREV CONVICTI | 1 | VTL1192.3 03 |
| 2 | AGG UNLIC OPER2-MAN | 2 | VTL511.2AIII 02 |
| 3 | UNLICSOPER | 3 | VTL509.1 01 |

| Male | 1976 | 08976796H | 66107345H |
|---|---|---|---|
| Sex | DOB | NYSID #: | Criminal Justice Tracking # |

Date(s) of Offense: 06/16/2013   To

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY [ ] PLEA OR [ ] VERDICT ], THE MOST SERIOUS
OFFENSE BEING A [✓] FELONY OR [ ] MISDEMEANOR OR [ ] VIOLATION ], IS HEREBY SENTENCED TO:

| | Crime | Count # | Law/Section & Subdivision | SMF, Hate or Terror | Minimum Period | Maximum Term | Definite / Determinate ** | Post-Release Supervision | CJTN |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DWI-2 PREV CONVICTI | 1 | VTL1192.3 03 | | 2 1/3 yrs | 7 Y | | | |
| 2 | AGG UNLIC OPER2-MAN | 2 | VTL511.2AIII 02 | | | | 180 D (Def) | | |
| 3 | UNLICSOPER | 3 | VTL509.1 01 | | | | 15 D (Def) | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |

** NOTE: For each DETERMINATE SENTENCE imposed, a corresponding period of POST-RELEASE SUPERVISION MUST be indicated [PL § 70.45].

| | | |
|---|---|---|
| [ ] Counts | shall run CONCURRENTLY with each other | [ ] Count(s) shall run CONSECUTIVELY to count(s) |
| [✓] Sentence imposed herein shall run CONCURRENTLY with | | and/or CONSECUTIVELY to See Remarks |
| [✓] Sentence imposed herein shall run CONSECUTIVE for a CONSECUTIVE 5years term of [ ✓] PROBATION OR [ ] CONDITIONAL DISCHARGE ], | | |

with an Ignition Interlock Device condition, that shall commence upon the defendant's release from imprisonment [PL § 60.21]

[ ] Conviction includes: WEAPON TYPE: and/or DRUG TYPE:

[ ] Charged as a JUVENILE OFFENDER- age at time crime committed: years
[ ] Adjudicated a YOUTHFUL OFFENDER [CPL § 720.20]
[ ] Execute as a sentence of PAROLE SUPERVISION [CPL § 410.91]
[ ] Re-sentenced as a PROBATION VIOLATOR [CPL § 410.70]

[ ] Court certified the Defendant a SEX OFFENDER [Cor. L § 168-d]
[ ] CASAT ordered [PL § 60.04(6)]
[ ] SHOCK INCARCERATION ordered [PL § 60.04(7)]

| As a: | [ ] Second | [ ] Second Violent | [ ] Second Drug | [ ] Second Drug w/prior VFO | [ ] Predicate Sex Offender | FELONY |
|---|---|---|---|---|---|---|
| | [ ] Predicate Sex Offender w/prior VFO | | [ ] Second Child Sexual Assault | [ ] Persistent | [ ] Persistent Violent | OFFENDER |

Paid Not Paid Deferred (If deferred, court must file written order [CPL §420.40(5)]) Paid Not Paid Deferred (If deferred, court must file written order [CPL §420.40(5)])

| Paid | Not Paid | Deferred | | | Paid | Not Paid | Deferred | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | Mandatory Surcharge | $300.00 | [ ] | [✓] | [ ] | Crime Victim Assistance Fee | $25.00 |
| [ ] | [✓] | [ ] | Fine | $2,000.00 | [ ] | [ ] | [ ] | Restitution | $ |
| [ ] | [✓] | [ ] | DNA Fee | $50.00 | [ ] | [ ] | [ ] | Sex Offender Registration Fee | $ |
| [ ] | [✓] | [ ] | DWI/Other | $195.00 | [ ] | [ ] | [ ] | Supplemental Sex Off. Victim Fee | $ |

THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:

[✓] NYS Department of Correctional Services (NYSDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of the
NYSDOCS, (New York City Department of Corrections) is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.

[ ] NYS Department of Correctional Services (NYSDOCS) until released in accordance with the law, and being a person sixteen (16) years or older presently in the custody of
NYSDOCS, defendant shall remain in the custody of the NYSDOCS.

[ ] NYS Office of Children and Family Services in accordance with the law, being a person less than sixteen (16) years of age at the time the crime was committed.

County Jail/Correctional Facility

TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.

REMARKS:
this sentence is to be run consecutively with any sentence defendant is previously servingSentence imposed
herein shall run CONSECUTIVELY to with sentence deftendant is serving.

| Commitment, Order of Protection & Pre-Sentence Report received by Correctional Authority as indicated: |
|---|
| Official Name |
| Shield No. |

| Pre-Sentence Investigation Report | Attached: | [✓] Yes | [ ] No |
|---|---|---|---|
| Order of Protection Issued: | | [ ] Yes | [✓] No | Amended Commitment: Original Sentence Date: |
| Order of Protection Attached: | | [ ] Yes | [✓] No |

| 04/20/2015 | C HANSEN | by: | | SR COURT CLERK |
|---|---|---|---|---|
| Date | Clerk of the Court | | Signature | Title |



New York City Department Of Probation

Pre-Sentence Investigation Face Sheet

| Report Type: **PSI** | Court: **Supreme** | NYSID #: **08976796H** | Case #: **QS1304266** |
|---|---|---|---|
| County: **Queens** | FBI: **388086VA6** | PO: **B. Misch** | Sentence Promise: **No** |
| Conviction Dt.: **12/13/2013** | Sentence/ Return Dt.: **01/13/2014** | Custody Status: **Jail** | Conviction: **Trial** |

## PERSONAL INFORMATION

| Last Name: | PATEL ~~142302~~ | First Name: | AMIT |
|---|---|---|---|

True Name (if different):

| Current Address: ▬▬▬▬▬ | Mailing Address:<br>Same as Current Address | Resides with: Mother, Father, Sister |
|---|---|---|
| Primary Phone: ▬▬▬▬<br>C__ Phone: ▬▬▬▬ | | |

| Birth Date: | ▬▬/1976 | SSN: | ▬▬▬▬ | Gender: | Male |
|---|---|---|---|---|---|
| Country of Birth: | United States | Citizenship: | United States | Race: | Asian |
| State if US: | NY | Alien Status: | | Ethnicity: | Non-Hispanic |
| City of Birth: | Queens | Alien #: | | Height: | 5 ft 8 in |
| Primary Language: | English | Visa Type: | | Weight: | 180 lbs |
| Speaks English? | Yes | Visa #: | | Eyes: | Brown |
| Interpreter? | No | Marital Status: | Single | Hair: | Bald |
| Identifiable Marks: | | | | Glasses: | No |
| Law Actions: **DNA** | | | | Contacts: | No |

Defendant Interview Date: 01/02/1913-Video Teleconferencing

## PRESENT COURT PROCEEDING

| # | Indict.# | Court Control # | Offense Date | Arrest Date | Final Charge(s) | Count |
|---|---|---|---|---|---|---|
| | 00383-2012 | 65260138Q | 01/26/2012 | 01/26/2012 | DRIVING WHILE INTOXICATED- 3RD OFFENSE | 1 |
| | | | | | | |
| | | | | | | |

Indict. Arrest Charges:

| | Charge Description | Count | VO | JO | Covers Indict. |
|---|---|---|---|---|---|
| 1 | DRIVING WHILE INTOXICATED- 3RD OFFENSE | 1 | | | |
| 2 | AGGRAVATED DWI OPERATE VEHICLE W/ .18 OF 1% 3RD OFFENSE | 1 | | | |

| Conviction Charge Code: | | Court Details: | | Additional Information: |
|---|---|---|---|---|
| Law: | VTL | Judge: | Hon. J. GRIFFIN | ADA: TUBRIDY, JENNIFER |
| Section: | 1192 | Part: | K - 18 | Phone#: |
| SubDiv: | 03 | CO-DEFENDANTS: | | Defense Counsel: GREENBERG, TODD |
| Class/Offense: | D / Fel | YO ELIGIBLE: | | Phone#: |
| Attempted: | No | PENDING CHARGES: | Yes | Address: 118-21 QUEENS BLVD. |
| Degree: | 0 | COR ELIGIBLE: | | Queens, NY 11375 |

## LEGAL HISTORY

### Juvenile

Defendant known to have no Juvenile History

### Adult

| Arrest Date | Final Charge | Court | Indict. # | Disposition | Date |
|---|---|---|---|---|---|
| 08/08/1998 | AGGRAVATED UNLICENSED OPERATI ON MOTOR VEHICLE- 2ND DEGREE | Other | 36749/98 | Fine | 09/04/1998 |
| | | | | | |
| 02/04/2007 | AGGRAVATED DWI:OPERATE VEHICL E W/ .18 OF 1% OR MORE BAC-1S T OFF | Other | 2007NA0047-5 | 3 Years Probation | 01/08/2008 |
| | | | | Fine | 01/08/2008 |
| | | | | 60 Days Jail | 01/08/2008 |
| | | | | Probation revoked | 03/22/2010 |
| 12/14/2008 | AGGRAVATED DWI: OPERATE VEHIC LE W/ .18 OF 1% OR MORE BAC - 2ND OFFENSE | Other | 477N-2009 | 1-3 Years Prison | 05/13/2009 |
| | | | | Fine | 05/13/2009 |
| | | | | Paroled | 01/14/2010 |

12/14/2008:
Parole Discharge-Statutory Action on 1/14/12

### Pending Charges

| Arrest Date | Final Charge | Court | Indict. # | Status | Date |
|---|---|---|---|---|---|
| 10/07/2012 | AGGRAVATED UNLICENSED OPERATI ON MOTOR VEHICLE 1ST DEGREE | NEW YORK SUPREME | 5125-12 | Pending for Hearing | 02/05/2014 |
| | DRIVING WHILE INTOXICATED- 2N D OFFENSE | | | | |
| 10/07/2012 | AGGRAVATED UNLICENSED OPERATI ON MOTOR VEHICLE 1ST DEGREE | NEW YORK SUPREME | 1483-13 | Pending for Hearing | 02/05/2014 |
| 06/06/2013 | DRIVING WHILE INTOXICATED: SP ECIAL VEHICLE- 3RD OFFENSE | QUEENS SUPREME | 1789-13 | Pending for Hearing | 01/22/2014 |
| | AGGRAVATED UNLICENSED OPERATI ON MOTOR VEHICLE- 2ND DEGREE | | | | |
| | OPERATE MV BY UNLICENSD DRIVE R | | | | |

## PRESENT OFFENSE

### Circumstances of Arrest

| | | | |
|---|---|---|---|
| Offense Date(s): | 01/26/2012 | Arresting Officer: | DANA HARGE |
| Offense/ Arrest Location: | Hrand Central Pkwy. & Francis lewis Blvd., Queens, NY/Francis Lewis Blvd. & Grand Central Pkwy., Queens, NY | FBI: | 388086VA6 |
| Arrest Date: | 01/26/2012 02:03AM | Shield: | 23669 |
| The defendant was arrested: | Directly following commission of the crime | | |
| Defendant influenced by substance at time of offense: Alcohol | | | |

### Description of Present Offense

The following information was obtained from the court papers and/or ADA files.

PATEL,AMIT                                                                                    Case #: QS1304266 , Report Type: PSI

On 1/26/12 at 1:45 AM at the intersection of Grand Central Parkway and Francis Lewis Boulevard, Queens, New York, the defendant operated a motor vehicle while in an intoxicated condition.

## SUMMARY OF DEFENDANT'S STATEMENT

Defendant Interviewed? Yes - 01/02/1913

The defendant denies his guilt in the instant offense, and he states that he may appeal his conviction after speaking to his attorney.

## ANALYSIS OF OFFENSE AND LEGAL HISTORY

✓    The defendant shall be required to provide a sample for DNA testing to determine identification characteristics to be included in a state DNA index, pursuant to Article 49-b, section 995c of the New York State Executive Law.

✓    The defendant has a pending case(s).

The instant offense represents the defendant's fourth arrest since 2008. His other arrests involve driving while intoxicated, aggravated unlicensed operation of a motor vehicle, motor vehicle license violation: no license. The defendant has a history of probation violation. The defendant is due to appear in Queens Supreme Court Part TAP A on 1/22/14 for trial on a subsequent arrest under Indictment #1789-13. He is also due to appear in New York Supreme Court Part 42 for trial on 2/5/14 regarding a subsequent arrest under Indictment # 5125-12 and Indictment #1483-13.

The defendant denies his guilt in the instant offense, and he states that he may appeal his conviction after speaking to his attorney.

## FAMILY AND ENVIRONMENT

| Name | Relation | Age | Residence | Profession |
|---|---|---|---|---|
| PATEL, ███ | Mother | 60 | Lives with Defendant | ████████ |
| PATEL, ███ | Father | 61 | Lives with Defendant | ████████ |
| PATEL, ███ | Sister | 31 | Lives with Defendant | ████████ |

The defendant states that he is involved with his family.
The defendant states that he was born on ███ 76 in Queens, NY. His parents have been married for 37 years, and he was raised by his parents. He has one sister. He has a close, supportive, rewarding relationship with his parents and his sister. The defendant was not a victim of domestic violence, sex abuse or neglect during his childhood. The defendant is single and has no children. The defendant's mother, ████ Patel, age 60, resides at the case address, and is employed as a postal worker. His father, ████ Patel, age 61, resides at the case address, and is employed as a civil engineer. The defendant's family members have no criminal or drug history, and they have no history of serious physical or mental illness.

## CURRENT RESIDENCE

| Address | Apt# | City | State | Zip |
|---|---|---|---|---|
| ████████ | | ████ | NY | ████ |
| Type of Residence | Length of Time at above address | Mortgage / Rent ($) | Verified Source | |
| Private House | 22 Years | | | |

## CURRENT EDUCATION

Currently or previously enrolled in school.
The defendant states that he received a double Bachelor's Degree.

## EDUCATION HISTORY

School(s) previously attended:

| Year | Grade/ Degree | School Name/ College | City | State |
|---|---|---|---|---|
| | College 1-4 | NEW YORK INSTITUTE OF TECHNOLOGY | | |

## SOURCE OF INCOME

Not Currently Employed

Nature of Employment History:

The offender is not able to seek employment because of the following reason(s):

### EMPLOYMENT HISTORY

| Start year | End Year | Duration | Title | Company Name | City | State |
|---|---|---|---|---|---|---|
| 2011 | 2012 | 1 | | ███████████ | New York | NY |
| 2013 | 2013 | 0 | | ██████████ | | |

No Military Service

## PHYSICAL HEALTH

| Gender | Height | Weight | Race | Ethnicity | Hair | Eyes |
|---|---|---|---|---|---|---|
| Male | 5'8" | 180 lbs. | Asian | Non-Hispanic | Bald | Brown |

| Insurance | Insurance # |
|---|---|
| Medicaid | |

## SUBSTANCE ABUSE

- Defendant reported use of controlled substances and/or alcohol

| Substance Used | Age At First Use | Frequency Of Use | Currently Using | Amount/Quantity Used | Length Of Present Use | Method Of Use |
|---|---|---|---|---|---|---|
| Alcohol | 21-25 | Socially | No | 3 beers | gt 5 Years | Oral intake |

- Last Time Used: **3 weeks ago**
- Longest period of abstinence: **gt 5 Years**
- Defendant reported being drug free for: **gt 5 Years**
    Defendant was enrolled in a treatment program at time of offense: **No**

The defendant states that he completed an outpatient alcohol treatment program at Seigfield, Mineola, NY from 2/10-8/10.

## MENTAL HEALTH

- Defendant reported no psychological problems

## EVALUATIVE SUMMARY

This 37 year old defendant is before the court on his conviction upon verdict after trial of Driving While Intoxicated: 2 Previous Convictions of Designated Offenses Within 10 Years. The instant offense represents the defendant's fourth arrest since 2008. His other arrests involve driving while intoxicated, aggravated unlicensed operation of a motor vehicle, motor vehicle license violation: no license. The defendant has a history of probation violation. The defendant is due to appear in Queens Supreme Court Part TAP A on 1/22/14 for trial on a subsequent arrest under Indictment #1789-13. He is also due to appear in New York Supreme Court Part 42 for trial on 2/5/14 regarding a subsequent arrest under Indictment # 5125-12 and Indictment #1483-13. The defendant states that he is unemployed and has no other source of income. He states that he last worked as a manager of technical services support desk for two months until 8/13.

The defendant was cooperative during our interview via video teleconferencing. The defendant denies his guilt in the instant offense, and he states that he may appeal his conviction after speaking to his attorney.

The defendant states that he has a pinched nerve in his left leg and a collapsed left hip; he is not under medical treatment and does not take medication. He denies a history of mental illness or social agency involvement. He denies the use of illicit drugs and acknowledges drinking alcohol socially since the age of 22 until three weeks ago.

The defendant states that he was born on ███ 76 in Queens, NY. His parents have been married for 37 years, and he was raised by his parents. He has one sister. He has a close, supportive, rewarding relationship with his parents and his sister. The █████ndant was not a victim of domestic violence, sex abuse or neglect during his childhood. The defendant is single and has no children. The defendant's mother, ███████ Patel, age 60, resides at the case address, and is employed as a postal worker. His father, ██████ Patel, age 61, resides at the case address, and is employed as a civil engineer. The defendant's family members have no criminal or drug history, and they have no history of serious physical or mental illness. The defendant states that he is involved with his family.

Department of Motor Vehicles records indicates that the defendant's license is revoked.

Attested By:

_____
Probation Officer - B. Misch

Reviewed By:

*Kathleen Young*

_____
Supervising Probation Officer - K. Fanning-Young

Submitted By:

_____
Branch Chief - R. Kay

## VERIFICATION GRID

| # | Verification Type | Verified? | Method/Source | By Whom | Date |
|---|---|---|---|---|---|
| 1 | Legal History | Yes | | B. Misch | 01/09/2014 |
| 2 | Present Offense | Yes | Court papers, e-Justice | B. Misch | 01/09/2014 |
| 3 | Victim Impact Statement | | | | |
| 4 | Date of Birth | No | | | |
| 5 | Current Address | No | | | |
| 6 | Current or Most Recent School | No | | | |
| 7 | Current or Most Recent Training Program | | | | |
| 9 | Source of Other Income | | | | |
| 10 | Military Service | | | | |
| 11 | Current or Most Recent Treatment for Physical Illness/Disability | N/A | | | |
| 12 | Current or Most Recent Treatment - Psychiatric/Psychological | | | | |
| 13 | Current or Most Recent Treatment for Alcohol / Drug Abuse | | | | |

## New York City Department Of Probation
### Pre-Sentence Investigation Face Sheet

| | | | |
|---|---|---|---|
| Report Type: PSI | Court: Supreme | NYSID #: 08976796H | Case #: QS1500965 |
| County: Queens | FBI: 388086VA6 | PO: D. Ellis-Darbouze | Sentence Promise: No |
| Conviction Dt: 04/01/2015 | Sentence/ Return Dt: 04/15/2015 | Custody Status: Jail | Conviction: Trial |

### PERSONAL INFORMATION

| Last Name: | PATel  1423022 | | First Name: | AMIT |
|---|---|---|---|---|

True Name (if different):

| Current Address: ████████ | Mailing Address: Same as Current Address | Resides with: Mother, Father, Sister |
|---|---|---|
| Primary Phone: ████ | | |
| Cell Phone: ████ | | |

| Birth Date: ██ 1976 | SSN: ████ | Gender: Male |
|---|---|---|
| Country of Birth: United States | Citizenship: United States | Race: Asian |
| State if US: NY | Alien Status: | Ethnicity: Non-Hispanic |
| City of Birth: Queens | Alien #: | Height: 5 ft 8 in |
| Primary Language: English | Visa Type: | Weight: 180 lbs |
| Speaks English? Yes | Visa #: | Eyes: Brown |
| Interpreter? No | Marital Status: Single | Hair: Bald |
| Identifiable Marks: | | Glasses: No |
| Law Actions: DNA | | Contacts: No |

Defendant Interview Date: -

### PRESENT COURT PROCEEDING

| # | Indict. # | Court Control # | Offense Date | Arrest Date | Final Charge(s) | Count |
|---|---|---|---|---|---|---|
| 1 | 1789-13 | 66107345H | 06/16/2013 | 06/16/2013 | DRIVING WHILE INTOXICATED- 2ND OFFENSE | 1 |
| | | | 06/16/2013 | 06/16/2013 | OPERATING MOTOR VEHICLE WITHOUT BEING DULY LICENSED | 1 |
| | | | 06/16/2013 | 06/16/2013 | AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE 2ND DEGREE-2 | 1 |

Indict. Arrest Charges:

| | Charge Description | Count | VO | JO | Covers Indict. |
|---|---|---|---|---|---|
| 1 | AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE 2ND DEGREE-2 | 1 | | | |
| 2 | DRIVING WHILE INTOXICATED- 2ND OFFENSE | 1 | | | |
| 3 | OPERATING MOTOR VEHICLE WITHOUT BEING DULY LICENSED | 1 | | | |

| Conviction Charge Code: | Court Details: | Additional Information: |
|---|---|---|
| Law: VTL | Judge: HON. STEPHEN KNOPF | ADA: AUH, TIM Phone#: (718)288-6600 |
| Section: 1192 | Part: K - 19 | |

| SubDiv: | 03 | CO-DEFENDANTS: | | Defense Counsel: BERG, FREEDIE |
|---|---|---|---|---|
| Class/Offense: | E / Fel | YO ELIGIBLE: | | Phone#: |
| Attempted: | No | PENDING CHARGES: | | Address: 31-70 CRESCENT STREET |
| Degree: | 0 | COR ELIGIBLE: | | Queens, NY 11106 |

PRIVILEGED AND CONFIDENTIAL

## LEGAL HISTORY

## Juvenile

Defendant known to have no Juvenile History

## Adult

| Arrest Date | Final Charge | Court | Indict. # | Disposition | Date |
|---|---|---|---|---|---|
| 08/08/1998 | AGGRAVATED UNLICENSED OPERATI ON MOTOR VEHICLE- 2ND DEGREE | Other | 36749/98 | Fine | 09/04/1998 |
| 02/04/2007 | AGGRAVATED DWI:OPERATE VEHICL E W/ .18 OF 1% OR MORE BAC-1S T OFF | Other | 2007NA0047-5 | 3 Years Probation | 01/08/2008 |
| | | | | Fine | 01/08/2008 |
| | | | | 60 Days Jail | 01/08/2008 |
| | | | | Probation revoked | 03/22/2010 |
| 12/14/2008 | AGGRAVATED DWI: OPERATE VEHIC LE W/ .18 OF 1% OR MORE BAC - 2ND OFFENSE | Other | 477N-2009 | 1-3 Years Prison | 05/13/2009 |
| | | | | Fine | 05/13/2009 |
| | | | | Paroled | 01/14/2010 |
| 01/26/2012 | OPER MV INTOX-PRIOR CONVICTN | QUEENS SUPREME | 00383-12 | Jail | 10/24/2014 |

12/14/2008:

Parole Discharge-Statutory Action on 1/14/12

The defendant's criminal record consists of six arrests that includes the following charges, Driving While Ability Impaired by the consumption of Alcohol and Aggravated Unlicensed Operation of a Motor Vehicle 2nd degree,Aggravated DWI Aggravated DWI, Aggravated Unlicensed Operation of a Motor Vehicle-1st degree,Operating a Motor Vehicle While Under the Influence of Alcohol, Aggravated Unlicensed Operation of a Motor Vehicle-2nd degree, Operating a Motor Vehicle Without a License.

## Pending Charges

| Arrest Date | Final Charge | Court | Indict. # | Status | Date |
|---|---|---|---|---|---|
| 10/07/2012 | AGGRAVATED UNLICENSED OPERATI ON MOTOR VEHICLE 1ST DEGREE | NEW YORK SUPREME | 1483-13 | Pending for Hearing | 04/29/2015 |
| 10/07/2012 | AGGRAVATED UNLICENSED OPERATI ON OF A MOTOR VEHICLE 1ST DEG REE | NEW YORK SUPREME | 05125-12 | Pending for Hearing | 04/29/2015 |

## PRESENT OFFENSE

### Circumstances of Arrest

| | | | |
|---|---|---|---|
| Offense Date(s): | 06/16/2013 | Arresting Officer: | JENNIFER CITTADINO |
| Offense/ Arrest Location: | Queens County/At theSouthwest intersection of Liberty avenue and 134th Street Queens County | FBI: | 388086VA6 |
| Arrest Date: | 06/16/2013 06:42AM | Shield: | 94442 |
| The defendant was arrested: | Directly following commission of the crime | | |
| Defendant influenced by substance at time of offense: Alcohol | | | |

## Description of Present Offense

The following information was obtained from the court papers and/or ADA files.

On June 16, 2013 at 6:30AM at the Southwest intersection of Liberty Avenue and 134th Street Queens County Police Officer Cittadino states on the above date and time she observed the defendant Amit Patel sleeping behind the wheel of a 1998 Lexus. It was further observed that the keys were in the ignition and the engine was running.
Upon approaching the vehicle it was observed that the driver's side window was open and the smell of alcoholic beverage

eminanting from the vehicle.
The defendant was also observed to have slurred speech and bloodshot watery eyes and strong odor of an alcoholic beverage on his breath.
Upon exiting the vehicle was observed to be unsteady on his feet and he needed the officer's assistance to remain upright.

A computer printout of the defendant's arrest record indicated that the defendant was previously convicted of Operating a Motor Vehicle While Under the influence of Alcohol or Drugs under Section Eleven Hundred Ninety-Two of the Vehicle and Traffic law under indictment number 477N-09 in Nassau County on 3/4/09

## SUMMARY OF DEFENDANT'S STATEMENT

Defendant Interviewed? No - Defendant refused to interview

The defendant was not interviewed by this department because he refused to be interviewed by this department. A refusal slip is attached.

## ANALYSIS OF OFFENSE AND LEGAL HISTORY

✔    **The defendant shall be required to provide a sample for DNA testing to determine identification characteristics to be included in a state DNA index, pursuant to Article 49-b, section 995c of the New York State Executive Law.**

In the present offense the defendant operated a motor vehicle while under the influence of alcohol also during the commission of the crime operated the vehicle without a license.
This arrest marks the defendant sixth arrest and third felony conviction.
This offense is consistent with the defendant prior pattern of criminal behavior. The defendant has recieves sentences of fines and probation and jail terms. His response to probation was unsatisfactory.
It should be noted the defendant had a pending matter in New York County for a DWI and that matter has been adjourned to 4/29/15 Part42.On 10/24/14 the defendant was sentenced in Queens Supreme Court following his conviction of DWI:2 Previous Conviction of Designated Offense to 2 to 6 years incarceration.

## FAMILY AND ENVIRONMENT

| Name | Relation | Age | Residence | Profession |
|------|----------|-----|-----------|------------|
| PATEL, ███ | Mother | 61 | Lives with Defendant | ██████ |
| PATEL, ███ | Father | 63 | Lives with Defendant | ██████ |
| `ATEL, ███ | Sister | 33 | Lives with Defendant | ██████ |

The defendant states that he is involved with his family.
The defendant states that he was born on ███76 in Queens, NY. His parents have been married for 37 years, and he was raised by his parents. He has one sister. He has a close, supportive, rewarding relationship with his parents and his sister. The defendant was not a victim of domestic violence, sex abuse or neglect during his childhood. The defendant is single and has no children. The defendant's mother, ██████ Patel, age 60, resides at the case address, and is employed as a postal worker. His father, ██████ Patel, age 61, resides at the case address, and is employed as a civil engineer. The defendant's family members have no criminal or drug history, and they have no history of serious physical or mental illness.

## CURRENT RESIDENCE

| Address | Apt# | City | State | Zip |
|---------|------|------|-------|-----|
| ██████ | | ██████ | ████ | ████ |

| Type of Residence | Length of Time at above address | Mortgage / Rent ($) | Verified Source |
|-------------------|--------------------------------|---------------------|-----------------|
| Private House | 22 Years | | |

## CURRENT EDUCATION

## EDUCATION HISTORY

School(s) previously attended:

| Year | Grade/ Degree | School Name/ College | City | State |
|------|---------------|----------------------|------|-------|
| | College 1-4 | NEW YORK INSTITUTE OF TECHNOLOGY | | |

## PHYSICAL HEALTH

| Gender | Height | Weight | Race | Ethnicity | Hair | Eyes |
|--------|--------|--------|------|-----------|------|------|
| Male | 5'8" | 180 lbs. | Asian | Non-Hispanic | Bald | Brown |

## EVALUATIVE SUMMARY

This 38 year old defendant is before the court on his conviction upon verdict after trail of Operating a Motor Vehicle While Under the Influence of Alcohol and Aggravated Unlicensed Operation of Motor Vehicle-2nd degree, Operating or Driving a Motor Vehicle Without a License.
The present offense  represents the defendant's sixth known arrest and third felony conviction..
It should be noted that the defendant has a pending matter in New York County that has been adjourned for trail on 4/29/15 Part 42.

he defendant refused to be interviewed by this department.

In view of the above the future outlook for this defendant appears to be poor.

Attested By:
_____
Probation Officer - D. Ellis-Darbouze

Reviewed By:
_____
Supervising Probation Officer - Y. Daniels-Moultri

Submitted By:
_____
Branch Chief - R. Kay

## VERIFICATION GRID

| # | Verification Type | Verified? | Method/Source | By Whom | Date |
|---|---|---|---|---|---|
| 1 | Legal History | Yes | | D. Ellis-Darbouze | 04/08/2015 |
| 2 | Present Offense | Yes | Court papers | D. Ellis-Darbouze | 04/09/2015 |
| 3 | Victim Impact Statement | | | | |
| 4 | Date of Birth | No | | | |
| 5 | Current Address | No | | | |
| 6 | Current or Most Recent School | No | | | |
| 7 | Current or Most Recent Training Program | | | | |
| 9 | Source of Other Income | | | | |
| 10 | Military Service | | | | |
| 11 | Current or Most Recent Treatment for Physical Illness/Disability | | | | |
| 12 | Current or Most Recent Treatment - Psychiatric/Psychological | | | | |
| 13 | Current or Most Recent Treatment for Alcohol / Drug Abuse | | | | |





NYS RAP-SHEET

# ASSISTANT

# DISTRICT

# ATTORNEY'S

# VERSION

## Repository Inquiry

To: wurgaft For: Hannah Wurgaft NYSID Number - 08976796IF - DA1
NYSID Case No:01483/2011J

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS

Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

Identification Summary: Criminal History | Job/License | Wanted | Missing | NCIC/III |

◊ Attention – Important Information    ↟

* See Additional Information at the bottom of this response for more banners pertaining to the criminal history

Currently under Sentence to NYS Department of Correctional Services. Call the Office of the Inspector General at (718)626-1710 during business hours of 7:00 AM to 7:00 PM Eastern Standard Time, Monday thru Friday. At any other time, please contact the Command Center, New York State Department of Correctional Services at (518)457-5902.

DNA PROFILE IS ON FILE IN THE DNA DATABANK. If more information is required, call DCJS Office of Forensic Services at 1-800-262-3257

◊ Identification Information    ↟

Name:
AMIT'P PATEL   AMIT PATEL

Date of Birth:
1976

Place of Birth:
New York   India

Cycle 6
Arrest Date June 16, 2013
Address:

| | |
|---|---|
| Sex: Male | Race: Unknown |
| Eye Colo Brown | Ethnicity: Not Hispanic |
| | Hair Color: Unknown |
| SSN: | Skin Tone: Dark |
| | Height: 5'08" Weight: 215 |

NYSID#: 03976796 I
FBI#: 38808?VA6
NCIC Classification#: PODIPOPMIPODIPI19CIO?

US Citizen: Yes
Probation Client ID#: 1752576

III Status: Criminal record in other states or in multiple FBI files for NYS

## Summary / Information

Total Arrests: 6     Date of Earliest Arrest: August 08, 1998     Latest Prior Arrest Date: June 16, 2013

| Total Arrests: | 6 | | Total Arraigned Arrests: | 6 | | Total Open Cases: | | Cycles (max 5) |
|---|---|---|---|---|---|---|---|---|
| Felony: | 5 | | Felony: | 5 | | Felony: | 1 | 5 |
| Violent Felony: | 0 | | Violent Felony: | 0 | | Violent Felony: | 0 | |
| Firearm: | 0 | | Firearm: | 0 | | Firearm: | 0 | |
| Misdemeanor: | 3 | | Misdemeanor: | 1 | | Misdemeanor: | 0 | |
| Other: | | | Other: | 0 | | Other: | 0 | |
| | | | | | | Open ACD: | 0 | |
| | | | | | | Non Docketed Cases: | 0 | |

| Total Convictions | 5 | Cycles (max 5) |
|---|---|---|
| Felony: | 3 | 6,4,3 |
| Violent Felony: | 0 | |
| Firearm: | 0 | |
| Misdemeanor: | 2,1 | |
| Other: | 0 | |
| YO Adj.: | 0 | 1 |

| Warrant Information: | | Cycles (max 5) |
|---|---|---|
| Failure to Appear Counts: | 2 | |
| Total Open: | 0 | |
| Active NYC: | 0 | |

| DOC Classification: | | Cycles (max 5) |
|---|---|---|
| Escape Charges: | 0 | |
| Sex Offender Convictions: | 0 | |
| Probation/Revoc: | | 2 |
| Parole Revoc: | 0 | |

NYS Criminal History Information

Arrest/Charge Information
Arrest Date: June 16, 2013 06:42 am (06:42:00)

**Cycle 6**

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | 1976 |
| Sex: | Male |
| Race: | Asian |
| Ethnicity: | Not Hispanic |
| Height: | 5' 08" |
| Weight: | 215 |
| Age at time of crime/arrest: | 36 |
| Address: | |
| Fax Number: | Q28062 |
| Place of Arrest: | NYCPD 106 |
| Arrest Type: | Unknown |
| Date of Crime: | June 16, 2013 |
| Place of Crime: | NYCPD 106 |
| Criminal Justice Tracking No.: | 66107345H |
| Arresting Agency: | NYCPD PCT 106 |
| Arresting Officer ID: | 944442 |
| Arrest Number: | Q13636334 |
| Arraignment: | Queens County Criminal Court |

Arrest Charges:

-- Operate MV .08 Of 1% Or More/Alcohol-2 Prior Conv Desig Off W/in 10yrs
   VTL 1192      Sub 02 :      Class D   Felony            Degree 0 : NCIC 5404

-- Aggravated Unlicensed Operation - Alcohol Related
   VTL 0511      Sub 2AA     Class U   Misdemeanor    Degree 2 : NCIC 5499

-- Refusal To Take Breath Test
   VTL 1194      Sub 01B                  Infraction           Degree 0 : NCIC 5499

Court Case Information

--Court: Queens County Criminal Court   Case Number: 2013QN031150.

June 17, 2013
Initial Report Of Docket Number

June 17, 2013
Arraigned

...ing While Intoxicated- 1st Offense
VTL 1192   Sub 03   Class U Misdemeanor   NCIC 5404

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
VTL 0511   Sub 02   Class U Misdemeanor   NCIC 5499

August 19, 2011
Transferred To Superior Court

-- Driving While Intoxicated- 1st Offense
VTL 1192   Sub 03   Class U Misdemeanor   NCIC 5404

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
VTL 0511   Sub 02   Class U Misdemeanor   NCIC 5499

Court: Queens County Supreme Court   Case Number: 01789-2013

September 04, 2013
Initial Report Of Indictment Number

September 04, 2013
Arraigned

-- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
VTL 1192   Sub 03   Class D Felony   NCIC 5404

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
VTL 0511   Sub 02   Class U Misdemeanor   NCIC 5499

April 20, 2015
Convicted Upon Verdict After Jury Trial - Conviction Date: April 01, 2015

-- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
VTL 1192   Sub 03   Class D Felony   NCIC 5404

Sentenced to:   Probation: 5 Year(s) Term: 28 Month(s) to 7 Year(s) Fine Amount: $2000 Status: Transferred for Collection, Unspecified License Suspended

Sentence Date:   April 20, 2015

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
VTL 0511   Sub 02   Class U Misdemeanor   NCIC 5499

Sentenced to:   Term: 180 Day(s)

ejusticeny.nv.gov/...15/65/L2d8ISEv20FBISSnQSEbUpsvf27_SNO60jB1A006880INJB39G22104'0/aefrid=bBOOI3fuKg/pt=javax.servlet.include.path_info=QCPCriminalRepositoryView.jsp309710908064/=#wysMainContent[1]1/25/2015 2 48:59 PM]

Interim release Status: Remanded without bail

**→ Cycle 5 ←**

**Arrest/Charge Information**
Arrest Date: October 07, 2012 03:49 am (03:49:00)

| | |
|---|---|
| Name: | AMIT PATEL |
| Date of Birth: | ████ 1976 |
| Sex: | Male |
| Race: | Unknown |
| Ethnicity: | Unknown |
| Height: | 5'08" |
| Weight: | 170 |
| Age at time of crime/arrest: | 36 |
| Address: | ████████████████ |
| Fax Number: | M58100 |
| Place of Arrest: | NYCPD 19 |
| Arrest Type: | Unknown |
| Date of Crime: | October 07, 2012 |
| Place of Crime: | NYCPD 19 |
| Criminal Justice Tracking No.: | 6571062811 |
| Arresting Agency: | NYCPD PCT 019 |
| Arresting Officer ID: | 937899 |
| Arrest Number: | M12689507 |
| Arraignment: | New York County Criminal Court |

Arrest Charges:

-- Driving While Intoxicated- 1st Offense
VTL 1192   Sub 03   Class U Misdemeanor Degree 0 NCIC 5404

-- Driving While Ability Impaired By The Consumption of Alcohol
VTL 1192   Sub 01      Infraction     Degree 0 NCIC 5404

-- Motor Vehicle License Violation:No License
VTL 0509   Sub 01      Infraction     Degree 0 NCIC 5499

**Court Case Information**
-- Court: New York County Criminal Court   Case Number: 2012NY078834

October 08, 2012
Initial Report Of Docket Number

October 08, 2012
Arraigned

  -- Driving While Intoxicated- 1st Offense
    VTL 1192   Sub 03   Class U  Misdemeanor   NCIC 5404

  -- Driving While Ability Impaired By The Consumption of Alcohol
    VTL 1192   Sub 01    Infraction   NCIC 5404

  -- Motor Vehicle License Violation:No License
    VTL 0509   Sub 01    Infraction   NCIC 5499

December 01, 2012
Transferred To Superior Court

  -- Driving While Intoxicated- 1st Offense
    VTL 1192   Sub 03   Class U  Misdemeanor   NCIC 5404

  -- Driving While Ability Impaired By The Consumption of Alcohol
    VTL 1192   Sub 01    Infraction   NCIC 5404

  -- Motor Vehicle License Violation:No License
    VTL 0509   Sub 01    Infraction   NCIC 5499

-- Court: New York County Supreme Court , Case Number: 0512S-2012

December 19, 2012
Initial Report Of Indictment Number

December 19, 2012
Arraigned

  -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
    VTL 0511   Sub 03   Class E  Felony  NCIC 5499

  -- DWI: Previous Conviction Of Designated Offense Within 10 Years
    VTL 1192   Sub 01   Class E  Felony  NCIC 5404

-- Court: New York County Supreme Court , Case Number: 01483-2013

May 01, 2013
Initial Report Of Indictment Number

May 29, 2013
Arraigned

  -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
    VTL 0511   Sub 03   Class E  Felony  NCIC 5499



Interim release Status: Posted Bail

**Cycle: 4**

**Arrest/Charge Information**
Arrest Date: January 26, 2012 02:03 am (02:03:00)

| | |
|---|---|
| Name: | AMIT PATEL |
| Date of Birth: | ████ 1976 |
| Sex: | Male |
| Race: | White |
| Ethnicity: | Not Hispanic |
| Height: | 5' 08" |
| Weight: | 220 |
| Age at time of crime/arrest: | 35 |
| Address: | ████████ |
| Fax Number: | Q4558 |
| Place of Arrest: | NYCPD 107 |
| Arrest Type: | Unknown |
| Date of Crime: | January 26, 2012 |
| Place of Crime: | Queens County, NY |
| Criminal Justice Tracking No.: | 652601J8Q |
| Arresting Agency: | NYCPD PCT 102 |
| Arresting Officer ID: | 933832 |
| Arrest Number: | Q1260J332 |
| Arraignment: | Queens County Criminal Court |

Arrest Charges:

-- Driving While Intoxicated- 1st Offense
  VTL 1192    Sub 03    Class U    Misdemeanor    Degree 0    NCIC 5404

-- Operate Motor Veh With .08 Of 1% Alcohol Or More In Blood- 1st Offense
  VTL 1192    Sub 02    Class U    Misdemeanor    Degree 0    NCIC 5404

-- Driving While Ability Impaired By The Consumption of Alcohol
  VTL 1192    Sub 01    Infraction    Degree 0    NCIC 5404

**Court Case Information**
--Court: Queens County Criminal Court    Case Number: 2012QN004840

January 26, 2012
Initial Report Of Docket Number

January 26, 2012
Arraigned

w:ejusticeny.ny.gov/...LS/d5ft2nJB1S5v20FBJS9nQSEhlpwfZ7_SNO69B1A0068801N3B9PG21040/aciid=b8OOD5tutKg/p=javax.servlet.include.path_info=Qi2PCriminalRepositoryView.jsp?309710808t6GJ/=/#/wvpMainContent[11/25/201 1 2:48:59 PM]

-- Operate MV .08 Or 1% Or More Alcohol-Prior Conv Desig Off Win 10 Yrs
VTL 1192   Sub 02   Class E   Felony   NCIC 5404

-- Driving While Intoxicated- 1st Offense
VTL 1192   Sub 03   Class U   Misdemeanor   NCIC 5404

-- Operate Motor Veh With .08 of 1% Alcohol Or More In Blood- 1st Offense.
VTL 1192   Sub 02   Class U   Misdemeanor   NCIC 5404

-- Aggravated DWI:Per Se-BAC.18 Of 1% Or More Alcohol In Blood-No Priors
VTL 1192   Sub 2-AA   Class U   Misdemeanor   NCIC 5404

-- Illegal Signal:Stop/Slow Without Signaling
VTL 1163   Sub 0C   Infraction   NCIC 5499

April 23, 2012
Transferred To Superior Court

-- Operate MV .08 Or 1% Or More Alcohol-Prior Conv Desig Off Win 10 Yrs
VTL 1192   Sub 02   Class E   Felony   NCIC 5404

-- Driving While Intoxicated- 1st Offense
VTL 1192   Sub 03   Class U   Misdemeanor   NCIC 5404

-- Operate Motor Veh With .08 of 1% Alcohol Or More in Blood- 1st Offense.
VTL 1192   Sub 02   Class U   Misdemeanor   NCIC 5404

-- Aggravated DWI:Per Se-BAC.18 Of 1% Or More Alcohol In Blood-No Priors
VTL 1192   Sub 2-AA.   Class U   Misdemeanor   NCIC 5404

-- Illegal Signal:Stop/Slow Without Signaling
VTL 1163   Sub 0C   Infraction   NCIC 5499

-- Court: Queens County Supreme Court   Case Number: 00383-2012

May 02, 2012
Initial Report Of Indictment Number

May 02, 2012
Arraigned

October 24, 2014
-- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
VTL 1192   Sub 03   Class D   Felony   NCIC 5404
Convicted Upon Verdict After Jury Trial - Conviction Date: December 13, 2013

-ejusticeny.gov/.../ISt05fL2tfHJ5Ev20FBIJ59nQSEhvjnwZ7_SNO69B1AO0688DN3BJ9G210dneefd+bROOI5tutKgfrpljavax.servlet.include_path_info=QCPCriminalRepositoryView.jsp3b09710908t6d+/vJ/wpsMainContent[1/25/2011 1:08:59 PM]

-- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years

VTL 1192       Sub 03       Class D       Felony       NCIC 5404

Sentenced to:   Conditional discharge Term: 2 Year(s) to 6 Year(s) License Revoked
Sentence Date: October 24, 2014

Interim release Status: Remanded without bail

Incarceration/Supervision Information

**Incarceration Admission Information**

Admission Date:              November 24, 2014
Admission Reason:            New Commitment
Agency:                      NYS DOCCS Ulster Correctional Facility
State Inmate ID No.:         14R3022
Sentence to:                 Term: 2 Year(s) to 6 Year(s)
Max Expiration Date:         November 27, 2019
Conditional Release Date     November 27, 2017
Inmate Name:                 AMIT PATEL
Sex:                         Male

Admission Charges:

  -- DWI: Alcohol Or Drugs-3rd Offense
     VTL 1192 Class D Felony Degree 0 NCIC 5404

→ Cycle 3 ←

**Arrest/Charge Information**
Arrest Date: December 14, 2008 05:13 am (05:13:00)

Name:                        AMIT P PATEL
Date of Birth:               1976
Sex:                         Male
SSN:
Age at time of crime/arrest: 32
Address:                     Town of North Hempstead, Nassau County, NY
Place of Arrest:             Town of North Hempstead, Nassau County, NY
Arrest Type:                 Crime In Progress
Date of Crime:               December 14, 2008
Place of Crime:              Town of North Hempstead, Nassau County, NY
Criminal Justice Tracking No.: 63320277R
Arresting Agency:            NYSP Valley Stream

Arresting Officer ID:     VAL5439
Arrest Number:            602595

Arrest Charges:

-- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
VTL 1192      Sub 2-A     Class E    Felony     Degree 0    NCIC 5404

-- DWI: Previous Conviction Of Designated Offense Within 10 Years
VTL 1192      Sub 03      Class E    Felony     Degree 0    NCIC 5404

-- Moved From Lane Unsafely
VTL 1128      Sub 0A                 Infraction  Degree 0    NCIC 5499

-- Unsafe Turn Or Failure To Give Appropriate Signal
VTL 1163      Sub 0A                 Infraction  Degree 0    NCIC 5499

Court Case Information

-- Court: Nassau County 1st District Court    Case Number: 2008NA032482

December 15, 2008
Initial Report Of Docket Number

December 15, 2008
Arraigned

-- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
VTL 1192      Sub 2-A     Class E    Felony                 NCIC 5404

-- DWI: Previous Conviction Of Designated Offense Within 10 Years
VTL 1192      Sub 03      Class E    Felony                 NCIC 5404

-- Motor Vehicle License Violation:No License
VTL 0509      Sub 01                 Infraction             NCIC 5499

-- Moved From Lane Unsafely
VTL 1128      Sub 0A                 Infraction             NCIC 5499

-- Unsafe Turn Or Failure To Give Appropriate Signal
VTL 1163      Sub 0A                 Infraction             NCIC 5499

March 04, 2009
Transferred To Superior Court

-- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
VTL 1192      Sub 2-A     Class E    Felony                 NCIC 5404

-- DWI: Previous Conviction Of Designated Offense Within 10 Years
VTL 1192      Sub 03      Class E      Felony      NCIC 5404

-- Motor Vehicle License Violation:No License
VTL 0509      Sub 01                  Infraction      NCIC 5499

-- Moved From Lane Unsafely
VTL 1128      Sub 0A                  Infraction      NCIC 5499

-- Unsafe Turn Or Failure To Give Appropriate Signal
VTL 1163      Sub 0A                  Infraction      NCIC 5499

--Court: Nassau County Court   Case Number: 00477N-2009

March 04, 2009
Initial Report Of Docket Number

March 04, 2009
Arraigned

-- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
VTL 1192      Sub 2-A-      Class E      Felony      NCIC 5404

March 04, 2009
Convicted Upon Plea Of Guilty - Conviction Date: March 04, 2009

-- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
VTL 1192      Sub 2-A                  Class E      Felony      NCIC 5404

Sentenced to:    Term:1 Year(s) to 3 Year(s) Indeterminate Fine Amount: $5000 Status: Paid in Full License Revoked
Sentence Date: May 13, 2009

Interim release Status: Posted Bail

Incarceration/Supervision Information

Incarceration Admission Information
Admission Date:              June 01, 2009
Admission Reason:            New Commitment;
Agency:                      NYS DOCCS Ulster Correctional Facility
State Inmate ID No.:         09R1937
Sentence to:                 Term: 1 Year(s) to 3 Year(s).
Max Expiration Date:         May 10, 2012
Conditional Release Date     May 10, 2011
Inmate Name:                 AMIT P PATEL

Admission Charges:

-- DWI: Alcohol Or Drugs - 2nd Offense
VTL 1192 Class E Felony Degree 0 NCIC 5404

Incarceration Release Information
Release Date:                    January 14, 2010
Release Reason:                  Paroled to Division of Parole
Agency:                          NYS DOCCS Ulster Correctional Facility
Inmate ID Number:                09R1937

Parole Release Information
Received by Parole on:           January 14, 2010
Release Type:                    Initial Release to Parole
Max Expiration Date:             May 10, 2012
Supervision Office:              Nassau
Parole ID Number:                09R1937
Name:                            AMIT P PATEL

Parole Discharge Information
Discharged from Parole on:       January 14, 2012
Discharge Type:                  Discharged - Statutory Action
Parole ID Number:                09R1937
Name:                            AMIT P PATEL

Arrest/Charge Information
Arrest Date: February 04, 2007 04:50 am (04:50:00)

Name:                            AMIT P PATEL
Date of Birth:                   1976
Sex:                             Male
SSN:
Age at time of crime/arrest:     30
Address:                         VS33
Fax Number:
Place of Arrest:                 Town of North Hempstead, Nassau County, NY
Arrest Type:                     Crime In Progress
Date of Crime:                   February 04, 2007
Place of Crime:                  Town of North Hempstead, Nassau County, NY
Criminal Justice Tracking No.:   319452691F
Arresting Agency:                NYSP Valley Stream

Arresting Officer ID:        3619
Arrest Number:               226333

Arrest Charges:

-- Driving While Intoxicated- 1st Offense
   VTL 1192   Sub 03   Class U Misdemeanor Degree 0 NCIC 5404

-- Aggravated DWI..18 Of 1% Or More Alcohol In Blood- No Priors
   VTL 1192   Sub 2-A   Class U Misdemeanor Degree 0 NCIC 5404

-- Obstructing Traffic At Intersection
   VTL 1175                     Infraction          Degree 0 NCIC 5499

Court Case Information

--Court: Nassau County 1st District Court   Case Number: 2007NA004705

February 22, 2007
Initial Report Of Docket Number

February 22, 2007
Arraigned

-- Driving While Intoxicated- 1st Offense
   VTL 1192   Sub 03   Class U Misdemeanor   NCIC 5404

-- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
   VTL 1192   Sub 2-A   Class U Misdemeanor   NCIC 5404

-- Obstructing Traffic At Intersection
   VTL 1175                     Infraction....   NCIC 5499

November 02, 2007
Convicted Upon Plea Of Guilty - Conviction Date: November 02, 2007

November 02, 2007
Convicted Upon Plea Of Guilty - Conviction Date: November 02, 2007

-- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
   VTL 1192               Sub 2-A           Class U   Misdemeanor          NCIC 5404

In Full Satisfaction of:
-- Driving While Intoxicated- 1st Offense
   VTL 1192 Sub03   Class U Misdemeanor NCIC 5404

w.ejusticeny.ny.gov/..1St6SJt/2xdiStEvZ0tFB1S5nsQSEbJpwfZ_5NO69B1A008880IN3BJ9GZ10A0/acf/d=bEOOD5tudG/p=javax.servlet.include.path_info=QCPCriminalRepositoryView.jsp/00910908lt6/d=/#/nypshMainContent[11/25/2011  2:18:39 PM]

-- Obstructing Traffic At Intersection
    VTL 1175    Infraction NCIC 5499

Sentenced to:    Probation: 3 Year(s) Custody/Fine: 30 Day(s)/$1000 Status: Paid in Full Term: 60 Day(s) License Revoked
    Sentence Date: January 08, 2008

June 17, 2009
Bench Warrant Issued, Resentence Hearing Pending

January 28, 2010
Bench Warrant Vacated

Interim release Status: Released on own recognizance (ROR)

**Incarceration/Supervision Information**

**Probation Information**

| | |
|---|---|
| Name: | AMIT P PATEL |
| Sex: | Male |
| Race: | Other |
| Ethnicity: | Not Hispanic |
| Address: | ████████████ |
| Placed on Probation: | January 08, 2008 |
| Max Expiration Date: | January 07, 2011 |
| Supervision Agency: | Nassau County Probation |
| Jurisdiction Agency: | Nassau County Probation |
| Probation Officer ID: | NA567 |
| Probation Registration Number: | 348 1802 |
| Probation Case Number: | 175088 |
| Probation Discharge Date: | March 22, 2010 |
| Discharge Type: | Revoked - Technical Violation |

**Incarceration Admission Information**

| | |
|---|---|
| Admission Date: | January 08, 2008 |
| Admission Reason: | Sentenced, Initial Entry, Unknown Type or Level |
| Agency: | Nassau County Jail Correctional Center |
| Inmate ID Number: | 0801044 |
| Sentence to: | Term: 60 Day(s); |
| Max Expiration Date: | |
| Inmate Name: | AMIT P PATEL |

**Admission Charges:**

-- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
    VTL 1192    Class U    Misdemeanor    Degree 0    NCIC 5404

**Cycle 1**

## Arrest/Charge Information
Arrest Date: August 08, 1998 06:50 am (06:50:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | 1976 |
| Sex: | Male |
| Race: | Asian |
| SSN: | |
| Age at time of crime/arrest: | 22 |
| Address: | |
| Fax Number: | SE706 |
| Place of Arrest: | Town of Smithtown, Suffolk County, NY |
| Arrest Type: | Other |
| Date of Crime: | August 08, 1998 |
| Place of Crime: | Town of Smithtown, Suffolk County, NY |
| Criminal Justice Tracking No.: | 27902704R |
| Arresting Agency: | Suffolk County Police Department-4th Precinct |
| Arresting Officer ID: | 33415 |
| Arrest Number: | 397051 |

Arrest Charges:

-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
  VTL 0511   Sub 03   Class E   Felony   Degree 1 NCIC 5499

-- Operating Motor Vehicle-.10 Of 1% Alcohol-1st Offense
  VTL 1192   Sub 02   Class U   Misdemeanor Degree 0 NCIC 5404

## Court Case Information
--Court: Suffolk County 1st District Court   Case Number: 36749/98

August 09, 1998
Initial Report Of Docket Number

August 09, 1998
Arraigned

-- Aggravated Unlicensed Operation of a Motor Vehicle- 1st Degree
  VTL 0511   Sub 03   Class E   Felony   NCIC 5499

-- Operating Motor Vehicle- .10 Of 1% Alcohol-1st Offense
  VTL 1192   Sub 02   Class U   Misdemeanor   NCIC 5404

September 04, 1998
Convicted Upon Plea Of Guilty - Conviction Date: September 04, 1998

-- Driving While Ability Impaired By The Consumption of Alcohol
   VTL 1192      Sub 01      Infraction      NCIC 5404

Reduced From:
-- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
   VTL 1192   Sub02   Class U   Misdemeanor   NCIC 5404

Sentenced to:   Conditional discharge Fine Amount: $500 Status: Paid in Full
Sentence Date: September 04, 1998

September 04, 1998
Convicted Upon Plea Of Guilty - Conviction Date: September 04, 1998

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
   VTL 0511   Sub 02   Class U   Misdemeanor   NCIC 5499

Reduced From:
-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
   VTL 0511      Sub03   Class E   Felony   NCIC 5499

Sentenced to:   Fine Amount: $200 Status: Paid in Full
Sentence Date: September 04, 1998

Interim release Status: Posted Bail

○ Other History Related Information
   There is no Other History Related Information associated with this history.

○ Job/License Information
   There is no Job/License Information associated with this history.

○ Wanted Information
   There is no NYS Wanted Information associated with this history.

○ Missing Person Information

   There is no NYS Missing Information associated with this history

○ Additional Information

Sentencing - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.

Multi-Source - Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number:388086VA6

## Federal NCIC, III and/or FBI Response

The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.

○ NCIC Information

The following information is provided in response to your request for a search of the NCIC Person Files based on:

Name:               | PATEL, AMIT P
Sex:                : Male
Race:               : Unknown
Date of Birth:      ████ 1976
Social Security number: ████████
FBI number:         388086VA6

NYO30013A

NO NCIC WANT FBI/388086VA6
NO NCIC WANT SOC ███████████
NO NCIC WANT NAM/PATEL, AMIT P DOB/197█ RAC/U SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS

○ NCIC Protection Order

The following information is provided in response to your request for a search of the NCIC Protection Order File based on:

Name:           PATEL, AMIT P
Sex:            Male
Race:           Unknown
Date of Birth:  1976
Social Security number:
FBI number:     38808GYVA6

NY030013A

NO NCIC PROTECTION ORDER FILE RECORD FBI/38808GVA6
NO NCIC PROTECTION ORDER FILE RECORD SOC
NO NCIC PROTECTION ORDER FILE RECORD NAM/PATEL,AMIT P DOB/1976 RAC/O SEX/M

○ III Information

The following information is provided in response to your request for a search of the III based on:

FBI number:     38808GYVA6
Name:           PATEL, AMIT P

NY030013A
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/38808GVA6. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
- PENNSYLVANIA - STATE ID/PA23B3143)

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END

WARNING: Release of any of the information presented in this computerized Case History to unauthorized
individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement
your agency has on file with DCJS. Destroy after use and request an updated rap sheet for subsequent needs.
All information presented herein is as complete as the data furnished to DCJS.





NYS RAP-SHEET

# ASSISTANT

# DISTRICT

# ATTORNEY'S

# VERSION

Repository Inquiry

To: hossainn For: Nabilah Hossain Case No:2012NY078884 NYSID Number - 08976796H - DAI

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS

Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

Identification    Summary    Criminal History    Job/License    Wanted    Missing    NCIC/III

## ↺ Attention - Important Information ↾

\* See Additional Information at the bottom of this response for more banners pertaining to the criminal history

Currently under Sentence to NYS Department of Correctional Services. Call the Office of the Inspector General at (718) 626-1710 during business hours of 7:00 AM to 7:00 PM Eastern Standard Time, Monday thru Friday. At any other time, please contact the Command Center, New York State Department of Correctional Services at (518)457-5902.

DNA PROFILE IS ON FILE IN THE DNA DATABANK If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

## ○ Identification Information ↾



**Name:**

AMIT P PATEL    AMIT PATEL

**Date of Birth :**

██████ 1976

**Place of Birth :**

New York          India

Cycle 6
Arrest Date June 16, 2013



**Address:**

██████████████████████

| Sex: | Race: | Ethnicity: | Skin Tone: |
|------|-------|------------|------------|
| Male | Unknown | Not Hispanic | Dark |
| Eye Color: | Hair Color: . | Height: | Weight: |
| Brown | Unknown | 5' 08" | 215 |

**SSN:**
████████████

| NYSID#: | FBI#: | Probation Client ID#: | NCIC Classification#: |
|---------|-------|----------------------|----------------------|
| 08976796H | 388086VA6 | 1752576 | PODIPOPMPODIPI19CICI |

III Status: Criminal record in other states or in multiple FBI files for NYS

US Citizen:    Yes

○ Summary Information ⬆

Total Arrests: 6    Date of Earliest Arrest: August 08, 1998    Latest Prior Arrest Date: June 16, 2013

| Total Arrests: | 0 |
|---|---|
| Felony: | 3 |
| Violent Felony: | 0 |
| Firearm: | 0 |
| Misdemeanor: | 3 |
| Other: | 0 |

| Total Arraigned Arrests: | 6 |
|---|---|
| Felony: | 5 |
| Violent Felony: | 0 |
| Firearm: | 0 |
| Misdemeanor: | 1 |
| Other: | 0 |

| Total Open Cases: | 1 | Cycles (max 5) |
|---|---|---|
| Felony: | 1 | 5 |
| Violent Felony: | 0 | |
| Misdemeanor: | 0 | |
| Other: | 0 | |
| Open ACD: | | |
| Non Docketed Cases: | 0 | |

| Total Convictions: | 5 | Cycles (max 5) |
|---|---|---|
| Felony: | 3 | 6,4,3 |
| Violent Felony: | 0 | |
| Firearm: | 0 | |
| Misdemeanor: | 2 | 2,1 |
| Other: | 0 | |
| YO Adjud.: | 0 | |

| Warrant Information: | | Cycles (max 5) |
|---|---|---|
| Failure to Appear Counts: | 1 | 2 |
| Total Open: | 0 | |
| Active NYC: | 0 | |

| DOC Classification: | | Cycles (max 5) |
|---|---|---|
| Escape Charges: | 0 | |
| Sex Offender Convictions: | 0 | |
| Probation Revoc: | 1 | 2 |
| Parole Revoc: | 0 | |

○ NYS Criminal History Information ⬆

⬇ Cycle 6

### Arrest/Charge Information
Arrest Date: June 16, 2013 06:42 am (06:42:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | ████ 1976 |
| Sex: | Male |
| Race: | Asian |
| Ethnicity: | Not Hispanic |
| Height: | 5' 08" |
| Weight: | 215 |
| Age at time of crime/arrest: | 36 |
| Address: | ████████ |
| Fax Number: | Q28062 |
| Place of Arrest: | NYCPD 106 |
| Arrest Type: | Unknown |
| Date of Crime: | June 16, 2013 |
| Place of Crime: | NYCPD 106 |
| Criminal Justice Tracking No.: | 66107345H |
| Arresting Agency: | NYCPD PCT 106 |
| Arresting Officer ID: | 944442 |
| Arrest Number: | Q13636334 |
| Arraignment: | Queens County Criminal Court |

Arrest Charges:

-- Operate MV .08 Of 1% Or More Alcohol-2 Prior Conv Desig Off W/in 10yrs
    VTL 1192    Sub 02    Class D  Felony    Degree 0  NCIC 5404

-- Aggravated Unlicensed Operation - Alcohol Related

VTL 0511    Sub 2AA   Class U   Misdemeanor   Degree 2   NCIC 5499

-- Refusal To Take Breath Test
    VTL 1194    Sub 01B         Infraction    Degree 0   NCIC 5499

Court Case Information

—Court: Queens County Criminal Court   Case Number: 2013QN033150

June 17, 2013
Initial Report Of Docket Number

June 17, 2013
Arraigned
    -- Driving While Intoxicated- 1st Offense
        VTL 1192    Sub 03   Class U   Misdemeanor   NCIC 5404

    -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
        VTL 0511    Sub 02   Class U   Misdemeanor   NCIC 5499

August 19, 2013
Transferred To Superior Court
    -- Driving While Intoxicated- 1st Offense
        VTL 1192    Sub 03   Class U   Misdemeanor   NCIC 5404

    -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
        VTL 0511    Sub 02   Class U   Misdemeanor   NCIC 5499

—Court: Queens County Supreme Court   Case Number: 01789-2013

September 04, 2013
Initial Report Of Indictment Number

September 04, 2013
Arraigned
    -- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
        VTL 1192    Sub 03   Class D   Felony         NCIC 5404

    -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
        VTL 0511    Sub 02   Class U   Misdemeanor   NCIC 5499

April 20, 2015
Convicted Upon Verdict After Jury Trial - Conviction Date: April 01, 2015
    -- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
        VTL 1192              Sub 03         Class D       Felony              NCIC 5404

    Sentenced    Probation: 5 Year(s) Term: 28 Month(s) to 7 Year(s) Fine Amount: $2000 Status: Transferred for
    to:          Collection, Unspecified License Suspended 1 Year(s)
    Sentence
    Date:        April 20, 2015

    -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
        VTL 0511              Sub 02         Class U       Misdemeanor         NCIC 5499

Sentenced to:   Term: 180 Day(s)
Sentence Date: April 20, 2015

Interim release Status: Remanded without bail

---

⇟ Cycle 5 ⇟

Arrest/Charge Information
Arrest Date: October 07, 2012 03:49 am (03:49:00)

| | |
|---|---|
| Name: | AMIT PATEL |
| Date of Birth: | ▓▓▓▓ 1976 |
| Sex: | Male |
| Race: | Unknown |
| Ethnicity: | Unknown |
| Height: | 5' 08" |
| Weight: | 170 |
| Age at time of crime/arrest: | 36 |
| Address: | ▓▓▓▓▓▓▓▓ |
| Fax Number: | M58100 |
| Place of Arrest: | NYCPD 19 |
| Arrest Type: | Unknown |
| Date of Crime: | October 07, 2012 |
| Place of Crime: | NYCPD 19 |
| Criminal Justice Tracking No.: | 65710628H |
| Arresting Agency: | NYCPD PCT 019 |
| Arresting Officer ID: | 937899 |
| Arrest Number: | M12689507 |
| Arraignment: | New York County Criminal Court |

Arrest Charges:

-- Driving While Intoxicated- 1st Offense
  VTL 1192   Sub 03  Class U Misdemeanor Degree 0 NCIC 5404

-- Driving While Ability Impaired By The Consumption of Alcohol
  VTL 1192   Sub 01      Infraction   Degree 0 NCIC 5404

-- Motor Vehicle License Violation:No License
  VTL 0509   Sub 01      Infraction   Degree 0 NCIC 5499

Court Case Information

—Court: New York County Criminal Court   Case Number: 2012NY078884

October 08, 2012
Initial Report Of Docket Number

October 08, 2012
Arraigned

-- Driving While Intoxicated- 1st Offense
  VTL 1192      Sub 03   Class U  Misdemeanor   NCIC 5404

-- Driving While Ability Impaired By The Consumption of Alcohol
  VTL 1192      Sub 01        Infraction    NCIC 5404

-- Motor Vehicle License Violation:No License
    VTL 0509    Sub 01        Infraction    NCIC 5499

December 03, 2012
Transferred To Superior Court
    -- Driving While Intoxicated- 1st Offense
    VTL 1192    Sub 03   Class U  Misdemeanor  NCIC 5404

    -- Driving While Ability Impaired By The Consumption of Alcohol
    VTL 1192    Sub 01        Infraction    NCIC 5404

    -- Motor Vehicle License Violation:No License
    VTL 0509    Sub 01        Infraction    NCIC 5499

—Court: New York County Supreme Court   Case Number: 05125-2012

December 19, 2012
Initial Report Of Indictment Number

December 19, 2012
Arraigned
    -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
    VTL 0511    Sub 03   Class E  Felony  NCIC 5499

    -- DWI: Previous Conviction Of Designated Offense Within 10 Years
    VTL 1192    Sub 03   Class E  Felony  NCIC 5404

--Court: New York County Supreme Court  Case Number: 01483-2013

May 01, 2013
Initial Report Of Indictment Number

May 29, 2013
Arraigned
    -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
    VTL 0511    Sub 03   Class E  Felony  NCIC 5499

Interim release Status: Posted Bail

---

✧ Cycle 4 ✧

Arrest/Charge Information
Arrest Date: January 26, 2012 02:03 am (02:03:00)

| | |
|---|---|
| Name: | AMIT PATEL |
| Date of Birth: | ███████/1976 |
| Sex: | Male |
| Race: | White |
| Ethnicity: | Not Hispanic |
| Height: | 5' 08" |
| Weight: | 220 |
| Age at time of crime/arrest: | 35 |
| Address: | ████████████████ |
| Fax Number: | Q4338 |

Place of Arrest:                    NYCPD 107
Arrest Type:                        Unknown
Date of Crime:                      January 26, 2012
Place of Crime:                     Queens County, NY
Criminal Justice Tracking No.:      652601380
Arresting Agency:                   NYCPD PCT 107
Arresting Officer ID:               933832
Arrest Number:                      Q12605332
Arraignment:                        Queens County Criminal Court

Arrest Charges:

    -- Driving While Intoxicated- 1st Offense
        VTL 1192      Sub 03      Class U   Misdemeanor    Degree 0   NCIC 5404

    -- Operate Motor Veh With .08 of 1% Alcohol Or More In Blood- 1st Offense
        VTL 1192      Sub 02      Class U   Misdemeanor    Degree 0   NCIC 5404

    -- Driving While Ability Impaired By The Consumption of Alcohol
        VTL 1192      Sub 01                    Infraction     Degree 0   NCIC 5404


## Court Case Information

—Court: Queens County Criminal Court    Case Number: 2012QN004840

January 26, 2012
Initial Report Of Docket Number

January 26, 2012
Arraigned

    -- Operate MV .08 Of 1% Or More Alcohol-Prior Conv Desig Off W/in 10 Yrs
        VTL 1192      Sub 02      Class E   Felony            NCIC 5404

    -- Driving While Intoxicated- 1st Offense
        VTL 1192      Sub 03      Class U   Misdemeanor       NCIC 5404

    -- Operate Motor Veh With .08 of 1% Alcohol Or More In Blood- 1st Offense
        VTL 1192      Sub 02      Class U   Misdemeanor       NCIC 5404

    -- Aggravated DWI:Per Se-BAC .18 Of 1% Or More Alcohol In Blood-No Priors
        VTL 1192      Sub 2-AA    Class U   Misdemeanor       NCIC 5404

    -- Illegal Signal:Stop/Slow Without Signaling
        VTL 1163      Sub 0C                    Infraction        NCIC 5499

April 23, 2012
Transferred To Superior Court

    -- Operate MV .08 Of 1% Or More Alcohol-Prior Conv Desig Off W/in 10 Yrs
        VTL 1192      Sub 02      Class E   Felony            NCIC 5404

    -- Driving While Intoxicated- 1st Offense
        VTL 1192      Sub 03      Class U   Misdemeanor       NCIC 5404

    -- Operate Motor Veh With .08 of 1% Alcohol Or More In Blood- 1st Offense
        VTL 1192      Sub 02      Class U   Misdemeanor       NCIC 5404

-- Aggravated DWI:Per Se-B.A.C.18 Of 1% Or More Alcohol In Blood-No Priors
    VTL 1192       Sub 2-AA     Class U   Misdemeanor    NCIC 5404

-- Illegal Signal:Stop/Slow Without Signaling
    VTL 1163       Sub 0C              Infraction      NCIC 5499

—Court: Queens County Supreme Court   Case Number: 00383-2012

  May 02, 2012
  Initial Report Of Indictment Number

  May 02, 2012
  Arraigned
    -- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
      VTL 1192       Sub 03     Class D    Felony    NCIC 5404

  October 24, 2014
  Convicted Upon Verdict After Jury Trial - Conviction Date: December 13, 2013
    -- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
      VTL 1192       Sub 03     Class D    Felony    NCIC 5404

    Sentenced to:  Conditional discharge Term: 2 Year(s) to 6 Year(s) License Revoked
    Sentence Date: October 24, 2014

Interim release Status: Remanded without bail

Incarceration/Supervision Information

  Incarceration Admission Information
  Admission Date:          November 24, 2014
  Admission Reason:      New Commitment
  Agency:                 NYS DOCCS Ulster Correctional Facility
  State Inmate ID No.:    14R3022
  Sentence to:          Term: 2 Year(s) to 6 Year(s);
  Max Expiration Date:   November 27, 2019
  Conditional Release Date  November 27, 2017
  Inmate Name:         AMIT PATEL
  Sex:                   Male
  Admission Charges:
    -- DWI:Alcohol Or Drugs-3rd Offense
      VTL 1192 Class D Felony Degree 0 NCIC 5404

---

☆ Cycle 3 ☆

Arrest/Charge Information
Arrest Date: December 14, 2008 05:13 am (05:13:00)

  Name:                 AMIT P PATEL
  Date of Birth:         ████ 1976
  Sex:                   Male
  SSN:                 ████████
  Age at time of crime/arrest:    32

Address:
Place of Arrest:        Town of North Hempstead, Nassau County, NY
Arrest Type:            Crime In Progress
Date of Crime:          December 14, 2008
Place of Crime:         Town of North Hempstead, Nassau County, NY
Criminal Justice Tracking No.:  63320277R
Arresting Agency:       NYSP Valley Stream
Arresting Officer ID:   VAL5439
Arrest Number:          602595

Arrest Charges:

        -- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
        VTL 1192        Sub 2-A     Class E    Felony      Degree 0    NCIC 5404

        -- DWI: Previous Conviction Of Designated Offense Within 10 Years
        VTL 1192        Sub 03      Class E    Felony      Degree 0    NCIC 5404

        -- Moved From Lane Unsafely
        VTL 1128        Sub 0A                 Infraction  Degree 0    NCIC 5499

        -- Unsafe Turn Or Failure To Give Appropriate Signal
        VTL 1163        Sub 0A                 Infraction  Degree 0    NCIC 5499


## Court Case Information

--Court: Nassau County 1st District Court    Case Number: 2008NA032482

December 15, 2008
Initial Report Of Docket Number

December 15, 2008
Arraigned
        -- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
        VTL 1192        Sub 2-A     Class E    Felony      NCIC 5404

        -- DWI: Previous Conviction Of Designated Offense Within 10 Years
        VTL 1192        Sub 03      Class E    Felony      NCIC 5404

        -- Motor Vehicle License Violation:No License
        VTL 0509        Sub 01                 Infraction  NCIC 5499

        -- Moved From Lane Unsafely
        VTL 1128        Sub 0A                 Infraction  NCIC 5499

        -- Unsafe Turn Or Failure To Give Appropriate Signal
        VTL 1163        Sub 0A                 Infraction  NCIC 5499

March 04, 2009
Transferred To Superior Court
        -- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
        VTL 1192        Sub 2-A     Class E    Felony      NCIC 5404

        -- DWI: Previous Conviction Of Designated Offense Within 10 Years
        VTL 1192        Sub 03      Class E    Felony      NCIC 5404

-- Motor Vehicle License Violation:No License
    VTL 0509        Sub 01            Infraction     NCIC 5499

-- Moved From Lane Unsafely
    VTL 1128        Sub 0A            Infraction     NCIC 5499

-- Unsafe Turn Or Failure To Give Appropriate Signal
    VTL 1163        Sub 0A            Infraction     NCIC 5499

--Court: Nassau County Court   Case Number: 00477N-2009

   March 04, 2009
   Initial Report Of Docket Number

   March 04, 2009
   Arraigned
     -- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
       VTL 1192      Sub 2-A     Class E    Felony    NCIC 5404

   March 04, 2009
   Convicted Upon Plea Of Guilty - Conviction Date: March 04, 2009
     -- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
       VTL 1192      Sub 2-A     Class E    Felony    NCIC 5404

   Sentenced to:   Term: 1 Year(s) to 3 Year(s) Indeterminate Fine Amount: $5000 Status: Paid in Full License Revoked
   Sentence Date: May 13, 2009

Interim release Status: Posted Bail

Incarceration/Supervision Information

   Incarceration Admission Information
   Admission Date:          June 01, 2009
   Admission Reason:      New Commitment
   Agency:               NYS DOCCS Ulster Correctional Facility
   State Inmate ID No.:     09R1937
   Sentence to:           Term: 1 Year(s) to 3 Year(s);
   Max Expiration Date:    May 10, 2012
   Conditional Release Date  May 10, 2011
   Inmate Name:          AMIT P PATEL
   Admission Charges:
     -- DWI: Alcohol Or Drugs - 2nd Offense
       VTL 1192 Class E Felony Degree 0 NCIC 5404

   Incarceration Release Information
   Release Date:         January 14, 2010
   Release Reason:       Paroled to Division of Parole
   Agency:               NYS DOCCS Ulster Correctional Facility
   Inmate ID Number:     09R1937

   Parole Release Information

| | |
|---|---|
| Received by Parole on: | January 14, 2010 |
| Release Type: | Initial Release to Parole |
| Max Expiration Date: | May 10, 2012 |
| Supervision Office: | Nassau |
| Parole ID Number: | 09R1937 |
| Name: | AMIT P PATEL |

Parole Discharge Information

| | |
|---|---|
| Discharged from Parole on: | January 14, 2012 |
| Discharge Type: | Discharged - Statutory Action |
| Parole ID Number: | 09R1937 |
| Name: | AMIT P PATEL |

---

⚔ **Cycle 2** ⚔

**Arrest/Charge Information**
Arrest Date: February 04, 2007 04:50 am (04:50:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | ▬▬▬ 1976 |
| Sex: | Male |
| SSN: | ▬▬▬ |
| Age at time of crime/arrest: | 30 |
| Address: | ▬▬▬ |
| Fax Number: | VS33 |
| Place of Arrest: | Town of North Hempstead, Nassau County, NY |
| Arrest Type: | Crime In Progress |
| Date of Crime: | February 04, 2007 |
| Place of Crime: | Town of North Hempstead, Nassau County, NY |
| Criminal Justice Tracking No.: | 31945269H |
| Arresting Agency: | NYSP Valley Stream |
| Arresting Officer ID: | 3639 |
| Arrest Number: | 226333 |

Arrest Charges:

-- Driving While Intoxicated- 1st Offense
   VTL 1192    Sub 03    Class U Misdemeanor Degree 0 NCIC 5404

-- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
   VTL 1192    Sub 2-A    Class U Misdemeanor Degree 0 NCIC 5404

-- Obstructing Traffic At Intersection
   VTL 1175                 Infraction    Degree 0 NCIC 5499

**Court Case Information**

—Court: Nassau County 1st District Court    Case Number: 2007NA004705

February 22, 2007
Initial Report Of Docket Number

February 22, 2007
Arraigned
   -- Driving While Intoxicated- 1st Offense
      VTL 1192    Sub 03    Class U  Misdemeanor    NCIC 5404

Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
VTL 1192        Sub 2-A        Class U   Misdemeanor        NCIC 5404

-- Obstructing Traffic At Intersection
VTL 1175                    Infraction        NCIC 5499

November 02, 2007
Convicted Upon Plea Of Guilty - Conviction Date: November 02, 2007
November 02, 2007
Convicted Upon Plea Of Guilty - Conviction Date: November 02, 2007
-- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
VTL 1192                    Sub 2-A        Class U        Misdemeanor                NCIC 5404

In Full Satisfaction of:
-- Driving While Intoxicated- 1st Offense
VTL 1192 Sub03  Class U Misdemeanor NCIC 5404

-- Obstructing Traffic At Intersection
VTL 1175   Infraction NCIC 5499

Sentenced to:    Probation: 3 Year(s) Custody/Fine: 30 Day(s)/$1000 Status: Paid in Full Term: 60 Day(s) License
                 Revoked
Sentence
Date:            January 08, 2008

June 17, 2009
Bench Warrant Issued, Resentence Hearing Pending
January 28, 2010
Bench Warrant Vacated

Interim release Status: Released on own recognizance (ROR)

Incarceration/Supervision Information

Probation Information
Name:                    AMIT P PATEL
Sex:                     Male
Race:                    Other
Ethnicity:               Not Hispanic
Address:                 ██████████████████████████
Placed on Probation:     January 08, 2008
Max Expiration Date:     January 07, 2011
Supervision Agency:      Nassau County Probation
Jurisdiction Agency:     Nassau County Probation
Probation Officer ID:    NA567
Probation Registration Number: 3481802
Probation Case Number:   175088
Probation Discharge Date: March 22, 2010
Discharge Type:          Revoked - Technical Violation

Incarceration Admission Information
Admission Date:          January 08, 2008

Admission Reason:          Sentenced, Initial Entry; Unknown Type or Level
Agency:                    Nassau County Jail Correctional Center
Inmate ID Number:          0801044
Sentence to:               Term: 60 Day(s);
Max Expiration Date:
Inmate Name:               AMIT P PATEL
Admission Charges:
    -- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
      VTL 1192    Class U    Misdemeanor    Degree 0    NCIC 5404

---

## Cycle 1 ⬆

### Arrest/Charge Information
Arrest Date: August 08, 1998 06:50 am (06:50:00)

Name:                          AMIT P PATEL
Date of Birth:                 ████████, 1976
Sex:                           Male
Race:                          Asian
SSN:                           ██████████
Age at time of crime/arrest:   22
Address:                       ██████████████████
Fax Number:                    SE706
Place of Arrest:               Town of Smithtown, Suffolk County, NY
Arrest Type:                   Other
Date of Crime:                 August 08, 1998
Place of Crime:                Town of Smithtown, Suffolk County, NY
Criminal Justice Tracking No.: 27902704R
Arresting Agency:              Suffolk County Police Department- 4th Precinct
Arresting Officer ID:          33415
Arrest Number:                 397051

Arrest Charges:
    -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
      VTL 0511    Sub 03  Class E Felony        Degree 1 NCIC 5499

    -- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
      VTL 1192    Sub 02  Class U  Misdemeanor Degree 0 NCIC 5404

### Court Case Information

—Court: Suffolk County 1st District Court    Case Number: 36749/98

August 09, 1998
Initial Report Of Docket Number

August 09, 1998
Arraigned
    -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
      VTL 0511    Sub 03  Class E  Felony        NCIC 5499

    -- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
      VTL 1192    Sub 02  Class U  Misdemeanor    NCIC 5404

September 04, 1998
Convicted Upon Plea Of Guilty - Conviction Date: September 04, 1998
-- Driving While Ability Impaired By The Consumption of Alcohol
    VTL 1192        Sub 01       Infraction      NCIC 5404

    Reduced From:
    -- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
      VTL 1192    Sub02    Class U  Misdemeanor   NCIC 5404

  Sentenced to:   Conditional discharge Fine Amount: $500 Status: Paid in Full
  Sentence Date: September 04, 1998

September 04, 1998
Convicted Upon Plea Of Guilty - Conviction Date: September 04, 1998
-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
    VTL 0511       Sub 02     Class U  Misdemeanor    NCIC 5499

    Reduced From:
    -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
      VTL 0511    Sub03    Class E  Felony   NCIC 5499

  Sentenced to:   Fine Amount: $200 Status: Paid in Full
  Sentence Date: September 04, 1998

Interim release Status: Posted Bail
---
○ **Other History Related Information** ☂
  There is no Other History Related Information associated with this history.
---
○ **Job/License Information** ☂
  There is no Job/License Information associated with this history.
---
○ **Wanted Information** ☂
  There is no NYS Wanted Information associated with this history.
---
○ **Missing Person Information** ☂
  There is no NYS Missing Information associated with this history.
---
○ **Additional Information** ☂

Sentencing - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.

Multi-Source - Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number:388086VA6

*Federal NCIC, III and/or FBI Response* ☂

The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.

Pennsylvania

## ○ NCIC Information

The following information is provided in response to your request for a search of the NCIC - Person Files based on:

Name:                   PATEL, AMIT P
Sex:                    Male
Race:                   Unknown
Date of Birth:          ██████ 1976
Social Security number: ██████
FBI number:             388086VA6

NY030013A

NO NCIC WANT FBI/388086VA6
NO NCIC WANT SOC/██████
NO NCIC WANT NAM/PATEL, AMIT P DOB/197██ RAC/U SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.

## ○ NCIC Protection Order

The following information is provided in response to your request for a search of the NCIC - Protection Order File based on:

Name:                   PATEL, AMIT P
Sex:                    Male
Race:                   Unknown
Date of Birth:          ██████ 1976
Social Security number: ██████
FBI number:             388086VA6

NY030013A

NO NCIC PROTECTION ORDER FILE RECORD FBI/388086VA6
NO NCIC PROTECTION ORDER FILE RECORD SOC/██████
NO NCIC PROTECTION ORDER FILE RECORD NAM/PATEL, AMIT P DOB/19████ RAC/U
SEX/M

## ○ III Information

The following information is provided in response to your request for a search of the III based on:

FBI number:             388086VA6
Name:                   PATEL, AMIT P

NY030013A
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/388086VA6. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 PENNSYLVANIA   - STATE ID/PA23631431

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END

WARNING: Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. Destroy after use and request an updated rap sheet for subsequent needs. All information presented herein is as complete as the data furnished to DCJS.





NYS RAP-SHEET

## Repository Inquiry

Case No:3 NYSID Number - 8976796H - PRR

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C. Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

### ◌ Identification Information ☻



**Name:**
AMIT P PATEL    AMIT PATEL

**Date of Birth:**
_____ 1976

**Place of Birth :**
New York        India

Cycle 8
Arrest Date June 16, 2013

**Address:**



| Sex: | Race: | Ethnicity: | Skin Tone: |
|---|---|---|---|
| Male | Unknown | Not Hispanic | Dark |
| Eye Color: | Hair Color: | Height: | Weight: |
| Brown | Unknown | 5' 08" | 215 |

**SSN:**

**NYSID#:**
08976796H

III Status: Criminal record in other states or in multiple FBI files for NYS

US Citizen:    Yes

◌ NYS Criminal History Information                                          ☰

♯ Cycle 8

Criminal Repository for NYSID Number: 8976796H on 04\13\2016 11:51 am          Page 2 of 19

Arrest/Charge Information
Arrest Date: June 16, 2013 06:42 am (06:42:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | ▬▬▬▬▬ 1976 |
| Sex: | Male |
| Race: | Asian |
| Ethnicity: | Not Hispanic |
| Height: | 5' 08" |
| Weight: | 215 |
| Age at time of crime/arrest: | 36 |
| Address: | ▬▬▬▬▬▬▬▬▬ |
| Fax Number: | Q28062 |
| Place of Arrest: | NYCPD 106 |
| Arrest Type: | Unknown |
| Date of Crime: | June 16, 2013 |
| Place of Crime: | NYCPD 106 |
| Criminal Justice Tracking No.: | 66107345H |
| Arresting Agency: | NYCPD PCT 106 |
| Arresting Officer ID: | 944442 |
| Arrest Number: | Q13636334 |
| Arraignment: | Queens County Criminal Court |

Arrest Charges:

-- Operate MV .08 Of 1% Or More Alcohol-2 Prior Conv Desig Off W/in 10yrs
    VTL 1192      Sub 02      Class D    Felony      Degree 0   NCIC 5404

-- Aggravated Unlicensed Operation - Alcohol Related
    VTL 0511      Sub 2AA    Class U    Misdemeanor    Degree 2   NCIC 5499

-- Refusal To Take Breath Test
    VTL 1194      Sub 01B                Infraction      Degree 0   NCIC 5499


Court Case Information

--Court: Queens County Criminal Court    Case Number: 2013QN033150

June 17, 2013
Initial Report Of Docket Number

June 17, 2013
Arraigned

-- Driving While Intoxicated- 1st Offense
    VTL 1192      Sub 03    Class U   Misdemeanor   NCIC 5404

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
    VTL 0511      Sub 02    Class U   Misdemeanor   NCIC 5499

-- Motor Vehicle License Violation:No License

VTL 0509     Sub 01          Infraction     NCIC 5499

August 19, 2013
Transferred To Superior Court
    -- Driving While Intoxicated- 1st Offense
        VTL 1192     Sub 03   Class U  Misdemeanor  NCIC 5404

    -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
        VTL 0511     Sub 02   Class U  Misdemeanor  NCIC 5499

    -- Motor Vehicle License Violation:No License
        VTL 0509     Sub 01          Infraction     NCIC 5499

--Court: Queens County Supreme Court   Case Number: 01789-2013

September 04, 2013
Initial Report Of Indictment Number

September 04, 2013
Arraigned
    -- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
        VTL 1192     Sub 03   Class D  Felony        NCIC 5404

    -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
        VTL 0511     Sub 02   Class U  Misdemeanor   NCIC 5499

    -- Motor Vehicle License Violation:No License
        VTL 0509     Sub 01          Infraction     NCIC 5499

April 20, 2015
Convicted Upon Verdict After Jury Trial - Conviction Date: April 01, 2015
    -- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
        VTL 1192              Sub 03        Class D     Felony         NCIC 5404

    Sentenced    Probation: 5 Year(s) Term: 28 Month(s) to 7 Year(s) Fine Amount: $2000 Status:
    to:          Transferred for Collection, Unspecified License Suspended 1 Year(s)
    Sentence     April 20, 2015
    Date:
    -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
        VTL 0511              Sub 02        Class U     Misdemeanor    NCIC 5499

    Sentenced to:   Term: 180 Day(s)
    Sentence Date: April 20, 2015
    -- Motor Vehicle License Violation:No License
        VTL 0509              Sub 01                    Infraction     NCIC 5499

Sentenced to:    Term: 15 Days(s)

Sentence Date: April 20, 2015

Interim release Status: Remanded without bail

⚅ Cycle 7 ⚅

### Arrest/Charge Information
Arrest Date: October 07, 2012 03:49 am (03:49:00)

| | |
|---|---|
| Name: | AMIT PATEL |
| Date of Birth: | ███████ 1976 |
| Sex: | Male |
| Race: | Unknown |
| Ethnicity: | Unknown |
| Height: | 5' 08" |
| Weight: | 170 |
| Age at time of crime/arrest: | 36 |
| Address: | ████████████████████ |
| Fax Number: | M58100 |
| Place of Arrest: | NYCPD 19 |
| Arrest Type: | Unknown |
| Date of Crime: | October 07, 2012 |
| Place of Crime: | NYCPD 19 |
| Criminal Justice Tracking No.: | 65710628H |
| Arresting Agency: | NYCPD PCT 019 |
| Arresting Officer ID: | 937899 |
| Arrest Number: | M12689507 |
| Arraignment: | New York County Criminal Court |

Arrest Charges:

-- Driving While Intoxicated- 1st Offense
   VTL 1192    Sub 03  Class U Misdemeanor Degree 0 NCIC 5404

-- Driving While Ability Impaired By The Consumption of Alcohol
   VTL 1192    Sub 01       Infraction      Degree 0 NCIC 5404

-- Motor Vehicle License Violation:No License
   VTL 0509    Sub 01       Infraction      Degree 0 NCIC 5499

### Court Case Information

--Court: New York County Criminal Court    Case Number: 2012NY078884

October 08, 2012
Initial Report Of Docket Number

October 08, 2012
Arraigned
        -- Driving While Intoxicated- 1st Offense
            VTL 1192     Sub 03     Class U  Misdemeanor    NCIC 5404

        -- Driving While Ability Impaired By The Consumption of Alcohol
            VTL 1192     Sub 01            Infraction       NCIC 5404

        -- Motor Vehicle License Violation:No License
            VTL 0509     Sub 01            Infraction       NCIC 5499


December 03, 2012
Transferred To Superior Court
        -- Driving While Intoxicated- 1st Offense
            VTL 1192     Sub 03     Class U  Misdemeanor    NCIC 5404

        -- Driving While Ability Impaired By The Consumption of Alcohol
            VTL 1192     Sub 01            Infraction       NCIC 5404

        -- Motor Vehicle License Violation:No License
            VTL 0509     Sub 01            Infraction       NCIC 5499


January 22, 2016
Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50

--Court: New York County Supreme Court    Case Number: 05125-2012

December 19, 2012
Initial Report Of Indictment Number

December 19, 2012
Arraigned
        -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
            VTL 0511     Sub 03     Class E   Felony    NCIC 5499

        -- DWI: Previous Conviction Of Designated Offense Within 10 Years
            VTL 1192     Sub 03     Class E   Felony    NCIC 5404


January 28, 2016
Convicted Upon Plea Of Guilty - Conviction Date: January 28, 2016
        -- Driving While Ability Impaired By The Consumption of Alcohol
            VTL 1192     Sub 01            Infraction       NCIC 5404


        In Full Satisfaction of:
            -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
                VTL 0511     Sub03     Class E   Felony    NCIC 5499

-- DWI: Previous Conviction Of Designated Offense Within 10 Years
    VTL 1192      Sub03      Class E      Felony      NCIC 5404

          Sentenced to:   Term: 180 Day(s)
          Sentence Date: January 28, 2016

--Court: New York County Supreme Court    Case Number: 01483-2013

    May 01, 2013
    Initial Report Of Indictment Number

    May 29, 2013
    Arraigned
        -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
        VTL 0511       Sub 03     Class E     Felony    NCIC 5499

    January 21, 2016
    Dismissed
        -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
        VTL 0511       Sub 03     Class E     Felony    NCIC 5499

    January 22, 2016
    Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50

Interim release Status: Posted Bail
_____

☗ Cycle 6 ☗

Arrest/Charge Information
Arrest Date: January 26, 2012 02:03 am (02:03:00)

    Name:                        AMIT PATEL
    Date of Birth:               ████████1976
    Sex:                         Male
    Race:                        White
    Ethnicity:                   Not Hispanic
    Height:                      5' 08"
    Weight:                      220
    Age at time of crime/arrest: 35
    Address:                     ████████████████████
    Fax Number:                  Q4358
    Place of Arrest:             NYCPD 107
    Arrest Type:                 Unknown
    Date of Crime:               January 26, 2012
    Place of Crime:              Queens County, NY
    Criminal Justice Tracking No.: 65260138Q
    Arresting Agency:            NYCPD PCT 107

Arresting Officer ID:          933832
Arrest Number:                 Q12605332
Arraignment                    Queens County Criminal Court

Arrest Charges:

    -- Driving While Intoxicated- 1st Offense
        VTL 1192      Sub 03    Class U   Misdemeanor   Degree 0   NCIC 5404

    -- Operate Motor Veh With .08 of 1% Alcohol Or More In Blood- 1st Offense
        VTL 1192      Sub 02    Class U   Misdemeanor   Degree 0   NCIC 5404

    -- Driving While Ability Impaired By The Consumption of Alcohol
        VTL 1192      Sub 01              Infraction    Degree 0   NCIC 5404

    -- Unsafe Turn Or Failure To Give Appropriate Signal
        VTL 1163      Sub 0A              Infraction    Degree 0   NCIC 5499

## Court Case Information

--Court: Queens County Criminal Court   Case Number: 2012QN004840

January 26, 2012
Initial Report Of Docket Number

January 26, 2012
Arraigned
    -- Operate MV .08 Of 1% Or More Alcohol-Prior Conv Desig Off W/in 10 Yrs
        VTL 1192      Sub 02    Class E   Felony        NCIC 5404

    -- Driving While Intoxicated- 1st Offense
        VTL 1192      Sub 03    Class U   Misdemeanor   NCIC 5404

    -- Operate Motor Veh With .08 of 1% Alcohol Or More In Blood- 1st Offense
        VTL 1192      Sub 02    Class U   Misdemeanor   NCIC 5404

    -- Aggravated DWI:Per Se-BAC .18 Of 1% Or More Alcohol In Blood-No Priors
        VTL 1192      Sub 2-AA  Class U   Misdemeanor   NCIC 5404

    -- Illegal Signal:Stop/Slow Without Signaling
        VTL 1163      Sub 0C              Infraction    NCIC 5499

April 23, 2012
Transferred To Superior Court
    -- Operate MV .08 Of 1% Or More Alcohol-Prior Conv Desig Off W/in 10 Yrs
        VTL 1192      Sub 02    Class E   Felony        NCIC 5404

    -- Driving While Intoxicated- 1st Offense
        VTL 1192      Sub 03    Class U   Misdemeanor   NCIC 5404

-- Operate Motor Veh With .08 of 1% Alcohol Or More In Blood- 1st Offense
        VTL 1192            Sub 02          Class U    Misdemeanor        NCIC 5404

-- Aggravated DWI:Per Se-BAC .18 Of 1% Or More Alcohol In Blood-No Priors
        VTL 1192            Sub 2-AA        Class U    Misdemeanor        NCIC 5404

-- Illegal Signal:Stop/Slow Without Signaling
        VTL 1163            Sub 0C                     Infraction         NCIC 5499

--Court: <u>Queens County Supreme Court</u>    Case Number: 00383-2012

   May 02, 2012
   Initial Report Of Indictment Number

   May 02, 2012
   Arraigned
        -- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
           VTL 1192            Sub 03          Class D    Felony         NCIC 5404

        -- Aggravated DWI:Per Se- .18 Of 1% Or More Alcohol-2 Prior Conv-10yrs
           VTL 1192            Sub 2-AA        Class D    Felony         NCIC 5404

        -- Unsafe Turn Or Failure To Give Appropriate Signal
           VTL 1163            Sub 0A                     Infraction    NCIC 5499

   October 24, 2014
   Convicted Upon Verdict After Jury Trial - Conviction Date: December 13, 2013
        -- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
           VTL 1192            Sub 03          Class D    Felony         NCIC 5404

        Sentenced to:   Conditional discharge Term: 2 Year(s) to 6 Year(s) License Revoked
        Sentence Date: October 24, 2014

   October 24, 2014
   Acquitted By Jury
        -- Aggravated DWI:Per Se- .18 Of 1% Or More Alcohol-2 Prior Conv-10yrs
           VTL 1192            Sub 2-AA        Class D    Felony    NCIC 5404

   October 24, 2014
   Dismissed
        -- Unsafe Turn Or Failure To Give Appropriate Signal
           VTL 1163            Sub 0A    Infraction    NCIC 5499

Interim release Status: Remanded without bail

Incarceration/Supervision Information

Incarceration Admission Information

| | |
|---|---|
| Admission Date: | November 24, 2014 |
| Admission Reason: | New Commitment |
| Agency: | NYS DOCCS Ulster Correctional Facility |
| State Inmate ID No.: | 14R3022 |
| Sentence to: | Term: 2 Year(s) to 6 Year(s); |
| Max Expiration Date: | November 27, 2019 |
| Conditional Release Date | November 27, 2017 |
| Inmate Name: | AMIT PATEL |
| Sex: | Male |

Admission Charges:

     -- DWI:Alcohol Or Drugs-3rd Offense
        VTL 1192 Class D Felony Degree 0 NCIC 5404

---

## ⚓ Cycle 5 ⚓

Arrest/Charge Information
Arrest Date: December 14, 2008 05:13 am (05:13:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | ████████ 1976 |
| Sex: | Male |
| SSN: | ████████ |
| Age at time of crime/arrest: | 32 |
| Address: | ████████████ |
| Place of Arrest: | Town of North Hempstead, Nassau County, NY |
| Arrest Type: | Crime In Progress |
| Date of Crime: | December 14, 2008 |
| Place of Crime: | Town of North Hempstead, Nassau County, NY |
| Criminal Justice Tracking No.: | 63320277R |
| Arresting Agency: | NYSP Valley Stream |
| Arresting Officer ID: | VAL5439 |
| Arrest Number: | 602595 |

Arrest Charges:

     -- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
        VTL 1192     Sub 2-A     Class E   Felony      Degree 0   NCIC 5404

     -- DWI: Previous Conviction Of Designated Offense Within 10 Years
        VTL 1192     Sub 03      Class E   Felony      Degree 0   NCIC 5404

     -- Moved From Lane Unsafely
        VTL 1128     Sub 0A            Infraction   Degree 0   NCIC 5499

-- Unsafe Turn Or Failure To Give Appropriate Signal

    VTL 1163       Sub 0A          Infraction   Degree 0   NCIC 5499

## Court Case Information

--Court: <u>Nassau County 1st District Court</u>    Case Number: 2008NA032482

December 15, 2008
Initial Report Of Docket Number

December 15, 2008
Arraigned
    -- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
        VTL 1192       Sub 2-A    Class E   Felony     NCIC 5404

    -- DWI: Previous Conviction Of Designated Offense Within 10 Years
        VTL 1192       Sub 03     Class E   Felony     NCIC 5404

    -- Motor Vehicle License Violation:No License
        VTL 0509       Sub 01          Infraction   NCIC 5499

    -- Moved From Lane Unsafely
        VTL 1128       Sub 0A          Infraction   NCIC 5499

    -- Unsafe Turn Or Failure To Give Appropriate Signal
        VTL 1163       Sub 0A          Infraction   NCIC 5499

March 04, 2009
Transferred To Superior Court
    -- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
        VTL 1192       Sub 2-A    Class E   Felony     NCIC 5404

    -- DWI: Previous Conviction Of Designated Offense Within 10 Years
        VTL 1192       Sub 03     Class E   Felony     NCIC 5404

    -- Motor Vehicle License Violation:No License
        VTL 0509       Sub 01          Infraction   NCIC 5499

    -- Moved From Lane Unsafely
        VTL 1128       Sub 0A          Infraction   NCIC 5499

    -- Unsafe Turn Or Failure To Give Appropriate Signal
        VTL 1163       Sub 0A          Infraction   NCIC 5499

--Court: <u>Nassau County Court</u>    Case Number: 00477N-2009

March 04, 2009
Initial Report Of Docket Number

March 04, 2009
Arraigned

-- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
VTL 1192              Sub 2-A          Class E      Felony      NCIC 5404


March 04, 2009
Convicted Upon Plea Of Guilty - Conviction Date: March 04, 2009

-- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
VTL 1192                    Sub 2-A              Class E          Felony          NCIC 5404


Sentenced to:  Term: 1 Year(s) to 3 Year(s) Indeterminate Fine Amount: $5000 Status: Paid in Full
License Revoked

Sentence
Date:        May 13, 2009


Interim release Status: Posted Bail

Incarceration/Supervision Information

Incarceration Admission Information
Admission Date:              June 01, 2009
Admission Reason:            New Commitment
Agency:                      NYS DOCCS Ulster Correctional Facility
State Inmate ID No.:         09R1937
Sentence to:                 Term: 1 Year(s) to 3 Year(s);
Max Expiration Date:         May 10, 2012
Conditional Release Date     May 10, 2011
Inmate Name:                 AMIT P PATEL
Admission Charges:

-- DWI: Alcohol Or Drugs - 2nd Offense
VTL 1192 Class E Felony Degree 0 NCIC 5404


Incarceration Release Information
Release Date:                January 14, 2010
Release Reason:              Paroled to Division of Parole
Agency:                      NYS DOCCS Ulster Correctional Facility
Inmate ID Number:            09R1937

Parole Release Information
Received by Parole on:       January 14, 2010
Release Type:                Initial Release to Parole
Max Expiration Date:         May 10, 2012
Supervision Office:          Nassau
Parole ID Number:            09R1937

Name:                          AMIT P PATEL

Parole Discharge Information
Discharged from Parole on:     January 14, 2012
Discharge Type:                Discharged - Statutory Action
Parole ID Number:              09R1937
Name:                          AMIT P PATEL

---

## �599 Cycle 4 �599
## Cycle may not be supported by fingerprints

Arrest/Charge Information
Arrest Date: September 14, 2007 10:10 pm (22:10:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | ▇▇▇▇ 1976 |
| Sex: | Male |
| Race: | Asian |
| SSN: | ▇▇▇▇▇▇ |
| Age at time of crime/arrest: | 31 |
| Address: | ▇▇▇▇▇▇▇▇ |
| Fax Number: | Q51244 |
| Place of Arrest: | NYCPD 105 |
| Arrest Type: | Unknown |
| Date of Crime: | September 14, 2007 |
| Place of Crime: | NYCPD 105 |
| Criminal Justice Tracking No.: | 59469444H |
| Arresting Agency: | NYCPD PCT 105 |
| Arresting Officer ID: | 928784 |
| Arrest Number: | Q07653029 |

Arrest Charges:

-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
   PL 220.16    Sub 01  Class B Felony       Degree 3 NCIC 3599

-- Patronize Prostitute-4th Degree
   PL 230.03           Class B Misdemeanor Degree 4 NCIC 4099

-- Unlawful Possession Of Marihuana
   PL 221.05                Violation      Degree 0 NCIC 3562

Court Case Information

--Court: Queens County Criminal Court    Case Number: 2007QN051288

   September 15, 2007
   Initial Report Of Docket Number

   September 15, 2007

Arraigned
   -- Criminal Possession Controlled Substance- 7th Degree
     PL 220.03        Class A   Misdemeanor        NCIC 3599

   -- Patronize Prostitute-4th Degree
     PL 230.03    Class B   Misdemeanor    NCIC 4099

   -- Unlawful Possession Of Marihuana
     PL 221.05            Violation        NCIC 3562

September 15, 2007
Convicted Upon Plea Of Guilty - Conviction Date: September 15, 2007
   -- Disorderly Conduct
     PL 240.20            Violation            NCIC 5311

    In Full Satisfaction of:
     -- Criminal Possession Controlled Substance- 7th Degree
       PL 220.03    Class A   Misdemeanor    NCIC 3599

     -- Patronize Prostitute-4th Degree
       PL 230.03   Class B Misdemeanor NCIC 4099

     -- Unlawful Possession Of Marihuana
       PL 221.05    Violation NCIC 3562

  Sentenced to:   Fine Amount: $150 Status: Paid in Full
  Sentence Date: September 15, 2007

September 15, 2007
Not Arraigned
   -- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
     PL 220.16    Sub 01   Class B   Felony   NCIC 3599

November 16, 2007
Sealed Upon Non-Criminal Conviction CPL160.55

Interim release Status: Released on own recognizance (ROR)

------------------------------------------------------------

�101 Cycle 3 �101

Arrest/Charge Information
Arrest Date: February 04, 2007 04:50 am (04:50:00)

Name:                        AMIT P PATEL
Date of Birth:        ███████1976
Sex:                        Male
SSN:                    ████████

Age at time of crime/arrest:          30
Address:
Fax Number:
Place of Arrest:          Town of North Hempstead, Nassau County, NY
Arrest Type:          Crime In Progress
Date of Crime:          February 04, 2007
Place of Crime:          Town of North Hempstead, Nassau County, NY
Criminal Justice Tracking No.:          31945269H
Arresting Agency:          NYSP Valley Stream
Arresting Officer ID:          3639
Arrest Number:          226333

Arrest Charges:

    -- Driving While Intoxicated- 1st Offense
        VTL 1192     Sub 03     Class U Misdemeanor Degree 0 NCIC 5404

    -- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
        VTL 1192     Sub 2-A  Class U Misdemeanor Degree 0 NCIC 5404

    -- Obstructing Traffic At Intersection
        VTL 1175                    Infraction     Degree 0 NCIC 5499

    -- Stop/Stand/Park Violation Highway
        VTL 1201     Sub 0A          Infraction     Degree 0 NCIC 5499


## Court Case Information

--Court: Nassau County 1st District Court    Case Number: 2007NA004705

February 22, 2007
Initial Report Of Docket Number

February 22, 2007
Arraigned
    -- Driving While Intoxicated- 1st Offense
        VTL 1192     Sub 03     Class U  Misdemeanor     NCIC 5404

    -- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
        VTL 1192     Sub 2-A   Class U  Misdemeanor     NCIC 5404

    -- Obstructing Traffic At Intersection
        VTL 1175                    Infraction          NCIC 5499

    -- Stop/Stand/Park Violation Highway
        VTL 1201     Sub 0A          Infraction          NCIC 5499

November 02, 2007
Convicted Upon Plea Of Guilty - Conviction Date: November 02, 2007
    -- Stop/Stand/Park Violation Highway

Arraigned
   -- Criminal Possession Controlled Substance- 7th Degree
      PL 220.03        Class A   Misdemeanor    NCIC 3599

   -- Patronize Prostitute-4th Degree
      PL 230.03    Class B   Misdemeanor    NCIC 4099

   -- Unlawful Possession Of Marihuana
      PL 221.05              Violation        NCIC 3562

September 15, 2007
Convicted Upon Plea Of Guilty - Conviction Date: September 15, 2007
   -- Disorderly Conduct
      PL 240.20              Violation        NCIC 5311

     In Full Satisfaction of:
      -- Criminal Possession Controlled Substance- 7th Degree
        PL 220.03      Class A   Misdemeanor    NCIC 3599

      -- Patronize Prostitute-4th Degree
        PL 230.03    Class B Misdemeanor NCIC 4099

      -- Unlawful Possession Of Marihuana
        PL 221.05    Violation NCIC 3562

   Sentenced to:   Fine Amount: $150 Status: Paid in Full
   Sentence Date: September 15, 2007

September 15, 2007
Not Arraigned
   -- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
      PL 220.16        Sub 01    Class B   Felony   NCIC 3599

November 16, 2007
Sealed Upon Non-Criminal Conviction CPL160.55

Interim release Status: Released on own recognizance (ROR)

---

⚜ Cycle 3 ⚜

Arrest/Charge Information
Arrest Date: February 04, 2007 04:50 am (04:50:00)

   Name:                      AMIT P PATEL
   Date of Birth:             ██████ 1976
   Sex:                       Male
   SSN:                       ██████████

Age at time of crime/arrest:       30
Address:
Tax Number:                        VS22
Place of Arrest:                   Town of North Hempstead, Nassau County, NY
Arrest Type:                       Crime In Progress
Date of Crime:                     February 04, 2007
Place of Crime:                    Town of North Hempstead, Nassau County, NY
Criminal Justice Tracking No.:     31945269H
Arresting Agency:                  NYSP Valley Stream
Arresting Officer ID:              3639
Arrest Number:                     226333

Arrest Charges:

    -- Driving While Intoxicated- 1st Offense
      VTL 1192    Sub 03    Class U Misdemeanor Degree 0 NCIC 5404

    -- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
      VTL 1192    Sub 2-A   Class U Misdemeanor Degree 0 NCIC 5404

    -- Obstructing Traffic At Intersection
      VTL 1175              Infraction     Degree 0 NCIC 5499

    -- Stop/Stand/Park Violation Highway
      VTL 1201    Sub 0A    Infraction     Degree 0 NCIC 5499


## Court Case Information

--Court: Nassau County 1st District Court    Case Number: 2007NA004705

February 22, 2007
Initial Report Of Docket Number

February 22, 2007
Arraigned
    -- Driving While Intoxicated- 1st Offense
      VTL 1192    Sub 03    Class U  Misdemeanor   NCIC 5404

    -- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
      VTL 1192    Sub 2-A   Class U  Misdemeanor   NCIC 5404

    -- Obstructing Traffic At Intersection
      VTL 1175              Infraction     NCIC 5499

    -- Stop/Stand/Park Violation Highway
      VTL 1201    Sub 0A    Infraction     NCIC 5499


November 02, 2007
Convicted Upon Plea Of Guilty - Conviction Date: November 02, 2007
    -- Stop/Stand/Park Violation Highway

VTL 1201    Sub 0A    Infraction NCIC 5499

Sentenced to:    Term: 5 Day(s)
Sentence Date: January 08, 2008

November 02, 2007
Convicted Upon Plea Of Guilty - Conviction Date: November 02, 2007
-- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
VTL 1192          Sub 2-A        Class U      Misdemeanor        NCIC 5404

In Full Satisfaction of:
-- Driving While Intoxicated- 1st Offense
VTL 1192 Sub03  Class U Misdemeanor NCIC 5404

-- Obstructing Traffic At Intersection
VTL 1175    Infraction NCIC 5499

Sentenced to:  Probation: 3 Year(s) Custody/Fine: 30 Day(s)/$1000 Status: Paid in Full Term: 60 Day(s)
License Revoked
Sentence
Date:          January 08, 2008

June 17, 2009
Bench Warrant Issued, Resentence Hearing Pending

January 28, 2010
Bench Warrant Vacated

Interim release Status: Released on own recognizance (ROR)

Incarceration/Supervision Information

Probation Information
Name:                          AMIT P PATEL
Sex:                           Male
Race:                          Other
Ethnicity:                     Not Hispanic
Address:                       ████████████████████
Placed on Probation:           January 08, 2008
Max Expiration Date:           January 07, 2011
Supervision Agency:            Nassau County Probation
Jurisdiction Agency:           Nassau County Probation
Probation Officer ID:          NA567
Probation Registration Number: 3481802
Probation Case Number:         175088
Probation Discharge Date:      March 22, 2010
Discharge Type:                Revoked - Technical Violation

Incarceration Admission Information

Admission Date:                    January 08, 2008

Agency:                            Nassau County Jail Correctional Center
Inmate ID Number:                  0801044
Sentence to:                       Term: 60 Day(s);
Max Expiration Date:
Inmate Name:                       AMIT P PATEL
Admission Charges:

 -- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
  VTL 1192 Class U Misdemeanor Degree 0 NCIC 5404

---

## ☙ Cycle 2 ☙
### Violent Felony Offense
### Cycle may not be supported by fingerprints

Arrest/Charge Information
Arrest Date: November 28, 2002 01:45 am (01:45:00)

Name:                              AMIT P PATEL
Date of Birth:                     ▇▇▇▇1976
Sex:                               Male
Race:                              Asian
Age at time of crime/arrest:       26
Address:                           ▇▇▇▇▇▇▇▇▇▇▇▇▇
Fax Number:                        M79749
Place of Arrest:                   NYCPD Midtown S
Date of Crime:                     November 28, 2002
Place of Crime:                    NYCPD Midtown S
Criminal Justice Tracking No.:     56291564H
Arresting Agency:                  NYCPD PCT 014
Arresting Officer ID:              915991
Arrest Case Number:                49500933
Arrest Number:                     M02086814

Arrest Charges:

 -- Assault-1st:Intent To Cause Serious Injury With Weapon
  PL 120.10 Sub 01 Counts: 2 Class B Felony Degree 1 NCIC 1399

Court Case Information

--Court: New York County Criminal Court    Case Number: 2002NY083888

November 29, 2002
 Initial Report Of Docket Number

November 29, 2002
 Arraigned

-- Assault-1st:Intent To Cause Serious Injury With Weapon
  PL 120.10    Sub 01 Counts: 2 Class B Felony NCIC 1399

-- Attempted Murder:Intention
  PL 125.25    Sub 01 Counts: 2 Class B Felony NCIC 0999

-- Gang Assault-1st Degree: Cause Serious Physical Injury
  PL 120.07        Counts: 2 Class B Felony NCIC 1399

May 22, 2003
Dismissed CPL160.50
  -- Assault-1st:Intent To Cause Serious Injury With Weapon
    PL 120.10    Sub 01 Counts: 2 Class B Felony NCIC 1399

  -- Attempted Murder:Intention
    PL 125.25    Sub 01 Counts: 2 Class B Felony NCIC 0999

  -- Gang Assault-1st Degree: Cause Serious Physical Injury
    PL 120.07        Counts: 2 Class B Felony NCIC 1399

June 02, 2003
Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50

Interim release Status: Posted Bail

## Cycle 1

### Arrest/Charge Information
Arrest Date: August 08, 1998 06:50 am (06:50:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | ███████ 1976 |
| Sex: | Male |
| Race: | Asian |
| SSN: | ████████ |
| Age at time of crime/arrest: | 22 |
| Address: | ██████████████████ |
| Fax Number: | SE706 |
| Place of Arrest: | Town of Smithtown, Suffolk County, NY |
| Arrest Type: | Other |
| Date of Crime: | August 08, 1998 |
| Place of Crime: | Town of Smithtown, Suffolk County, NY |
| Criminal Justice Tracking No.: | 27902704R |
| Arresting Agency: | Suffolk County Police Department- 4th Precinct |
| Arresting Officer ID: | 33415 |
| Arrest Number: | 397051 |
| Arrest Charges: | |

-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
    VTL 0511   Sub 03   Class E Felony     Degree 1 NCIC 5499

-- Driving While Intoxicated- 1st Offense
    VTL 1192   Sub 03   Class U Misdemeanor Degree 0 NCIC 5404

-- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
    VTL 1192   Sub 02   Class U Misdemeanor Degree 0 NCIC 5404

-- Operator Leaves Scene Of Property Damage Accident
    VTL 0600   Sub 01A     Infraction   Degree 0 NCIC 5401

## Court Case Information

--Court: <u>Suffolk County 1st District Court</u>   Case Number: 36749/98

August 09, 1998
Initial Report Of Docket Number

August 09, 1998
Arraigned
    -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
       VTL 0511   Sub 03   Class E Felony     NCIC 5499

    -- Driving While Intoxicated- 1st Offense
       VTL 1192   Sub 03   Class U  Misdemeanor  NCIC 5404

    -- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
       VTL 1192   Sub 02   Class U  Misdemeanor  NCIC 5404

    -- Operator Leaves Scene Of Property Damage Accident
       VTL 0600   Sub 01A     Infraction     NCIC 5401

September 04, 1998
Convicted Upon Plea Of Guilty - Conviction Date: September 04, 1998
    -- Driving While Ability Impaired By The Consumption of Alcohol
       VTL 1192       Sub 01     Infraction     NCIC 5404

    Reduced From:
       -- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
       VTL 1192  Sub02  Class U  Misdemeanor  NCIC 5404

   Sentenced to:   Conditional discharge Fine Amount: $500 Status: Paid in Full
   Sentence Date: September 04, 1998

September 04, 1998
Convicted Upon Plea Of Guilty - Conviction Date: September 04, 1998
    -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree

VTL 0511       Sub 02    Class U   Misdemeanor    NCIC 5499

    Reduced From:
      -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
       VTL 0511       Sub03    Class E    Felony    NCIC 5499

  Sentenced to:   Fine Amount: $200 Status: Paid in Full
  Sentence Date: September 04, 1998

September 04, 1998
Dismissed

    -- Driving While Intoxicated- 1st Offense
      VTL 1192    Sub 03    Class U Misdemeanor NCIC 5404

    -- Operator Leaves Scene Of Property Damage Accident
      VTL 0600    Sub 01A          Infraction    NCIC 5401

Interim release Status: Posted Bail

---

○ **Other History Related Information**                                        ⇎
  There is no Other History Related Information associated with this history.

---

○ **Job/License Information**                                                  ⎙
  There is no Job/License Information associated with this history.

---

WARNING: Release of any of the information presented in this computerized Case History to unauthorized
individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement
your agency has on file with DCJS. Destroy after use and request an updated rap sheet for subsequent needs.
All information presented herein is as complete as the data furnished to DCJS.

---





NYS RAP-SHEET

## Repository Inquiry

Case No:1 NYSID Number - 8976796H - PRR

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

☼ Identification Information ☼



Name:

AMIT P PATEL , AMIT PATEL

THIS RECORD ONLY FOR USE
PART OF THE DCJS PROGRAM
OF RECORD ELIGIBILITY
SUBJECT THEREOF

Date of Birth:

[REDACTED] 1976

Place of Birth :

New York          India

Cycle 8
Arrest Date June 16, 2013

Address:



| Sex: | Race: | Ethnicity: | Skin Tone: |
|------|-------|------------|------------|
| Male | Asian | Not Hispanic | Dark |
| Eye Color: | Hair Color: | Height: | Weight: |
| Brown | Unknown | 5' 08" | 215 |

SSN:



NYSID#:
08976796H

III Status: Criminal record in other states or in multiple FBI files for NYS

US Citizen:     Yes

☼ NYS Criminal History Information                                    ☼

☼ Cycle 8

Arrest/Charge Information
Arrest Date: June 16, 2013 06:42 am (06:42:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | ████████1976 |
| Sex: | Male |
| Race: | Asian |
| Ethnicity: | Not Hispanic |
| Height: | 5' 08" |
| Weight: | 215 |
| Age at time of crime/arrest: | 36 |
| Address: | ███████████████ |
| Fax Number: | Q28062 |
| Place of Arrest: | NYCPD 106 |
| Arrest Type: | Unknown |
| Date of Crime: | June 16, 2013 |
| Place of Crime: | NYCPD 106 |
| Criminal Justice Tracking No.: | 66107345H |
| Arresting Agency: | NYCPD PCT 106 |
| Arresting Officer ID: | 944442 |
| Arrest Number: | Q13636334 |
| Arraignment: | Queens County Criminal Court |

Arrest Charges:

-- Operate MV .08 Of 1% Or More Alcohol-2 Prior Conv Desig Off W/in 10yrs
   VTL 1192    Sub 02    Class D  Felony        Degree 0  NCIC 5404

-- Aggravated Unlicensed Operation - Alcohol Related
   VTL 0511    Sub 2AA    Class U  Misdemeanor   Degree 2  NCIC 5499

-- Refusal To Take Breath Test
   VTL 1194    Sub 01B            Infraction     Degree 0  NCIC 5499

Court Case Information

--Court: Queens County Criminal Court    Case Number: 2013QN033150

   June 17, 2013
   Initial Report Of Docket Number

   June 17, 2013
   Arraigned
      -- Driving While Intoxicated- 1st Offense
         VTL 1192    Sub 03    Class U  Misdemeanor  NCIC 5404

      -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
         VTL 0511    Sub 02    Class U  Misdemeanor  NCIC 5499

Criminal Repository for NYSID Number: 89787981F on 09/07/2016 10:54 am    Page 3 of 20

-- Motor Vehicle License Violation:No License
VTL 0509        Sub 01            Infraction        NCIC 5499

August 19, 2013
Transferred To Superior Court
    -- Driving While Intoxicated- 1st Offense
        VTL 1192    Sub 03    Class U    Misdemeanor    NCIC 5404

    -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
        VTL 0511    Sub 02    Class U    Misdemeanor    NCIC 5499

    -- Motor Vehicle License Violation:No License
        VTL 0509    Sub 01        Infraction    NCIC 5499

--Court: Queens County Supreme Court    Case Number: 01789-2013

September 04, 2013
Initial Report Of Indictment Number

September 04, 2013
Arraigned
    -- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
        VTL 1192    Sub 03    Class D    Felony        NCIC 5404

    -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
        VTL 0511    Sub 02    Class U    Misdemeanor    NCIC 5499

    -- Motor Vehicle License Violation:No License
        VTL 0509    Sub 01        Infraction    NCIC 5499

April 20, 2015
Convicted Upon Verdict After Jury Trial - Conviction Date: April 01, 2015
    -- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
        VTL 1192            Sub 03        Class D        Felony            NCIC 5404

        Sentenced    Probation: 5 Year(s) Term: 28 Month(s) to 7 Year(s) Fine Amount: $2000 Status:
        to:          Transferred for Collection, Unspecified License Suspended 1 Year(s)
        Sentence
        Date:        April 20, 2015

    -- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
        VTL 0511            Sub 02        Class U        Misdemeanor            NCIC 5499

        Sentenced to:   Term: 180 Day(s)
        Sentence Date: April 20, 2015

Case 1:18-cv-11815-DLS   Document 91   Filed 12/10/18   Page 83 of 134   Page 4 of 20

Crime Cal Re... 1:18-cv-11815-DLS Document... Num... 8703H on 09/01/21 10:40:04 am...

-- Motor Vehicle License Violation:No License

VTL 0509                    Sub 01                         Infraction                    NCIC 5499

Sentenced to:   Term: 15 Day(s)
Sentence Date: April 20, 2015

Interim release Status: Remanded without bail

Incarceration/Supervision Information

   Probation Information
   Name:                                    AMIT P PATEL
   Sex:                                      Male
   Race:                                     Asian
   Ethnicity:                                Not Hispanic
   Address:                                  ████████████████████
   Placed on Probation:                      April 20, 2015
   Max Expiration Date:                      April 19, 2020
   Supervision Agency:                       Queens County Probation Adult Investigations
   Jurisdiction Agency:                      Queens County Probation Adult Investigations
   Probation Officer ID:                     QC012
   Probation Registration Number:            3919574
   Probation Case Number:                    QS1500965
   Probation Discharge Date:

---

## ☙ Cycle 7 ☙

Arrest/Charge Information
Arrest Date: October 07, 2012 03:49 am (03:49:00)

   Name:                                    AMIT PATEL
   Date of Birth:                           ██████ 1976
   Sex:                                      Male
   Race:                                     Unknown
   Ethnicity:                                Unknown
   Height:                                   5' 08"
   Weight:                                   170
   Age at time of crime/arrest:              36
   Address:                                  ████████████████████
   Fax Number:                               M58100
   Place of Arrest:                          NYCPD 19
   Arrest Type:                              Unknown
   Date of Crime:                            October 07, 2012
   Place of Crime:                           NYCPD 19

Criminal Justice Tracking No.:    65710628H
Arresting Agency:                 NYCPD PCT 019
Arresting Officer ID:             937899
Arrest Number:                    M12689507
Arraignment:                      New York County Criminal Court

Arrest Charges:

    -- Driving While Intoxicated- 1st Offense
       VTL 1192    Sub 03   Class U Misdemeanor Degree 0 NCIC 5404

    -- Driving While Ability Impaired By The Consumption of Alcohol
       VTL 1192    Sub 01       Infraction    Degree 0 NCIC 5404

    -- Motor Vehicle License Violation:No License
       VTL 0509    Sub 01       Infraction    Degree 0 NCIC 5499


## Court Case Information

--Court: New York County Criminal Court    Case Number: 2012NY078884

October 08, 2012
Initial Report Of Docket Number

October 08, 2012
Arraigned
    -- Driving While Intoxicated- 1st Offense
       VTL 1192    Sub 03    Class U   Misdemeanor    NCIC 5404

    -- Driving While Ability Impaired By The Consumption of Alcohol
       VTL 1192    Sub 01       Infraction      NCIC 5404

    -- Motor Vehicle License Violation:No License
       VTL 0509    Sub 01        Infraction      NCIC 5499


December 03, 2012
Transferred To Superior Court
    -- Driving While Intoxicated- 1st Offense
       VTL 1192    Sub 03    Class U   Misdemeanor    NCIC 5404

    -- Driving While Ability Impaired By The Consumption of Alcohol
       VTL 1192    Sub 01       Infraction      NCIC 5404

    -- Motor Vehicle License Violation:No License
       VTL 0509    Sub 01       Infraction      NCIC 5499


January 22, 2016
Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50

--Court: New York County Supreme Court     Case Number: 05125-2012

December 19, 2012
Initial Report Of Indictment Number

December 19, 2012
Arraigned

    -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
       VTL 0511          Sub 03      Class E    Felony    NCIC 5499

    -- DWI: Previous Conviction Of Designated Offense Within 10 Years
       VTL 1192          Sub 03      Class E    Felony    NCIC 5404

January 28, 2016
Convicted Upon Plea Of Guilty - Conviction Date: January 28, 2016

    -- Driving While Ability Impaired By The Consumption of Alcohol
       VTL 1192          Sub 01        Infraction      NCIC 5404

      In Full Satisfaction of:
    -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
       VTL 0511       Sub03     Class E    Felony    NCIC 5499

    -- DWI: Previous Conviction Of Designated Offense Within 10 Years
       VTL 1192       Sub03     Class E    Felony    NCIC 5404

   Sentenced to:   Term: 180 Day(s)
   Sentence Date: January 28, 2016

--Court: New York County Supreme Court     Case Number: 01483-2013

May 01, 2013
Initial Report Of Indictment Number

May 29, 2013
Arraigned

    -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
       VTL 0511          Sub 03    Class E    Felony    NCIC 5499

January 21, 2016
Dismissed

    -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
       VTL 0511      Sub 03    Class E    Felony    NCIC 5499

January 22, 2016
Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL 160.50

Criminal Repository for NYSID Number: 8976796H on 09\07\2016 10:04 am          Page 7 of 20

Interim release Status: Posted Bail

☙ Cycle 6 ❧

Arrest/Charge Information
Arrest Date: January 26, 2012 02:03 am (02:03:00)

| | |
|---|---|
| Name: | AMIT PATEL |
| Date of Birth: | ███████1976 |
| Sex: | Male |
| Race: | White |
| Ethnicity: | Not Hispanic |
| Height: | 5' 08" |
| Weight: | 220 |
| Age at time of crime/arrest: | 35 |
| Address: | ████████████████ |
| Fax Number: | Q4358 |
| Place of Arrest: | NYCPD 107 |
| Arrest Type: | Unknown |
| Date of Crime: | January 26, 2012 |
| Place of Crime: | Queens County, NY |
| Criminal Justice Tracking No.: | 65260138Q |
| Arresting Agency: | NYCPD PCT 107 |
| Arresting Officer ID: | 933832 |
| Arrest Number: | Q12605332 |
| Arraignment: | Queens County Criminal Court |

Arrest Charges:

-- Driving While Intoxicated- 1st Offense
   VTL 1192     Sub 03     Class U   Misdemeanor   Degree 0   NCIC 5404

-- Operate Motor Veh With .08 of 1% Alcohol Or More In Blood- 1st Offense
   VTL 1192     Sub 02     Class U   Misdemeanor   Degree 0   NCIC 5404

-- Driving While Ability Impaired By The Consumption of Alcohol
   VTL 1192     Sub 01            Infraction      Degree 0   NCIC 5404

-- Unsafe Turn Or Failure To Give Appropriate Signal
   VTL 1165     Sub 0A            Infraction      Degree 0   NCIC 5499

Court Case Information

--Court: Queens County Criminal Court   Case Number: 2012QN004840

January 26, 2012
Initial Report Of Docket Number

Criminal Repository for NYSID Number: 09787961H on 09/07/2016 10:04 am          Page 8 of 20

January 26, 2012
Arraigned

    -- Operate MV .08 Of 1% Or More Alcohol-Prior Conv Desig Off W/in 10 Yrs
        VTL 1192        Sub 02        Class E   Felony          NCIC 5404

    -- Driving While Intoxicated- 1st Offense
        VTL 1192        Sub 03        Class U   Misdemeanor   NCIC 5404

    -- Operate Motor Veh With .08 of 1% Alcohol Or More In Blood- 1st Offense
        VTL 1192        Sub 02        Class U   Misdemeanor   NCIC 5404

    -- Aggravated DWI:Per Se-BAC .18 Of 1% Or More Alcohol In Blood-No Priors
        VTL 1192        Sub 2-AA     Class U   Misdemeanor   NCIC 5404

    -- Illegal Signal:Stop/Slow Without Signaling
        VTL 1163        Sub 0C             Infraction     NCIC 5499


April 23, 2012
Transferred To Superior Court

    -- Operate MV .08 Of 1% Or More Alcohol-Prior Conv Desig Off W/in 10 Yrs
        VTL 1192        Sub 02        Class E   Felony          NCIC 5404

    -- Driving While Intoxicated- 1st Offense
        VTL 1192        Sub 03        Class U   Misdemeanor   NCIC 5404

    -- Operate Motor Veh With .08 of 1% Alcohol Or More In Blood- 1st Offense
        VTL 1192        Sub 02        Class U   Misdemeanor   NCIC 5404

    -- Aggravated DWI:Per Se-BAC .18 Of 1% Or More Alcohol In Blood-No Priors
        VTL 1192        Sub 2-AA     Class U   Misdemeanor   NCIC 5404

    -- Illegal Signal:Stop/Slow Without Signaling
        VTL 1163        Sub 0C             Infraction     NCIC 5499


--Court: <u>Queens County Supreme Court</u>   Case Number: 00383-2012

May 02, 2012
Initial Report Of Indictment Number

May 02, 2012
Arraigned

    -- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
        VTL 1192        Sub 03        Class D   Felony     NCIC 5404

    -- Aggravated DWI:Per Se- .18 Of 1% Or More Alcohol-2 Prior Conv-10yrs
        VTL 1192        Sub 2-AA     Class D   Felony     NCIC 5404

-- Unsafe Turn Or Failure To Give Appropriate Signal
VTL 1163          Sub 0A                    Infraction   NCIC 5499

October 24, 2014
Convicted Upon Verdict After Jury Trial - Conviction Date: December 13, 2013
-- DWI: 2 Previous Convictions Of Designated Offenses Within 10 Years
VTL 1192          Sub 03     Class D     Felony     NCIC 5404


Sentenced to:   Conditional discharge Term: 2 Year(s) to 6 Year(s) License Revoked
Sentence Date: October 24, 2014

October 24, 2014
Acquitted By Jury

-- Aggravated DWI:Per Se- .18 Of 1% Or More Alcohol-2 Prior Conv-10yrs
VTL 1192          Sub 2-AA     Class D     Felony     NCIC 5404


October 24, 2014
Dismissed

-- Unsafe Turn Or Failure To Give Appropriate Signal
VTL 1163     Sub 0A     Infraction   NCIC 5499


Interim release Status: Remanded without bail

Incarceration/Supervision Information

Incarceration Admission Information
Admission Date:              November 24, 2014
Admission Reason:           New Commitment
Agency:                          NYS DOCCS Ulster Correctional Facility
State Inmate ID No.:         14R3022
Sentence to:                    Term: 2 Year(s) to 6 Year(s);
Max Expiration Date:        November 27, 2019
Conditional Release Date   November 27, 2017
Inmate Name:                  AMIT PATEL
Sex:                              Male
Admission Charges:

-- DWI:Alcohol Or Drugs-3rd Offense
VTL 1192 Class D Felony Degree 0 NCIC 5404


⸫ Cycle 5 ⸫

Criminal Repository for NYSID Number: 09707790H on 09/07/2016 10:04 am          Page 10 of 20

## Arrest/Charge Information
Arrest Date: December 14, 2008 05:13 am (05:13:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | ▇▇▇, 1976 |
| Sex: | Male |
| SSN: | ▇▇▇ |
| Age at time of crime/arrest: | 32 |
| Address: | ▇▇▇ |
| Place of Arrest: | Town of North Hempstead, Nassau County, NY |
| Arrest Type: | Crime In Progress |
| Date of Crime: | December 14, 2008 |
| Place of Crime: | Town of North Hempstead, Nassau County, NY |
| Criminal Justice Tracking No.: | 63320277R |
| Arresting Agency: | NYSP Valley Stream |
| Arresting Officer ID: | VAL5439 |
| Arrest Number: | 602595 |

Arrest Charges:

-- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
    VTL 1192      Sub 2-A      Class E  Felony      Degree 0   NCIC 5404

-- DWI: Previous Conviction Of Designated Offense Within 10 Years
    VTL 1192      Sub 03      Class E  Felony      Degree 0   NCIC 5404

-- Moved From Lane Unsafely
    VTL 1128      Sub 0A                  Infraction   Degree 0   NCIC 5499

-- Unsafe Turn Or Failure To Give Appropriate Signal
    VTL 1163      Sub 0A                  Infraction   Degree 0   NCIC 5499


## Court Case Information

--Court: Nassau County 1st District Court    Case Number: 2008NA032482

December 15, 2008
Initial Report Of Docket Number

December 15, 2008
Arraigned
    -- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
        VTL 1192      Sub 2-A      Class E   Felony        NCIC 5404

    -- DWI: Previous Conviction Of Designated Offense Within 10 Years
        VTL 1192      Sub 03      Class E   Felony        NCIC 5404

    -- Motor Vehicle License Violation:No License
        VTL 0509      Sub 01                  Infraction    NCIC 5499

Criminal Repository for NYPSD Number: 8976798A on 9/6/2016 9:54 am    Page 11 of 20

-- Moved From Lane Unsafely
    VTL 1128      Sub 04          Infraction    NCIC 5499

-- Unsafe Turn Or Failure To Give Appropriate Signal
    VTL 1163      Sub 0A          Infraction    NCIC 5499

March 04, 2009
Transferred To Superior Court
-- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
    VTL 1192      Sub 2-A    Class E    Felony    NCIC 5404

-- DWI: Previous Conviction Of Designated Offense Within 10 Years
    VTL 1192      Sub 03      Class E    Felony    NCIC 5404

-- Motor Vehicle License Violation:No License
    VTL 0509      Sub 01          Infraction    NCIC 5499

-- Moved From Lane Unsafely
    VTL 1128      Sub 0A          Infraction    NCIC 5499

-- Unsafe Turn Or Failure To Give Appropriate Signal
    VTL 1163      Sub 0A          Infraction    NCIC 5499

--Court: Nassau County Court    Case Number: 00477N-2009

March 04, 2009
Initial Report Of Docket Number

March 04, 2009
Arraigned
-- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
    VTL 1192      Sub 2-A    Class E    Felony    NCIC 5404

March 04, 2009
Convicted Upon Plea Of Guilty - Conviction Date: March 04, 2009
-- Agg DWI .18 Of 1% Or More BAC-1 Prior Conv Designated Offenses-10 Yrs
    VTL 1192      Sub 2-A      Class E    Felony    NCIC 5404

Sentenced to:    Term: 1 Year(s) to 3 Year(s) Indeterminate Fine Amount: $5000 Status: Paid in Full
License Revoked

Sentence
Date:    May 13, 2009

Interim release Status: Posted Bail

Incarceration/Supervision Information

Incarceration Admission Information
Admission Date:                June 01, 2009
Admission Reason:              New Commitment
Agency:                        NYS DOCCS Ulster Correctional Facility
State Inmate ID No.:           09R1937
Sentence to:                   Term: 1 Year(s) to 3 Year(s);
Max Expiration Date:           May 10, 2012
Conditional Release Date       May 10, 2011
Inmate Name:                   AMIT P PATEL
Admission Charges:

      -- DWI: Alcohol Or Drugs - 2nd Offense
        VTL 1192 Class E Felony Degree 0 NCIC 5404


Incarceration Release Information
Release Date:                  January 14, 2010
Release Reason:                Paroled to Division of Parole
Agency:                        NYS DOCCS Ulster Correctional Facility
Inmate ID Number:              09R1937

Parole Release Information
Received by Parole on:         January 14, 2010
Release Type:                  Initial Release to Parole
Max Expiration Date:           May 10, 2012
Supervision Office:            Nassau
Parole ID Number:              09R1937
Name:                          AMIT P PATEL

Parole Discharge Information
Discharged from Parole on:     January 14, 2012
Discharge Type:                Discharged - Statutory Action
Parole ID Number:              09R1937
Name:                          AMIT P PATEL

---

♯ Cycle 4 ♯
Cycle may not be supported by fingerprints

Arrest/Charge Information
Arrest Date: September 14, 2007 10:10 pm (22:10:00)

Name:                  AMIT P PATEL
Date of Birth:         ████████ 1976
Sex:                   Male

Race:                          Asian
SSN:                           ███████
Age at time of crime/arrest:   21
Address:                       ██████████████
Fax Number:                    Q51244
Place of Arrest:               NYCPD 105
Arrest Type:                   Unknown
Date of Crime:                 September 14, 2007
Place of Crime:                NYCPD 105
Criminal Justice Tracking No.: 59469444H
Arresting Agency:              NYCPD PCT 105
Arresting Officer ID:          928784
Arrest Number:                 Q07653029

Arrest Charges:

    -- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
        PL 220.16   Sub 01   Class B Felony      Degree 3 NCIC 3599

    -- Patronize Prostitute-4th Degree
        PL 230.03           Class B Misdemeanor Degree 4 NCIC 4099

    -- Unlawful Possession Of Marihuana
        PL 221.05           Violation      Degree 0 NCIC 3562


## Court Case Information

--Court: Queens County Criminal Court    Case Number: 2007QN051288

    September 15, 2007
    Initial Report Of Docket Number

    September 15, 2007
    Arraigned
        -- Criminal Possession Controlled Substance- 7th Degree
            PL 220.03    Class A  Misdemeanor   NCIC 3599

        -- Patronize Prostitute-4th Degree
            PL 230.03    Class B  Misdemeanor   NCIC 4099

        -- Unlawful Possession Of Marihuana
            PL 221.05         Violation       NCIC 3562


    September 15, 2007
    Convicted Upon Plea Of Guilty - Conviction Date: September 15, 2007

        -- Disorderly Conduct
            PL 240.20         Violation        NCIC 5311

In Full Satisfaction of:
  -- Criminal Possession Controlled Substance- 7th Degree
    PL 220.03      Class A  Misdemeanor    NCIC 3599

  -- Patronize Prostitute-4th Degree
    PL 230.03    Class B Misdemeanor NCIC 4099

  -- Unlawful Possession Of Marihuana
    PL 221.05    Violation NCIC 3562

Sentenced to:   Fine Amount: $150 Status: Paid in Full
Sentence Date: September 15, 2007

September 15, 2007
Not Arraigned
  -- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
    PL 220.16      Sub 01    Class B  Felony  NCIC 3599

November 16, 2007
Sealed Upon Non-Criminal Conviction CPL160.55

Interim release Status: Released on own recognizance (ROR)

---

## ☙ Cycle 3 ☙

### Arrest/Charge Information
Arrest Date: February 04, 2007 04:50 am (04:50:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | ███████/1976 |
| Sex: | Male |
| SSN: | ████████ |
| Age at time of crime/arrest: | 30 |
| Address: | ██████████████ |
| Fax Number: | VS33 |
| Place of Arrest: | Town of North Hempstead, Nassau County, NY |
| Arrest Type: | Crime In Progress |
| Date of Crime: | February 04, 2007 |
| Place of Crime: | Town of North Hempstead, Nassau County, NY |
| Criminal Justice Tracking No.: | 31945269H |
| Arresting Agency: | NYSP Valley Stream |
| Arresting Officer ID: | 3639 |
| Arrest Number: | 226333 |

Arrest Charges:
  -- Driving While Intoxicated- 1st Offense

VTL 1192    Sub 03    Class U Misdemeanor Degree 0 NCIC 5404

-- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
VTL 1192    Sub 2-A  Class U Misdemeanor Degree 0 NCIC 5404

-- Obstructing Traffic At Intersection
VTL 1175              Infraction    Degree 0 NCIC 5499

-- Stop/Stand/Park Violation Highway
VTL 1201    Sub 0A         Infraction    Degree 0 NCIC 5499


## Court Case Information

--Court: Nassau County 1st District Court    Case Number: 2007NA004705

February 22, 2007
Initial Report Of Docket Number

February 22, 2007
Arraigned
-- Driving While Intoxicated- 1st Offense
VTL 1192       Sub 03     Class U   Misdemeanor    NCIC 5404

-- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
VTL 1192     Sub 2-A    Class U   Misdemeanor    NCIC 5404

-- Obstructing Traffic At Intersection
VTL 1175                    Infraction       NCIC 5499

-- Stop/Stand/Park Violation Highway
VTL 1201      Sub 0A            Infraction      NCIC 5499


November 02, 2007
Convicted Upon Plea Of Guilty - Conviction Date: November 02, 2007
-- Stop/Stand/Park Violation Highway
VTL 1201    Sub 0A   Infraction NCIC 5499


Sentenced to:   Term: 5 Day(s)
Sentence Date: January 08, 2008

November 02, 2007
Convicted Upon Plea Of Guilty - Conviction Date: November 02, 2007
-- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
VTL 1192            Sub 2-A          Class U    Misdemeanor        NCIC 5404


In Full Satisfaction of:

-- Driving While Intoxicated- 1st Offense
  VTL 1192 Sub03  Class U Misdemeanor NCIC 5404

-- Obstructing Traffic At Intersection
  VTL 1175   Infraction NCIC 5499

Sentenced to: Probation: 3 Year(s) Custody/Fine: 30 Day(s)/$1000 Status: Paid in Full Term: 60 Day(s)
              License Revoked

Sentence
Date:         January 08, 2008

June 17, 2009
Bench Warrant Issued, Resentence Hearing Pending

January 28, 2010
Bench Warrant Vacated

Interim release Status: Released on own recognizance (ROR)

Incarceration/Supervision Information

Probation Information
Name:                              AMIT P PATEL
Sex:                               Male
Race:                              Other
Ethnicity:                         Not Hispanic
Address:                           ████████████████████
Placed on Probation:               January 08, 2008
Max Expiration Date:               January 07, 2011
Supervision Agency:                Nassau County Probation
Jurisdiction Agency:               Nassau County Probation
Probation Officer ID:              NA567
Probation Registration Number:     3481802
Probation Case Number:             175088
Probation Discharge Date:          March 22, 2010
Discharge Type:                    Revoked - Technical Violation

Incarceration Admission Information
Admission Date:                    January 08, 2008
Admission Reason:                  Sentenced, Initial Entry; Unknown Type or Level
Agency:                            Nassau County Jail Correctional Center
Inmate ID Number:                  0801044
Sentence to:                       Term: 60 Day(s);
Max Expiration Date:
Inmate Name:                       AMIT P PATEL
Admission Charges:

-- Aggravated DWI .18 Of 1% Or More Alcohol In Blood- No Priors
    VTL 1192    Class U  Misdemeanor   Degree 0   NCIC 5404

---

## ☼ Cycle 2 ☼
### Violent Felony Offense
### Cycle may not be supported by fingerprints

### Arrest/Charge Information
Arrest Date: November 28, 2002 01:45 am (01:45:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | ████ 1976 |
| Sex: | Male |
| Race: | Asian |
| Age at time of crime/arrest: | 26 |
| Address: | ████████████ |
| Fax Number: | M79749 |
| Place of Arrest: | NYCPD Midtown S |
| Date of Crime: | November 28, 2002 |
| Place of Crime: | NYCPD Midtown S |
| Criminal Justice Tracking No.: | 56291564H |
| Arresting Agency: | NYCPD PCT 014 |
| Arresting Officer ID: | 915991 |
| Arrest Case Number: | 49500933 |
| Arrest Number: | M02086814 |

Arrest Charges:

    -- Assault-1st:Intent To Cause Serious Injury With Weapon
        PL 120.10   Sub 01 Counts: 2 Class B Felony Degree 1 NCIC 1399

### Court Case Information

--Court: New York County Criminal Court    Case Number: 2002NY083888

November 29, 2002
Initial Report Of Docket Number

November 29, 2002
Arraigned
    -- Assault-1st:Intent To Cause Serious Injury With Weapon
        PL 120.10   Sub 01 Counts: 2 Class B Felony NCIC 1399

    -- Attempted Murder:Intention
        PL 125.25   Sub 01 Counts: 2 Class B Felony NCIC 0999

    -- Gang Assault-1st Degree: Cause Serious Physical Injury
        PL 120.07      Counts: 2 Class B Felony NCIC 1399

May 22, 2003
Dismissed CPL160.50

    -- Assault-1st:Intent To Cause Serious Injury With Weapon
       PL 120.10    Sub 01 Counts: 2 Class B Felony NCIC 1399

    -- Attempted Murder:Intention
       PL 125.25    Sub 01 Counts: 2 Class B Felony NCIC 0999

    -- Gang Assault-1st Degree: Cause Serious Physical Injury
       PL 120.07         Counts: 2 Class B Felony NCIC 1399

June 02, 2003
   Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50

Interim release Status: Posted Bail

## Cycle 1

### Arrest/Charge Information
Arrest Date: August 08, 1998 06:50 am (06:50:00)

| | |
|---|---|
| Name: | AMIT P PATEL |
| Date of Birth: | ███████1976 |
| Sex: | Male |
| Race: | Asian |
| SSN: | ████████ |
| Age at time of crime/arrest: | 22 |
| Address: | ████████████████████ |
| Fax Number: | SE706 |
| Place of Arrest: | Town of Smithtown, Suffolk County, NY |
| Arrest Type: | Other |
| Date of Crime: | August 08, 1998 |
| Place of Crime: | Town of Smithtown, Suffolk County, NY |
| Criminal Justice Tracking No.: | 27902704R |
| Arresting Agency: | Suffolk County Police Department- 4th Precinct |
| Arresting Officer ID: | 33415 |
| Arrest Number: | 397051 |

Arrest Charges:

    -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
       VTL 0511    Sub 03    Class E Felony       Degree 1 NCIC 5499

    -- Driving While Intoxicated- 1st Offense
       VTL 1192    Sub 03    Class U Misdemeanor Degree 0 NCIC 5404

    -- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense

Criminal Repository for NYSPD Number 63708981 on 09/04/1904 al... Page 19 of 20

VTL 1192    Sub 02    Class U Misdemeanor Degree 0 NCIC 5404

-- Operator Leaves Scene Of Property Damage Accident
VTL 0600    Sub 01A            Infraction        Degree 0 NCIC 5401


Court Case Information

--Court: Suffolk County 1st District Court    Case Number: 36749/98

August 09, 1998
Initial Report Of Docket Number

August 09, 1998
Arraigned
-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
VTL 0511    Sub 03    Class E  Felony         NCIC 5499

-- Driving While Intoxicated- 1st Offense
VTL 1192    Sub 03    Class U  Misdemeanor   NCIC 5404

-- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
VTL 1192    Sub 02    Class U  Misdemeanor   NCIC 5404

-- Operator Leaves Scene Of Property Damage Accident
VTL 0600    Sub 01A            Infraction     NCIC 5401


September 04, 1998
Convicted Upon Plea Of Guilty - Conviction Date: September 04, 1998
-- Driving While Ability Impaired By The Consumption of Alcohol
VTL 1192            Sub 01        Infraction     NCIC 5404

Reduced From:
-- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
VTL 1192  Sub02  Class U  Misdemeanor  NCIC 5404

Sentenced to:   Conditional discharge Fine Amount: $500 Status: Paid in Full
Sentence Date: September 04, 1998

September 04, 1998
Convicted Upon Plea Of Guilty - Conviction Date: September 04, 1998
-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
VTL 0511    Sub 02    Class U   Misdemeanor   NCIC 5499

Reduced From:
-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree

VTL 0511    Sub03   Class E   Felony   NCIC 5499

Sentenced to:  Fine Amount: $200 Status: Paid in Full
Sentence Date: September 04, 1998

September 04, 1998
Dismissed

-- Driving While Intoxicated- 1st Offense
VTL 1192   Sub 03   Class U Misdemeanor NCIC 5404

-- Operator Leaves Scene Of Property Damage Accident
VTL 0600   Sub 01A      Infraction   NCIC 5401

Interim release Status: Posted Bail

## Other History Related Information

There is no Other History Related Information associated with this history.

## Job/License Information

There is no Job/License Information associated with this history.

WARNING: Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. Destroy after use and request an updated rap sheet for subsequent needs.
All information presented herein is as complete as the data furnished to DCJS.

  

F.B.I. RAP-SHEET

```
AMIT P PATEL    14R3022
C/O: GREENE CORRECTIONAL FACILITY
PO BOX 975
COXSACKIE, NY 12051
```

1-787a (Rev. 08-10-2016)



U.S. Department of Justice
Federal Bureau of Investigation
Criminal Justice Information Services Division
Clarksburg, WV 26306

AMIT P PATEL    14R3022
C/O: GREENE CORRECTIONAL FACILITY                    Date: 11-09-2017
PO BOX 975
COXSACKIE, NY 12051

The Criminal Justice Information Services (CJIS) Division of the
Federal Bureau of Investigation (FBI) has completed the following
fingerprint submission:

Subject Name

AMIT P PATEL

Search Completed Result                11-09-2017 E2017313000000142003

A SEARCH OF THE FINGERPRINTS PROVIDED BY
THIS INDIVIDUAL HAS REVEALED PRIOR ARREST
DATA AT THE FBI. THIS DOES NOT PRECLUDE
FURTHER CRIMINAL HISTORY AT THE STATE OR
LOCAL LEVEL.

Social Security number:    XXX-XX-1802

The result of the above response is only effective for the date the
submission was originally completed. For more updated information,
please submit new fingerprints of the Subject.

In order to protect Personally Identifiable Information, as of
August 17, 2009, FBI policy has changed to no longer return the
fingerprint cards. This form will serve as the FBI's official
response.

This Identity History Summary (IdHS) is provided pursuant to
28 CFR 16.30-16.34 solely for you to conduct a personal review and/or
obtain a change, correction, or updating of your record. This IdHS is
not provided for the purpose of licensing or employment or any other
purpose enumerated in 28 CFR 20.33.

Any questions may be addressed to the Customer Service Group at  (304)
625-5590.  You may also visit the Web site at www.fbi.gov/checks for
further instructions.

William G. McKinsey
Section Chief
Biometric Services Section
Criminal Justice Information
Services Division

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000001Z                                    NCN E2017313000000142003
TCN  WVFBIJM0Z-20171109184502-EDO-0000-17866

THE ENCLOSED RECORD, DATED 2017/11/09, WITH THE FBI UCN 388086VA6 AND
NGI CONTROL NUMBER (NCN) E2017313000000142003 IS BEING PROVIDED AS THE
RESULT OF CIVIL RETURN IDENT TEN-PRINT SUBMISSION.
THE TENPRINT BIOGRAPHICS AS SUBMITTED IN THE ORIGINAL TRANSACTION ARE:
NAME: PATEL,AMIT P                               DOB 1976/08/07

DATA RELATED TO THIS RECORD WAS REQUESTED FROM THE FOLLOWING:


NEW YORK       - STATE ID/NY8976796H
FBI            - FBI/388086VA6

SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) AND/OR III
PARTICIPANT STATE(S) REGULATED DATA, THE RESPONSE MAY NOT BE COMPLETE.
HOWEVER THE FBI MAINTAINED DATA FROM THE NON-RESPONDING III PARTICIPANT
STATE(S) IS INCLUDED IN THE RESPONSE.

DC000001Z
DO 556-73 REQ
CJIS-WV-DO 556-73
BIOMETRIC TECHNOLOGY CTR
1000 CUSTER HOLLOW RD
CLARKSBURG,WV 26306

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000001Z
TCN WVFBIJM0Z-20171109184502-EDO-0000-17866
AGENCY CASE D03252217313

THE FBI IDENTIFIED YOUR TEN-PRINT SUBMISSION WHICH
CONTAINED THE FOLLOWING DESCRIPTORS:

NAME PATEL,AMIT P

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|-----|------|------------|--------|--------|-------|------|
| M | U | 1976/08/07 | 507 | 205 | BROWN | BALD |

STATE ID        BIRTH PLACE
NULL            NEW YORK

CITIZENSHIP
UNITED STATES

| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|-------------------|---------------------|-----------------|--------------|
| NONE | NONE | NONE | NONE |

ALIAS NAME(S)
NONE

END OF COVER SHEET

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000001Z                                NCN E2017313000000142003

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                          FBI UCN       DATE REQUESTED
PATEL,AMIT P                  388086VA6     2017/11/09

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR
M    W     1976/08/07  506     138     BRO   BLK

BIRTH PLACE
NEW YORK

PATTERN CLASS                 CITIZENSHIP
           WU     WU            WU    UNITED STATES
WU LS WU      WU     WU LS WU
     WU


1-ARRESTED OR RECEIVED 1996/03/30  SID- PA23831431
    AGENCY-PD-RECORDS AND IDENT PHILADELPHIA (PAPEP0000)
       AGENCY CASE-C823862

    NAME USED-PATEL,AMIT
    CHARGE 1-ARSON

  COURT-STATE POLICE HARRISBURG (PAPSP0000)
    CHARGE-CC0903C  CRIMINAL CONSPIRACY
    NON-CONVICTION/NOLLE PROSSED/WITHDRAWN/
    CHARGE-CC0907A  POSSESSING INSTRUMENT OF CR M1
    NON-CONVICTION/NOLLE PROSSED/WITHDRAWN/
    CHARGE-CC2705 RECKLESSLY ENDANGERING M2
    NON-CONVICTION/NOLLE PROSSED/WITHDRAWN/
    CHARGE-CC3301 ARSON AND RELATED OFFENSES
    NON-CONVICTION/NOLLE PROSSED/WITHDRAWN/
    CHARGE-CC3302 CAUSING OR RISKING CATASTRO
    NON-CONVICTION/NOLLE PROSSED/WITHDRAWN/


END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306


DC000001Z                                    NCN E2017313000000142003
PART 2
              - FBI IDENTIFICATION RECORD - FBI UCN-388086VA6
     CHARGE-CC3303 FAILURE TO PREVENT CATASTRO M2
     NON-CONVICTION/NOLLE PROSSED/WITHDRAWN/
     CHARGE-CC3304A  CRIMINAL MISCHIEF
     NON-CONVICTION/NOLLE PROSSED/WITHDRAWN/


RECORD UPDATED 2017/11/09


ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

`*********************` CRIMINAL HISTORY RECORD `*********************`

`***************************` Introduction `***************************`

This rap sheet was produced in response to the following request:

```
FBI Number              388086VA6
State Id Number         8976796H ()
Request Id              0074000707
Purpose Code            R
Attention               E2017313000000142003;T
```

The information in this rap sheet is subject to the following caveats:

Subject currently on Probation - Queens County Probation Adult
Investigations

Currently under Sentence to NYS Department of Correctional Services.
Call the Office of the Inspector General at (718)626-1710 during
business hours of 7:00 AM to 7:00 PM Eastern Standard Time, Monday thru
Friday. At any other time, please contact the Command Center, New York
State Department of Correctional Services at (518)457-5902.

Multi-Source - Subject has information maintained by other states or in
multiple NYS files maintained by the FBI available through the
Interstate Identification Index. Refer to FBI Number: 388086VA6

DNA PROFILE IS ON FILE IN THE DNA DATABANKIf more information is
required call DCJS Office of Forensic Services at 1-800-262-3257

Sentencing - Where an individual is sentenced June 1, 1981 or later on
more than one charge within a docket, the sentence may be considered to
be concurrent unless identified as consecutive.


`*************************` IDENTIFICATION `*************************`

Subject Name(s)

PATEL, AMIT P
PATEL, AMIT

Subject Description

FBI Number              State Id Number
388086VA6               08976796H

Social Security Number
117661802


Sex                  Race                 Skin Tone
Male                 Asian                Dark
                     Unknown              Medium
                     White

Height               Weight               Date of Birth

Hair Color                    Eye Color
Unknown                       Brown


Place of Birth                                    Ethnicity
New York                                          Not Hispanic Or Latino
India                                             Unknown

Residence
Residence as of

                         1 URSULA DRIVE
                         ROSLYN, NY 11576

Residence as of

                         1 URSULA DRIVE
                         ROSLYN, NY

Residence as of
                         270 CLINTON RD
                         GARDEN CITY, NY

Residence as of
                         1 URSULA DR
                         ROSLYN, NY


************************ CRIMINAL HISTORY ************************

================================ Cycle 001 ================================
Tracking Number           27902704R
Earliest Event Date       1998-08-08 Incident Date          1998-08-08
------------------------------------------------------------------------
Arrest Date               1998-08-08
Arresting Agency          NY0510160 Suffolk County Police Department- 4th
                          Precinct
Subject's Name            PATEL, AMIT, P
Charge Tracking Number    27902704R
              Statute     Aggravated Unlicensed Operation of a Motor
                          Vehicle-1st Degree (0511 SUB 03 )
    NCIC Offense Code     5499
    State Offense Code    VTL 0511 SUB 03
              Counts      1
              Severity    Felony
    Inchoate Charge       Completed
Charge Tracking Number    27902704R
              Statute     Operating Motor Vehicle .10 Of 1% Alcohol-1st
                          Offense (1192 SUB 02 )
    NCIC Offense Code     5404
    State Offense Code    VTL 1192 SUB 02
              Counts      1
              Severity    Misdemeanor
    Inchoate Charge       Completed
------------------------------------------------------------------------
Court Disposition         (Cycle 001)
Court Case Number         36749/98

```
Final Disposition Date  1998-09-04
Court Agency            NY051033J Suffolk County 1st District Court
Charge Tracking Number  27902704R
              Statute   Driving While Ability Impaired By The
                        Consumption of Alcohol (1192 SUB 01 )
   State Offense Code    VTL 1192 SUB 01
               Counts   1
             Severity   Infraction
      Inchoate Charge   Completed
          Disposition   ( 1998-09-04; Convicted Upon Plea Of Guilty)
------------------------------------------------------------------
Court Disposition       (Cycle 001)
Court Case Number       36749/98
Final Disposition Date  1998-09-04
Court Agency            NY051033J Suffolk County 1st District Court
Charge Tracking Number  27902704R
              Statute   Aggravated Unlicensed Operation Motor
                        Vehicle-2nd Degree (0511 SUB 02 )
    State Offense Code   VTL 0511 SUB 02
               Counts   1
             Severity   Misdemeanor
      Inchoate Charge   Completed
          Disposition   ( 1998-09-04; Convicted Upon Plea Of Guilty)
------------------------------------------------------------------
Sentencing              (Cycle 001)
Sentence Date           1998-09-04
Court Case Number       36749/98
Charge Tracking Number  27902704R
              Statute   Driving While Ability Impaired By The
                        Consumption of Alcohol (1192 SUB 01 )
    NCIC Offense Code    5404
    State Offense Code   VTL 1192 SUB 01
               Counts   1
             Severity   Infraction
      Inchoate Charge   Completed
          Disposition   ( 1998-09-04; )
Sentence                Conditional dischargeFine Amount: $500 Status:
                        Paid in Full
------------------------------------------------------------------
Sentencing              (Cycle 001)
Sentence Date           1998-09-04
Court Case Number       36749/98
Charge Tracking Number  27902704R
              Statute   Aggravated Unlicensed Operation Motor
                        Vehicle-2nd Degree (0511 SUB 02 )
    NCIC Offense Code    5499
    State Offense Code   VTL 0511 SUB 02
               Counts   1
             Severity   Misdemeanor
      Inchoate Charge   Completed
          Disposition   ( 1998-09-04; )
Sentence                Fine Amount: $200 Status: Paid in Full
============================== Cycle 002 ==============================
Tracking Number         31945269H
Earliest Event Date     2007-02-04 Incident Date        2007-02-04
------------------------------------------------------------------
Arrest Date             2007-02-04
Arresting Agency        NY1290300 NYSP Valley Stream
```

```
          Subject's Name         PATEL, ASHIT P
     Charge Tracking Number       31945269H
               Statute           Driving While Intoxicated- 1st Offense (1192
                                 SUB 03 )
        NCIC Offense Code        5404
       State Offense Code        VTL 1192 SUB 03
                 Counts          1
               Severity          Misdemeanor
        Inchoate Charge          Completed
     Charge Tracking Number       31945269H
               Statute           Aggravated DWI .18 Of 1% Or More Alcohol In
                                 Blood- No Priors (1192 SUB 2-A )
        NCIC Offense Code        5404
       State Offense Code        VTL 1192 SUB 2-A
                 Counts          1
               Severity          Misdemeanor
        Inchoate Charge          Completed
     Charge Tracking Number       31945269H
               Statute           Obstructing Traffic At Intersection (1175 )
        NCIC Offense Code        5499
       State Offense Code        VTL 1175
                 Counts          1
               Severity          Infraction
        Inchoate Charge          Completed
-------------------------------------------------------------------
     Court Disposition           (Cycle 002)
     Court Case Number           2007NA004705
     Final Disposition Date      2007-11-02
     Court Agency                NY029013J Nassau County 1st District Court
-------------------------------------------------------------------
     Court Disposition           (Cycle 002)
     Court Case Number           2007NA004705
     Final Disposition Date      2007-11-02
     Court Agency                NY029013J Nassau County 1st District Court
     Charge Tracking Number       31945269H
               Statute           Aggravated DWI .18 Of 1% Or More Alcohol In
                                 Blood- No Priors (1192 SUB 2-A )
       State Offense Code        VTL 1192 SUB 2-A
                 Counts          1
               Severity          Misdemeanor
        Inchoate Charge          Completed
             Disposition         ( 2007-11-02; Convicted Upon Plea Of Guilty)
-------------------------------------------------------------------
     Sentencing                  (Cycle 002)
     Sentence Date               2008-01-08
     Court Case Number           2007NA004705
     Charge Tracking Number       31945269H
               Statute           Aggravated DWI .18 Of 1% Or More Alcohol In
                                 Blood- No Priors (1192 SUB 2-A )
        NCIC Offense Code        5404
       State Offense Code        VTL 1192 SUB 2-A
                 Counts          1
               Severity          Misdemeanor
        Inchoate Charge          Completed
             Disposition         ( 2008-01-08; )
     Sentence                    Probation: 3 Year(s)Custody/Fine: 30
                                 Day(s)/$1000 Status: Paid in FullTerm:  60
                                 Day(s)License Revoked
```

```
-----------------------------------------------------------------------
Corrections                (Cycle 002)
Supervision Date           2008-01-08
Corrections Agency         NY029013G Nassau County Probation
Subject's Name             PATEL, AMIT, P
Correctional Id Number     3481802
        Supervision Case Number  175088
        Court Case Number  2007NA004705
        Correction Action  Max Expiration Date: 2011-01-07
Charge Tracking Number     511254358R
                Statute    Aggravated DWI .18 Of 1% Or More Alcohol In
                           Blood- No Priors (1192 )
    NCIC Offense Code       5404
   State Offense Code       VTL 1192
            Counts          1
          Severity          Misdemeanor
   Inchoate Charge          Completed
Release Date                2010-03-22
Supervision Date            2008-01-08
Corrections Agency          NY029013C Nassau County Jail Correctional
                            Center
Subject's Name              PATEL, AMIT, P
        Supervision Case Number  0801044
        Correction Action  Incarceration Admission Reason: Sentenced,
                           Initial Entry; Unknown Type or Level
Charge Tracking Number      674912918P
                Statute     Aggravated DWI .18 Of 1% Or More Alcohol In
                            Blood- No Priors (1192 )
    NCIC Offense Code       5404
   State Offense Code       VTL 1192
            Counts          1
          Severity          Misdemeanor
   Inchoate Charge          Completed
============================= Cycle 003 ================================
Tracking Number             63320277R
Earliest Event Date         2008-12-14 Incident Date        2008-12-14
-----------------------------------------------------------------------
Arrest Date                 2008-12-14
Arresting Agency            NY1290300 NYSP Valley Stream
Subject's Name              PATEL, AMIT, P
Charge Tracking Number      63320277R
                Statute     Agg DWI .18 Of 1% Or More BAC-1 Prior Conv
                            Designated Offenses-10 Yrs (1192 SUB 2-A )
    NCIC Offense Code       5404
   State Offense Code       VTL 1192 SUB 2-A
            Counts          1
          Severity          Felony
   Inchoate Charge          Completed
Charge Tracking Number      63320277R
                Statute     DWI: Previous Conviction Of Designated Offense
                            Within 10 Years (1192 SUB 03 )
    NCIC Offense Code       5404
   State Offense Code       VTL 1192 SUB 03
            Counts          1
          Severity          Felony
   Inchoate Charge          Completed
Charge Tracking Number      63320277R
```

```
                Statute  Moved From Lane Unsafely (1128 SUB 0A )
      NCIC Offense Code  5499
     State Offense Code  VTL 1128 SUB 0A
                Counts  1
               Severity  Infraction
        Inchoate Charge  Completed
Charge Tracking Number  63320277R
                Statute  Unsafe Turn Or Failure To Give Appropriate
                         Signal (1163 SUB 0A )
      NCIC Offense Code  5499
     State Offense Code  VTL 1163 SUB 0A
                Counts  1
               Severity  Infraction
        Inchoate Charge  Completed
-----------------------------------------------------------------
Court Disposition       (Cycle 003)
Court Case Number       00477N-2009
Final Disposition Date  2009-03-04
Court Agency            NY029123J Nassau County Court
Charge Tracking Number  63320277R
                Statute  Agg DWI .18 Of 1% Or More BAC-1 Prior Conv
                         Designated Offenses-10 Yrs (1192 SUB 2-A )
     State Offense Code  VTL 1192 SUB 2-A
                Counts  1
               Severity  Felony
        Inchoate Charge  Completed
            Disposition  ( 2009-03-04; Convicted Upon Plea Of Guilty)
-----------------------------------------------------------------
Sentencing              (Cycle 003)
Sentence Date           2009-05-13
Court Case Number       00477N-2009
Charge Tracking Number  63320277R
                Statute  Agg DWI .18 Of 1% Or More BAC-1 Prior Conv
                         Designated Offenses-10 Yrs (1192 SUB 2-A )
      NCIC Offense Code  5404
     State Offense Code  VTL 1192 SUB 2-A
                Counts  1
               Severity  Felony
        Inchoate Charge  Completed
            Disposition  ( 2009-05-13; )
Sentence                Term:  1 Year(s) to 3 Year(s) IndeterminateFine
                         Amount: $5000 Status: Paid in FullLicense
                         Revoked
-----------------------------------------------------------------
Corrections             (Cycle 003)
Supervision Date        2010-01-14
Subject's Name          PATEL, AMIT, P
       Supervision Case Number  09R1937
      Correction Action  Assigned: Nassau
      Correction Action  Parole Admission Reason: Initial Release to
                         Parole
Release Date            2012-05-10
Subject's Name          PATEL, AMIT, P
       Supervision Case Number  09R1937
      Correction Action  Parole Discharge
Release Date            2012-01-14
Supervision Date        2009-06-01
```

Corrections Agency        NY055055C NYS DOCCS Ulster Correctional
                          Facility
        Subject's Name    PATEL, AMIT, P
Supervision Case Number   09R1937
    Correction Action     Conditional Release Date: 2011-05-10
    Correction Action     Incarceration Admission Reason: New Commitment
Charge Tracking Number    674912926P
             Statute      DWI: Alcohol Or Drugs - 2nd Offense (1192 )
    NCIC Offense Code      5404
   State Offense Code      VTL 1192
             Counts       1
           Severity       Felony
    Inchoate Charge       Completed
      Release Date        2012-05-10
  Corrections Agency      NY055055C NYS DOCCS Ulster Correctional
                          Facility

Supervision Case Number   09R1937
    Correction Action     Incarceration Release
      Release Date        2010-01-14
=========================== Cycle 004 ===============================
   Tracking Number        65260138Q
Earliest Event Date       2012-01-26 Incident Date          2012-01-26
--------------------------------------------------------------------
       Arrest Date        2012-01-26
   Arresting Agency       NY0340107 NYCPD PCT 107
     Subject's Name       PATEL, AMIT
       Comment(s)         Court of Arraignment : NY040033J QUEENS COUNTY
                          CRIMINAL COURT
Charge Tracking Number    65260138Q
             Statute      Driving While Intoxicated- 1st Offense (1192
                          SUB .03 )
    NCIC Offense Code     5404
   State Offense Code     VTL 1192 SUB 03
             Counts       1
           Severity       Misdemeanor
    Inchoate Charge       Completed
Charge Tracking Number    65260138Q
             Statute      Operate Motor Veh With .08 of 1% Alcohol Or
                          More In Blood- 1st Offense (1192 SUB 02 )
    NCIC Offense Code     5404
   State Offense Code     VTL 1192 SUB 02
             Counts       1
           Severity       Misdemeanor
    Inchoate Charge       Completed
Charge Tracking Number    65260138Q
             Statute      Driving While Ability Impaired By The
                          Consumption of Alcohol (1192 SUB 01 )
    NCIC Offense Code     5404
   State Offense Code     VTL 1192 SUB 01
             Counts       1
           Severity       Infraction
    Inchoate Charge       Completed

--------------------------------------------------------------------
  Booking Case Number     Q12605332
     Booking Agency       NY0340107 NYCPD PCT 107
--------------------------------------------------------------------

Court Disposition                (Cycle 004)
Court Case Number          00383-2012
Final Disposition Date     2014-10-24
Court Agency               NY040015J Queens County Supreme Court
Charge Tracking Number     65260138Q
            Statute        DWI: 2 Previous Convictions Or Designated
                           Offenses Within 10 Years (1192 SUB 03 )
State Offense Code         VTL 1192 SUB 03
            Counts         1
            Severity       Felony
Inchoate Charge            Completed
            Disposition    ( 2014-10-24; Convicted Upon Verdict After Jury
                           Trial)
---------------------------------------------------------------------
Sentencing                 (Cycle 004)
Sentence Date              2014-10-24
Court Case Number          00383-2012
Charge Tracking Number     65260138Q
            Statute        DWI: 2 Previous Convictions Of Designated
                           Offenses Within 10 Years (1192 SUB 03 )
NCIC Offense Code          5404
State Offense Code         VTL 1192 SUB 03
            Counts         1
            Severity       Felony
Inchoate Charge            Completed
            Disposition    ( 2014-10-24; )
Sentence                   Conditional dischargeTerm:  2 Year(s) to 6
                           Year(s)License Revoked


---------------------------------------------------------------------
Corrections                (Cycle 004)
Supervision Date           2014-11-24
Corrections Agency         NY055055C NYS DOCCS Ulster Correctional
                           Facility
Subject's Name             PATEL, AMIT
    Supervision Case Number  14R3022
    Court Case Number      383 12
    Correction Action      Conditional Release Date: 2017-11-27
    Correction Action      Incarceration Admission Reason: New Commitment
Charge Tracking Number     713530880M
            Statute        DWI:Alcohol Or Drugs-3rd Offense (1192 )
NCIC Offense Code          5404
State Offense Code         VTL 1192
            Counts         1
            Severity       Felony
Inchoate Charge            Completed
Release Date               2019-11-27
============================ Cycle 005 ============================
Tracking Number            65710628H
Earliest Event Date        2012-10-07 Incident Date          2012-10-07
---------------------------------------------------------------------
Arrest Date                2012-10-07
Arresting Agency           NY0330019 NYCPD PCT 019
Subject's Name             PATEL, AMIT
Comment(s)                 Court of Arraignment : NY030033J NEW YORK
                           COUNTY CRIMINAL COURT
            Counts         0

```
------------------------------------------------------------
Booking Case Number     M12689507
Booking Agency          NY0330019 NYCPD PCT 019
------------------------------------------------------------
Court Disposition       (Cycle 005)
Court Case Number       05125-2012
Final Disposition Date  2016-01-28
Court Agency            NY030015J New York County Supreme Court
Charge Tracking Number  65710628H
              Statute   Driving While Ability Impaired By The
                        Consumption of Alcohol (1192 SUB 01 )
   State Offense Code    VTL 1192 SUB 01
              Counts     1
            Severity     Infraction
     Inchoate Charge     Completed
         Disposition     ( 2016-01-28; Convicted Upon Plea Of Guilty)
------------------------------------------------------------
Sentencing              (Cycle 005)
Sentence Date           2016-01-28
Court Case Number       05125-2012
Charge Tracking Number  65710628H
              Statute   Driving While Ability Impaired By The
                        Consumption of Alcohol (1192 SUB 01 )
   NCIC Offense Code     5404
   State Offense Code    VTL 1192 SUB 01
              Counts     1
            Severity     Infraction
     Inchoate Charge     Completed
         Disposition     ( 2016-01-28; )
Sentence                Term:  180 Day(s)
=============================== Cycle 006 ===============================
Tracking Number         66107345H
Earliest Event Date     2013-06-16 Incident Date        2013-06-16
------------------------------------------------------------
Arrest Date             2013-06-16
Arresting Agency        NY03030Q6 NYCPD PCT 106
Subject's Name          PATEL, AMIT, P
Comment(s)              Court of Arraignment : NY040033J QUEENS COUNTY
                        CRIMINAL COURT
Charge Tracking Number  66107345H
              Statute   Operate MV .08 Of 1% Or More Alcohol-2 Prior
                        Conv Desig Off W/in 10yrs (1192 SUB 02 )
   NCIC Offense Code     5404
   State Offense Code    VTL 1192 SUB 02
              Counts     1
            Severity     Felony
     Inchoate Charge     Completed
Charge Tracking Number  66107345H
              Statute   Aggravated Unlicensed Operation - Alcohol
                        Related (0511 SUB 2AA )
   NCIC Offense Code     5499
   State Offense Code    VTL 0511 SUB 2AA
              Counts     1
            Severity     Misdemeanor
     Inchoate Charge     Completed
Charge Tracking Number  66107345H
              Statute   Refusal To Take Breath Test (1194 SUB 01B )
   NCIC Offense Code     5499
```



```
State Offense Code  VTL 1194 SUB 01B
              Counts  1
            Severity  Infraction
     Inchoate Charge  Completed
```



```
------------------------------------------------------------
Booking Case Number   Q13636334
Booking Agency        NY03030Q6 NYCPD PCT 106
------------------------------------------------------------
Court Disposition     (Cycle 006)
Court Case Number     01789-2013
Final Disposition Date 2015-04-20
Court Agency          NY040015J Queens County Supreme Court
Charge Tracking Number 66107345H
            Statute   DWI: 2 Previous Convictions Of Designated
                      Offenses Within 10 Years (1192 SUB 03 )
  State Offense Code  VTL 1192 SUB 03
              Counts  1
            Severity  Felony
     Inchoate Charge  Completed
         Disposition  ( 2015-04-20; Convicted Upon Verdict After Jury
                      Trial)
Charge Tracking Number 66107345H
            Statute   Aggravated Unlicensed Operation Motor
                      Vehicle-2nd Degree (0511 SUB 02 )
  State Offense Code  VTL 0511 SUB 02
              Counts  1
            Severity  Misdemeanor
     Inchoate Charge  Completed
         Disposition  ( 2015-04-20; Convicted Upon Verdict After Jury
                      Trial)
------------------------------------------------------------
Sentencing            (Cycle 006)
Sentence Date         2015-04-20
Court Case Number     01789-2013
Charge Tracking Number 66107345H
            Statute   DWI: 2 Previous Convictions Of Designated
                      Offenses Within 10 Years (1192 SUB 03 )
  NCIC Offense Code   5404
  State Offense Code  VTL 1192 SUB 03
              Counts  1
            Severity  Felony
     Inchoate Charge  Completed
         Disposition  ( 2015-04-20; )
Sentence              Probation: 5 Year(s)Term:  28 Month(s) to 7
                      Year(s)Fine Amount: $2000 Status: Transferred
                      for Collection, UnspecifiedLicense Suspended 1
                      Year(s)
------------------------------------------------------------
Sentencing            (Cycle 006)
Sentence Date         2015-04-20
Court Case Number     01789-2013
Charge Tracking Number 66107345H
            Statute   Aggravated Unlicensed Operation Motor
                      Vehicle-2nd Degree (0511 SUB 02 )
  NCIC Offense Code   5499
  State Offense Code  VTL 0511 SUB 02
              Counts  1
```

```
                Severity  Misdemeanor
         Inchoate Charge  Completed
             Disposition  ( 2015-04-20; )
  Sentence                Term:  180 Day(s)


         ------------                                    ------------------------
         Corrections             (Cycle 006)
         Supervision Date        2015-04-20
         Corrections Agency      NY040015G Queens County Probation Adult
                                 Investigations
         Subject's Name          PATEL, AMIT, P
  Correctional Id Number         3919574
       Supervision Case          QS1500965
            Number
       Court Case Number         01789-2013
       Correction Action         Max Expiration Date: 2020-04-19
  Charge Tracking Number         715756712R
                Statute          Operating Motor Vehicle Intoxicated-Prior
                                 Conviction (1192 )
       NCIC Offense Code         5404
      State Offense Code         VTL 1192
                 Counts          1
               Severity          Felony
        Inchoate Charge          Completed
  *************************   INDEX OF AGENCIES   *************************

   Agency                  NYSP Valley Stream; NY1290300;

   -----------------------------------------------------------------------
   Agency                  Nassau County Probation; NY029013G;

   -----------------------------------------------------------------------
   Agency                  NYCPD PCT 106; NY03030Q6;

   -----------------------------------------------------------------------
   Agency                  Queens County Probation Adult Investigations;
                           NY040015G;

   -----------------------------------------------------------------------
   Agency                  NYS DOCCS Ulster Correctional Facility;
                           NY055055C;

   -----------------------------------------------------------------------
   Agency                  Suffolk County Police Department- 4th Precinct;
                           NY0510160;

   -----------------------------------------------------------------------
   Agency                  Nassau County Jail Correctional Center;
                           NY029013C;

   -----------------------------------------------------------------------
   Agency                  NYCPD PCT 019; NY0330019;

   -----------------------------------------------------------------------
   Agency                  NYCPD PCT 107; NY0340107.

   -----------------------------------------------------------------------
   Agency                  Nassau County 1st District Court; NY029013J;
```

| | |
|---|---|
| Agency | Nassau County Court; NY029123J; |
| Agency | Queens County Supreme Court; NY040015J; |
| Agency | New York County Supreme Court; NY030015J; |
| Agency | Suffolk County 1st District Court; NY051033J; |

* * * END OF RECORD * * *

KeyCite Yellow Flag - Negative Treatment
Proposed Legislation

United States Code Annotated
    Title 34. Crime Control and Law Enforcement (Refs & Annos)
        Subtitle IV. Criminal Records and Information
            Chapter 403. Criminal Justice Identification, Information, and
            Communication
                Subchapter II. Exchange of Criminal History Records for Noncriminal
                Justice Purposes

34 U.S.C.A. § 40316
Formerly cited as 42 USCA § 14616

§ 40316. National Crime Prevention and Privacy Compact

Effective: September 1, 2017
Currentness

The Contracting Parties agree to the following:

## OVERVIEW

### (a) In general

This Compact organizes an electronic information sharing system among the Federal
Government and the States to exchange criminal history records for noncriminal justice
purposes authorized by Federal or State law, such as background checks for governmental
licensing and employment.

### (b) Obligations of parties

Under this Compact, the FBI and the Party States agree to maintain detailed databases of
their respective criminal history records, including arrests and dispositions, and to make
them available to the Federal Government and to Party States for authorized purposes.
The FBI shall also manage the Federal data facilities that provide a significant part of the
infrastructure for the system.

## ARTICLE I--DEFINITIONS

In this Compact:

### (1) Attorney General

§ 40316. National Crime Prevention and Privacy Compact, 34 USCA § 40316

The term "Attorney General" means the Attorney General of the United States.

**(2) Compact officer**

The term "Compact officer" means--

**(A)** with respect to the Federal Government, an official so designated by the Director of the FBI; and

**(B)** with respect to a Party State, the chief administrator of the State's criminal history record repository or a designee of the chief administrator who is a regular full-time employee of the repository.

**(3) Council**

The term "Council" means the Compact Council established under Article VI.

**(4) Criminal history records**

The term "criminal history records"--

**(A)** means information collected by criminal justice agencies on individuals consisting of identifiable descriptions and notations of arrests, detentions, indictments, or other formal criminal charges, and any disposition arising therefrom, including acquittal, sentencing, correctional supervision, or release; and

**(B)** does not include identification information such as fingerprint records if such information does not indicate involvement of the individual with the criminal justice system.

**(5) Criminal history record repository**

The term "criminal history record repository" means the State agency designated by the Governor or other appropriate executive official or the legislature of a State to perform centralized recordkeeping functions for criminal history records and services in the State.

**(6) Criminal justice**

The term "criminal justice" includes activities relating to the detection, apprehension, detention, pretrial release, post-trial release, prosecution, adjudication, correctional supervision, or rehabilitation of accused persons or criminal offenders. The administration of criminal justice includes criminal identification activities and the collection, storage, and dissemination of criminal history records.

**(7) Criminal justice agency**

The term "criminal justice agency"--

    **(A)** means--

        **(i)** courts; and

        **(ii)** a governmental agency or any subunit thereof that--

            **(I)** performs the administration of criminal justice pursuant to a statute or Executive order; and

            **(II)** allocates a substantial part of its annual budget to the administration of criminal justice; and

    **(B)** includes Federal and State inspectors general offices.

**(8) Criminal justice services**

The term "criminal justice services" means services provided by the FBI to criminal justice agencies in response to a request for information about a particular individual or as an update to information previously provided for criminal justice purposes.

**(9) Criterion offense**

The term "criterion offense" means any felony or misdemeanor offense not included on the list of nonserious offenses published periodically by the FBI.

**(10) Direct access**

The term "direct access" means access to the National Identification Index by computer terminal or other automated means not requiring the assistance of or intervention by any other party or agency.

**(11) Executive order**

The term "Executive order" means an order of the President of the United States or the chief executive officer of a State that has the force of law and that is promulgated in accordance with applicable law.

**(12) FBI**

The term "FBI" means the Federal Bureau of Investigation.

**(13) Interstate Identification System** [1]

The term "Interstate Identification Index System" or "III System"--

**(A)** means the cooperative Federal-State system for the exchange of criminal history records; and

**(B)** includes the National Identification Index, the National Fingerprint File and, to the extent of their participation in such system, the criminal history record repositories of the States and the FBI.

**(14) National Fingerprint File**

The term "National Fingerprint File" means a database of fingerprints, or other uniquely personal identifying information, relating to an arrested or charged individual maintained by the FBI to provide positive identification of record subjects indexed in the III System.

**(15) National Identification Index**

The term "National Identification Index" means an index maintained by the FBI consisting of names, identifying numbers, and other descriptive information relating to record subjects about whom there are criminal history records in the III System.

**(16) National indices**

The term "National indices" means the National Identification Index and the National Fingerprint File.

**(17) Nonparty State**

The term "Nonparty State" means a State that has not ratified this Compact.

**(18) Noncriminal justice purposes**

The term "noncriminal justice purposes" means uses of criminal history records for purposes authorized by Federal or State law other than purposes relating to criminal justice activities, including employment suitability, licensing determinations, immigration and naturalization matters, and national security clearances.

**(19) Party State**

The term "Party State" means a State that has ratified this Compact.

**(20) Positive identification**

The term "positive identification" means a determination, based upon a comparison of fingerprints or other equally reliable biometric identification techniques, that the subject of a record search is the same person as the subject of a criminal history record or records indexed in the III System. Identifications based solely upon a comparison of subjects' names or other nonunique identification characteristics or numbers, or combinations thereof, shall not constitute positive identification.

**(21) Sealed record information**

The term "sealed record information" means--

    **(A)** with respect to adults, that portion of a record that is--

        **(i)** not available for criminal justice uses;

        **(ii)** not supported by fingerprints or other accepted means of positive identification; or

        **(iii)** subject to restrictions on dissemination for noncriminal justice purposes pursuant to a court order related to a particular subject or pursuant to a Federal or State statute that requires action on a sealing petition filed by a particular record subject; and

    **(B)** with respect to juveniles, whatever each State determines is a sealed record under its own law and procedure.

**(22) State**

The term "State" means any State, territory, or possession of the United States, the District of Columbia, and the Commonwealth of Puerto Rico.

## ARTICLE II--PURPOSES

The purposes of this Compact are to--

    **(1)** provide a legal framework for the establishment of a cooperative Federal-State system for the interstate and Federal-State exchange of criminal history records for noncriminal justice uses;

    **(2)** require the FBI to permit use of the National Identification Index and the National Fingerprint File by each Party State, and to provide, in a timely fashion, Federal and State

criminal history records to requesting States, in accordance with the terms of this Compact and with rules, procedures, and standards established by the Council under Article VI;

**(3)** require Party States to provide information and records for the National Identification Index and the National Fingerprint File and to provide criminal history records, in a timely fashion, to criminal history record repositories of other States and the Federal Government for noncriminal justice purposes, in accordance with the terms of this Compact and with rules, procedures, and standards established by the Council under Article VI;

**(4)** provide for the establishment of a Council to monitor III System operations and to prescribe system rules and procedures for the effective and proper operation of the III System for noncriminal justice purposes; and

**(5)** require the FBI and each Party State to adhere to III System standards concerning record dissemination and use, response times, system security, data quality, and other duly established standards, including those that enhance the accuracy and privacy of such records.

## ARTICLE III--RESPONSIBILITIES OF COMPACT PARTIES

### (a) FBI responsibilities

The Director of the FBI shall--

**(1)** appoint an FBI Compact officer who shall--

**(A)** administer this Compact within the Department of Justice and among Federal agencies and other agencies and organizations that submit search requests to the FBI pursuant to Article V(c);

**(B)** ensure that Compact provisions and rules, procedures, and standards prescribed by the Council under Article VI are complied with by the Department of Justice and the Federal agencies and other agencies and organizations referred to in Article III(1)(A); and

**(C)** regulate the use of records received by means of the III System from Party States when such records are supplied by the FBI directly to other Federal agencies;

**(2)** provide to Federal agencies and to State criminal history record repositories, criminal history records maintained in its database for the noncriminal justice purposes described in Article IV, including--

**(A)** information from Nonparty States; and

**(B)** information from Party States that is available from the FBI through the III System, but is not available from the Party State through the III System;

**(3)** provide a telecommunications network and maintain centralized facilities for the exchange of criminal history records for both criminal justice purposes and the noncriminal justice purposes described in Article IV, and ensure that the exchange of such records for criminal justice purposes has priority over exchange for noncriminal justice purposes; and

**(4)** modify or enter into user agreements with Nonparty State criminal history record repositories to require them to establish record request procedures conforming to those prescribed in Article V.

**(b) State responsibilities**

Each Party State shall--

**(1)** appoint a Compact officer who shall--

**(A)** administer this Compact within that State;

**(B)** ensure that Compact provisions and rules, procedures, and standards established by the Council under Article VI are complied with in the State; and

**(C)** regulate the in-State use of records received by means of the III System from the FBI or from other Party States;

**(2)** establish and maintain a criminal history record repository, which shall provide--

**(A)** information and records for the National Identification Index and the National Fingerprint File; and

**(B)** the State's III System-indexed criminal history records for noncriminal justice purposes described in Article IV;

**(3)** participate in the National Fingerprint File; and

**(4)** provide and maintain telecommunications links and related equipment necessary to support the services set forth in this Compact.

**(c) Compliance with III System standards**

In carrying out their responsibilities under this Compact, the FBI and each Party State shall comply with III System rules, procedures, and standards duly established by the Council concerning record dissemination and use, response times, data quality, system security, accuracy, privacy protection, and other aspects of III System operation.

### (d) Maintenance of record services

**(1)** Use of the III System for noncriminal justice purposes authorized in this Compact shall be managed so as not to diminish the level of services provided in support of criminal justice purposes.

**(2)** Administration of Compact provisions shall not reduce the level of service available to authorized noncriminal justice users on the effective date of this Compact.

## ARTICLE IV--AUTHORIZED RECORD DISCLOSURES

### (a) State criminal history record repositories

To the extent authorized by section 552a of Title 5, United States Code (commonly known as the "Privacy Act of 1974"), the FBI shall provide on request criminal history records (excluding sealed records) to State criminal history record repositories for noncriminal justice purposes allowed by Federal statute, Federal Executive order, or a State statute that has been approved by the Attorney General and that authorizes national indices checks.

### (b) Criminal justice agencies and other governmental or nongovernmental agencies

The FBI, to the extent authorized by section 552a of Title 5, United States Code (commonly known as the "Privacy Act of 1974"), and State criminal history record repositories shall provide criminal history records (excluding sealed records) to criminal justice agencies and other governmental or nongovernmental agencies for noncriminal justice purposes allowed by Federal statute, Federal Executive order, or a State statute that has been approved by the Attorney General, that authorizes national indices checks.

### (c) Procedures

Any record obtained under this Compact may be used only for the official purposes for which the record was requested. Each Compact officer shall establish procedures, consistent with this Compact, and with rules, procedures, and standards established by the Council under Article VI, which procedures shall protect the accuracy and privacy of the records, and shall--

**(1)** ensure that records obtained under this Compact are used only by authorized officials for authorized purposes;

**(2)** require that subsequent record checks are requested to obtain current information whenever a new need arises; and

**(3)** ensure that record entries that may not legally be used for a particular noncriminal justice purpose are deleted from the response and, if no information authorized for release remains, an appropriate "no record" response is communicated to the requesting official.

## ARTICLE V--RECORD REQUEST PROCEDURES

### (a) Positive identification

Subject fingerprints or other approved forms of positive identification shall be submitted with all requests for criminal history record checks for noncriminal justice purposes.

### (b) Submission of State requests

Each request for a criminal history record check utilizing the national indices made under any approved State statute shall be submitted through that State's criminal history record repository. A State criminal history record repository shall process an interstate request for noncriminal justice purposes through the national indices only if such request is transmitted through another State criminal history record repository or the FBI.

### (c) Submission of Federal requests

Each request for criminal history record checks utilizing the national indices made under Federal authority shall be submitted through the FBI or, if the State criminal history record repository consents to process fingerprint submissions, through the criminal history record repository in the State in which such request originated. Direct access to the National Identification Index by entities other than the FBI and State criminal history records repositories shall not be permitted for noncriminal justice purposes.

### (d) Fees

A State criminal history record repository or the FBI--

**(1)** may charge a fee, in accordance with applicable law, for handling a request involving fingerprint processing for noncriminal justice purposes; and

**(2)** may not charge a fee for providing criminal history records in response to an electronic request for a record that does not involve a request to process fingerprints.

### (e) Additional search

**(1)** If a State criminal history record repository cannot positively identify the subject of a record request made for noncriminal justice purposes, the request, together with fingerprints or other approved identifying information, shall be forwarded to the FBI for a search of the national indices.

**(2)** If, with respect to a request forwarded by a State criminal history record repository under paragraph (1), the FBI positively identifies the subject as having a III System-indexed record or records--

**(A)** the FBI shall so advise the State criminal history record repository; and

**(B)** the State criminal history record repository shall be entitled to obtain the additional criminal history record information from the FBI or other State criminal history record repositories.

## ARTICLE VI--ESTABLISHMENT OF COMPACT COUNCIL

**(a) Establishment**

**(1) In general**

There is established a council to be known as the "Compact Council", which shall have the authority to promulgate rules and procedures governing the use of the III System for noncriminal justice purposes, not to conflict with FBI administration of the III System for criminal justice purposes.

**(2) Organization**

The Council shall--

**(A)** continue in existence as long as this Compact remains in effect;

**(B)** be located, for administrative purposes, within the FBI; and

**(C)** be organized and hold its first meeting as soon as practicable after the effective date of this Compact.

**(b) Membership**

The Council shall be composed of 15 members, each of whom shall be appointed by the Attorney General, as follows:

**(1)** Nine members, each of whom shall serve a 2-year term, who shall be selected from among the Compact officers of Party States based on the recommendation of the

§ 40316. National Crime Prevention and Privacy Compact, 34 USCA § 40316

Compact officers of all Party States, except that, in the absence of the requisite number of Compact officers available to serve, the chief administrators of the criminal history record repositories of Nonparty States shall be eligible to serve on an interim basis.

**(2)** Two at-large members, nominated by the Director of the FBI, each of whom shall serve a 3-year term, of whom--

**(A)** 1 shall be a representative of the criminal justice agencies of the Federal Government and may not be an employee of the FBI; and

**(B)** 1 shall be a representative of the noncriminal justice agencies of the Federal Government.

**(3)** Two at-large members, nominated by the Chairman of the Council, once the Chairman is elected pursuant to Article VI(c), each of whom shall serve a 3-year term, of whom--

**(A)** 1 shall be a representative of State or local criminal justice agencies; and

**(B)** 1 shall be a representative of State or local noncriminal justice agencies.

**(4)** One member, who shall serve a 3-year term, and who shall simultaneously be a member of the FBI's advisory policy board on criminal justice information services, nominated by the membership of that policy board.

**(5)** One member, nominated by the Director of the FBI, who shall serve a 3-year term, and who shall be an employee of the FBI.

**(c) Chairman and Vice Chairman**

**(1) In general**

From its membership, the Council shall elect a Chairman and a Vice Chairman of the Council, respectively. Both the Chairman and Vice Chairman of the Council--

**(A)** shall be a Compact officer, unless there is no Compact officer on the Council who is willing to serve, in which case the Chairman may be an at-large member; and

**(B)** shall serve a 2-year term and may be reelected to only 1 additional 2-year term.

**(2) Duties of Vice Chairman**

The Vice Chairman of the Council shall serve as the Chairman of the Council in the absence of the Chairman.

§ 40316. National Crime Prevention and Privacy Compact, 34 USCA § 40316

## (d) Meetings

### (1) In general

The Council shall meet at least once each year at the call of the Chairman. Each meeting of the Council shall be open to the public. The Council shall provide prior public notice in the Federal Register of each meeting of the Council, including the matters to be addressed at such meeting.

### (2) Quorum

A majority of the Council or any committee of the Council shall constitute a quorum of the Council or of such committee, respectively, for the conduct of business. A lesser number may meet to hold hearings, take testimony, or conduct any business not requiring a vote.

## (e) Rules, procedures, and standards

The Council shall make available for public inspection and copying at the Council office within the FBI, and shall publish in the Federal Register, any rules, procedures, or standards established by the Council.

## (f) Assistance from FBI

The Council may request from the FBI such reports, studies, statistics, or other information or materials as the Council determines to be necessary to enable the Council to perform its duties under this Compact. The FBI, to the extent authorized by law, may provide such assistance or information upon such a request.

## (g) Committees

The Chairman may establish committees as necessary to carry out this Compact and may prescribe their membership, responsibilities, and duration.

## ARTICLE VII--RATIFICATION OF COMPACT

This Compact shall take effect upon being entered into by 2 or more States as between those States and the Federal Government. Upon subsequent entering into this Compact by additional States, it shall become effective among those States and the Federal Government and each Party State that has previously ratified it. When ratified, this Compact shall have the full force and effect of law within the ratifying jurisdictions. The form of ratification shall be in accordance with the laws of the executing State.

## ARTICLE VIII--MISCELLANEOUS PROVISIONS

### (a) Relation of Compact to certain FBI activities

Administration of this Compact shall not interfere with the management and control of the Director of the FBI over the FBI's collection and dissemination of criminal history records and the advisory function of the FBI's advisory policy board chartered under the Federal Advisory Committee Act (5 U.S.C. App.) for all purposes other than noncriminal justice.

### (b) No authority for nonappropriated expenditures

Nothing in this Compact shall require the FBI to obligate or expend funds beyond those appropriated to the FBI.

### (c) Relating to Public Law 92-544

Nothing in this Compact shall diminish or lessen the obligations, responsibilities, and authorities of any State, whether a Party State or a Nonparty State, or of any criminal history record repository or other subdivision or component thereof, under the Departments of State, Justice, and Commerce, the Judiciary, and Related Agencies Appropriation Act, 1973 (Public Law 92-544), or regulations and guidelines promulgated thereunder, including the rules and procedures promulgated by the Council under Article VI(a), regarding the use and dissemination of criminal history records and information.

## ARTICLE IX--RENUNCIATION

### (a) In general

This Compact shall bind each Party State until renounced by the Party State.

### (b) Effect

Any renunciation of this Compact by a Party State shall--

（1) be effected in the same manner by which the Party State ratified this Compact; and

（2) become effective 180 days after written notice of renunciation is provided by the Party State to each other Party State and to the Federal Government.

## ARTICLE X--SEVERABILITY

The provisions of this Compact shall be severable, and if any phrase, clause, sentence, or provision of this Compact is declared to be contrary to the constitution of any participating State, or to the Constitution of the United States, or the applicability thereof to any

government, agency, person, or circumstance is held invalid, the validity of the remainder of this Compact and the applicability thereof to any government, agency, person, or circumstance shall not be affected thereby. If a portion of this Compact is held contrary to the constitution of any Party State, all other portions of this Compact shall remain in full force and effect as to the remaining Party States and in full force and effect as to the Party State affected, as to all other provisions.

## ARTICLE XI--ADJUDICATION OF DISPUTES

**(a) In general**

The Council shall--

> **(1)** have initial authority to make determinations with respect to any dispute regarding--
>
>> **(A)** interpretation of this Compact;
>>
>> **(B)** any rule or standard established by the Council pursuant to Article V; and
>>
>> **(C)** any dispute or controversy between any parties to this Compact; and
>
> **(2)** hold a hearing concerning any dispute described in paragraph (1) at a regularly scheduled meeting of the Council and only render a decision based upon a majority vote of the members of the Council. Such decision shall be published pursuant to the requirements of Article VI(e).

**(b) Duties of FBI**

The FBI shall exercise immediate and necessary action to preserve the integrity of the III System, maintain system policy and standards, protect the accuracy and privacy of records, and to prevent abuses, until the Council holds a hearing on such matters.

**(c) Right of appeal**

The FBI or a Party State may appeal any decision of the Council to the Attorney General, and thereafter may file suit in the appropriate district court of the United States, which shall have original jurisdiction of all cases or controversies arising under this Compact. Any suit arising under this Compact and initiated in a State court shall be removed to the appropriate district court of the United States in the manner provided by section 1446 of Title 28, United States Code, or other statutory authority.

**CREDIT(S)**

(Pub.L. 105-251, Title II, § 217, Oct. 9, 1998, 112 Stat. 1876.)

## HISTORICAL AND STATUTORY NOTES

### References in Text

The Privacy Act of 1974, referred to in Article IV, subsecs. (a) and (b), is Pub.L. 93-579, Dec. 31, 1974, 88 Stat. 1896, as amended, which enacted section 552a of Title 5 and provisions set out as notes under section 552a of Title 5. For complete classification, see Short Title note set out under section 552a of Title 5 and Tables.

The Federal Advisory Committee Act, referred to in Article VIII, subsec. (a), is Pub.L. 92-463, Oct. 6, 1972, 86 Stat. 770, as amended, which is set out as Appendix 2 to Title 5, 5 U.S.C.A. App. 2 § 1 et seq.

The Departments of State, Justice, and Commerce, the Judiciary, and Related Agencies Appropriation Act, 1973 (Public Law 92-544), referred to in Article VIII, subsec. (c), is Pub.L. 92-544, Oct. 25, 1972, 86 Stat. 1109. Provisions relating to use of funds for the exchange of identification records are contained in section 201 of Pub.L. 92-544, which is set out as a note under section 534 of Title 28. For complete classification, see Tables.

### Codifications

Section was formerly classified to 42 U.S.C.A. § 14616 prior to reclassification as this section.

Footnotes

1    So in original. Probably should be "Interstate Identification Index System".

34 U.S.C.A. § 40316, 34 USCA § 40316

Current through P.L. 115-231. Also includes P.L. 115-233 to 115-277 and 115-279. Title 26 current through P.L. 115-279.

End of Document    © 2018 Thomson Reuters. No claim to original U.S. Government Works.



7013 1710 0001 5157 8113

Pro se etc

RECEIVED
DEC 10 2018
CLERK'S OFFICE
S.D.N.Y.

GREENE CORRECTIONAL FACILITY
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: Amit Patel        DIN: 14R3022

Attn:  Janis Echenberg - Deputy Chief / Federal Prosecutor

       U.S. DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
       DANIEL PATRICK MOYNIHAN U.S. COURTHOUSE
       500 Pearl Street
       New York City, New York   10007-1312

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

MAIL

NEOPOST
12/06/2018
US POSTAGE $012.90⁰